**Ginger D. Schröder**
(716) 881-4901 – Direct
gschroder@sjalegal.com



September 15, 2023

***Via Electronic Mail***
Hon. Frank P. Geraci, Jr.
United States District Judge
U.S. Courthouse
100 State Street
Rochester, New York 14614
Geraci@nywd.uscourts.gov

          Re:    ***New York State Firearms Association et al. v. Nigrelli***
                  ***Civil Action No.: 23-cv-6524-FPG***

Dear Judge Geraci:

      Pursuant to my telephone conversation with your court clerk this morning, we are submitting our motion papers to the court clerk in Buffalo, NY, which will fulfill our requirement under Local Rule 7(d).

      If you have any questions or concerns, please feel free to call either myself at 716-861-1398 or my partner, Ginger Schroder, at 716-863-4000.

      We sincerely appreciate the court's courtesy in this regard.

                                Very truly yours,

                                **SCHRÖDER, JOSEPH & ASSOCIATES, LLP**

                                Linda H. Joseph, Esq.

LHJ/cmb

394 Franklin Street, 2nd Floor ■ Buffalo, NY 14202 ■ 716-881-4900 TEL ■ 716-881-4909 FAX ■ www.sjalegal.com