*Exhibit A*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

NEW YORK STATE FIREARMS ASSOCIATION,

et al.,

              *Plaintiffs*,

v.

STEVEN A. NIGRELLI, in his official capacity as Acting Superintendent of the New York State Police,

              *Defendant*.

Civil Action No. 23-CV-6524-FPG

DECLARATION OF AARON DORR IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

STATE OF NEW YORK      )
                        ) ss:s
COUNTY OF ONTARIO      )

AARON DORR, having been duly sworn, hereby states under the pains and penalties of perjury:

1.    I am a plaintiff in this matter following the filing of the First Amended Complaint and the executive director of Plaintiff New York State Firearms Association. I make the following statements to my personal knowledge.

2.    I have reviewed the amended complaint in this matter and verify the factual statements therein are true to my knowledge.

3.    Attached hereto are true and correct copies of digital photographs I took on September 14, 2023 at Runnings in Canandaigua, New York, the second location at which I was denied the ability to purchase .22 Long Rifle ammunition that day.

4. I am seeking emergency relief because my right to bear arms is wholly denied by the malfunctioning background check system that is under the authority of the Defendant Steven A. Nigrelli.

_____
Aaron Dorr

Signed and sworn before me this 14th day of September, 2023.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: 01-02-2026

MYRANDA BARBARA GARZA
Notary Public, State of New York
Seneca County Reg. #01GA6369145
Commission Expires 01/02/2026

2



