## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

NEW YORK STATE FIREARMS ASSOCIATION,

et al.,                                                  Civil Action No. 23-CV-6524-FPG

*Plaintiffs*,                        PLAINTIFFS' NOTICE OF

v.                                                       MOTION FOR TEMPORARY
                                                         RESTRAINING ORDER AND
STEVEN A. NIGRELLI, in his official capacity as          PRELIMINARY INJUNCTION
Acting Superintendent of the New York State Police,

                            *Defendant*.

_____/

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, declaration

in support, and complaint in this action, Plaintiffs George Borrello, David DiPietro, and William

Ortman, Aaron Dorr and the New York State Firearms Association, on behalf of all of its members,

through counsel, will move this Court pursuant to Federal Rule of Civil Procedure 65(a) and 65(b)

and the Local Rules of this district, for a temporary restraining order and preliminary injunction

enjoining Defendant from enforcing unconstitutional background checks for ammunition

purchases and charging fees for the same, which violates Plaintiffs' constitutional right to keep

and bear arms. *See New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022).

Plaintiffs respectfully request a temporary restraining order and preliminary injunction

prohibiting Defendant, Steven A. Nigrelli, in his official capacity as Acting Superintendent of the

New York State Police, as well as his agents, servants, employees and anyone acting in active

concert or participation with him, from enforcing the statewide license and record database for

background checks for ammunition purchases provided for in N.Y. PENAL §§ 400.02, 400.03 and

N.Y. EXEC. § 228.

Plaintiffs intend to file reply papers.

1

Respectfully submitted,

Stephen R. Klein*                     /s/ Ginger D. Schröder
BARR & KLEIN PLLC                     Ginger D. Schröder
1629 K St. N.W. Ste. 300              Schröder, Joseph & Associates, LLP
Washington, DC 20006                  394 Franklin Street, Second Floor
(202) 804-6676                        Buffalo, New York 14202
steve@barrklein.com                   (716) 863-4000
                                      gschroder@sjalegal.com

Benjamin Barr*
BARR & KLEIN PLLC
444 N. Michigan Avenue, Ste. 1200
Chicago, IL 60611
(202) 595-4671
ben@barrklein.com

* *Pro hac vice* application pending.

*Attorneys for George Borrello, David DiPietro, William Ortman, Aaron Dorr*
*and the New York State Firearms Association.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2023, the foregoing Notice of Motion for Temporary Restraining Order and Preliminary Injunction and supporting papers were electronically filed with the Clerk of the Court using the CM/ECF system and that copies were sent by email and first-class U.S. mail to counsel for Defendant at the address and email address below:

Stephen A. Nigrelli
New York State Police
1220 Washington Avenue
Building 22
Albany, NY 12226

Benjamin Barr
BARR & KLEIN PLLC
444 N. Michigna Avenue, Ste. 1200
Chicago, IL 60611
(202) 595-4671
ben@barrklein.com

Letitia James
Attorney General of the State of New York
Main Place Tower,
350 Main Street; Suite 300A
Buffalo, New York 14202
(716) 881-4000 – office

Michael J. Russo, Esq.
Acting Regional Attorney General
Main Place Tower, Suite 300A
350 Main Street
Buffalo, NY 14202

/s/  Ginger D. Schröder
Ginger D. Schröder