*Exhibit A*

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

NEW YORK STATE FIREARMS ASSOCIATION,

et al.,

Civil Action No. 23-CV-6524-FPG

*Plaintiffs,*

v.

STEVEN A. NIGRELLI, in his official capacity as
Acting Superintendent of the New York State Police,

*Defendant.*

DECLARATION OF AARON
DORR IN SUPPORT OF
PLAINTIFF'S MOTION FOR
TEMPORARY RESTRAINING
ORDER AND PRELIMINARY
INJUNCTION

STATE OF NEW YORK      )
                       ) ss:s
COUNTY OF ONTARIO      )

AARON DORR, having been duly sworn, hereby states under the pains and penalties of
perjury:

1.      I am a plaintiff in this matter following the filing of the First Amended Complaint
and the executive director of Plaintiff New York State Firearms Association. I make the following
statements to my personal knowledge.

2.      I have reviewed the amended complaint in this matter and verify the factual
statements therein are true to my knowledge.

3.      Attached hereto are true and correct copies of digital photographs I took on
September 14, 2023 at Runnings in Canandaigua, New York, the second location at which I was
denied the ability to purchase .22 Long Rifle ammunition that day.

1

4.    I am seeking emergency relief because my right to bear arms is wholly denied by

the malfunctioning background check system that is under the authority of the Defendant Steven

A. Nigrelli.

Aaron Dorr

Signed and sworn before me this ⎰4⎰day of September, 2023.

NOTARY PUBLIC

MY COMMISSION EXPIRES: 01-02-2026

MYRANDA BARBARA GARZA
Notary Public, State of New York
Seneca County Reg. #01GA6369145
Commission Expires 01/02/ 2026

2



