**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

NEW YORK STATE FIREARMS ASSOCIATION,

et al.,                                                          Civil Action No. 23-CV-6524-FPG

　　　　　　　　　*Plaintiffs*,                       PLAINTIFFS' NOTICE OF
                                                                MOTION FOR AN EXPEDITED
v.                                                              HEARING FOR PLAINTIFFS'
                                                                MOTION FOR RESTRAINING
STEVEN A. NIGRELLI, in his official capacity as    ORDER AND PRELIMINARY
Acting Superintendent of the New York State Police,  INJUNCTION

　　　　　　　　　*Defendant*.
_____/

　　　　PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 6(c) and Local

Civil Rules 7(d)(1) and 65(b)(2), upon the accompanying papers, the Plaintiffs New York State

Firearms Association, George Borrello, David DiPietro, William Ortman, and Aaron Dorr, will

move this Court, before the Hon. Frank P. Geraci, Jr., at the United States Courthouse, 100 State

Street, Rochester, New York, at a date and time to be determined by the Court, for an Order:

　　　　1.　　　Pursuant to Fed. R. Civ. P. 6(c) and Local Civil Rule 7(d)(1), granting an expedited

hearing on Plaintiffs' motion for a temporary restraining order; and

　　　　2.　　　Granting Plaintiffs such other and further relief as the Court may deem just and

proper.

　　　　Plaintiffs reserve the right to file a reply.

　　　　　　　　　[Remainder of this page intentionally left blank]

Respectfully submitted,

Stephen R. Klein*
BARR & KLEIN PLLC
1629 K St. N.W. Ste. 300
Washington, DC 20006
(202) 804-6676
steve@barrklein.com

Benjamin Barr*
BARR & KLEIN PLLC
444 N. Michigan Avenue, Ste. 1200
Chicago, IL 60611
(202) 595-4671
ben@barrklein.com

/s/ Ginger D. Schröder
Ginger D. Schröder
Schröder, Joseph & Associates, LLP
394 Franklin Street, Second Floor
Buffalo, New York 14202
(716) 863-4000
gschroder@sjalegal.com

*Pro hac vice* application pending.

*Attorneys for George Borrello, David DiPietro, William Ortman, Aaron Dorr and the New York State Firearms Association.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2023, the foregoing and its attachments were electronically filed with the Clerk of the Court using the CM/ECF system and that copies were sent by email and first-class U.S. mail to counsel for Defendant at the address and email address below:

Stephen A. Nigrelli
New York State Police
1220 Washington Avenue
Building 22
Albany, NY 12226

Benjamin Barr
BARR & KLEIN PLLC
444 N. Michigna Avenue, Ste. 1200
Chicago, IL 60611
(202) 595-4671
ben@barrklein.com

Letitia James
Attorney General of the State of New York
Main Place Tower,
350 Main Street; Suite 300A
Buffalo, New York 14202
(716) 881-4000 – office

Michael J. Russo, Esq.
Acting Regional Attorney General
Main Place Tower, Suite 300A
350 Main Street
Buffalo, NY 14202

/s/ Ginger D. Schroder
Ginger D. Schroder