UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

NEW YORK STATE FIREARMS ASSOCIATION,

et al.,                                                                                          Civil Action No. 23-CV-6524-FPG

        *Plaintiffs*,                                                  [PROPOSED]
v.                                                                                                ORDER GRANTING PLAINTIFFS'
                                                                                          MOTION TO EXPEDITE
STEVEN A. NIGRELLI, in his official capacity as
Acting Superintendent of the New York State Police,

        *Defendant*.
_____/

      Upon the motion to expedite by plaintiffs New York State Firearms Association, George Borrello, David DiPietro, William Ortman, and Aaron Dorr pursuant to Local Civil Rule 7.1(d), and the motion having been filed and served on or by _____, 2023, by the method of service directed by the Court, it is hereby **ORDERED** that:

      1.    Defendant's papers opposing Plaintiffs' motion for temporary restraining order be filed and served by electronic filing to the CM/ECF system by 5 p.m. on or by _____, 2023;

      2.    Plaintiffs' reply papers in further support of their motion for temporary restraining order be filed and served by electronic filing to the CM/ECF system by 5 p.m. on or by _____, 2023;

      3.    If the Court deems oral argument necessary or desirable, it will advise the parties of an appropriate date on or before _____, 2023 for such argument.

Dated: _____

                                                                                             _____
                                                                                            HON. FRANK P. GERACI, JR.
                                                                                            United States District Judge