UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

NEW YORK STATE FIREARMS ASSOCIATION,

et al.,

      *Plaintiffs*,

v.                                                                                                  Civil Action No. 6:23-cv-6524-FPG

STEVEN A. NIGRELLI, in his official capacity as
Acting Superintendent of the New York State Police,

      *Defendant*.
_____/

## NOTICE OF MOTION TO APPEAR *PRO HAC VICE*

PLEASE TAKE NOTICE that upon the affidavit of Ginger D. Schröder, sworn to September 15, 2023, the petition of Stephen R. Klein, sworn to September 14, 2023, and all the pleadings and proceedings herein, the Plaintiffs will move the Court, at a date and time to be determined by the Court, for an Order pursuant to Local Civil Rule 83.1(d), for this Court to admit Stephen R. Klein *pro hac vice* to represent the Plaintiffs before this Court in all proceedings in this action.

Dated: Buffalo, New York
       September 15, 2023

                                                    /s/ Ginger D. Schroder
                                                  Ginger D. Schröder
                                                  Schröder, Joseph & Associates, LLP
                                                  394 Franklin Street, Second Floor
                                                  Buffalo, New York 14202
                                                  (716) 863-4000
                                                  gschroder@sjalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2023, the foregoing and its attachments were electronically filed with the Clerk of the Court using the CM/ECF system and that copies were sent by email and first-class U.S. mail to counsel for Defendant at the address and email address below:

Defendant Steven A. Nigrelli
Acting Superintendent of New York State Police
New York State Police Headquarters
1220 Washington Avenue, Building 22
Albany, New York 12226-1799
roxann.jansen@troopers.ny.gov

Letitia James, Esq.
Attorney General
Office of the New York State Attorney General
The Capitol
Albany, New York 12224-0341
letitia.james@ag.ny.gov

Michael J. Russo, Esq.
Acting Regional Attorney General
Main Place Tower, Suite 300A
350 Main Street
Buffalo, New York 14202
nancy.syracuse@ag.ny.gov

Steven R. Klein, Esq.
Barr & Klein, PLLC
1629 K Street NW, Suite 300
Washington, D.C. 20006
steve@barkklein.com

Benjamin Barr
Barr & Klein PLLC
444 N. Michigan Avenue, Ste. 1200
Chicago, IL 60611
ben@barrklein.com

                                                s/Ginger D. Schröder
                                                Ginger D. Schröder