UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

**Stephen R. Klein**
(Name)
TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING AFFIDAVIT

STATE OF NEW YORK )
                  ) ss:
COUNTY OF **Erie** )

**Ginger D. Schröder**, being duly sworn deposes and says:

1. I reside at:

and maintain an office for the practice of law at: **Schröder, Joseph & Associates, LLP**
**394 Franklin Street, Second Floor, Buffalo, NY 14202**

2. I am an attorney at law, admitted to practice in the **State of New York**

_____, I was admitted to practice in the United States District Court for the Western District of New York on the _____ day of _____, _____.

3. I have known the petitioner since **September 11, 2023** and under the following circumstances:

Mr. Klein is constitutional litigator with a nationwide practice. He has represented the New York State Firearms Association as amicus curiae before the Second Circuit Court of Appeals.

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: _____

Mr. Klein is a respected attorney with a nationwide practice. He is a member of most federal circuit courts of appeal, has never been disciplined or denied pro hac vice admission

*[signature]*
Signature of Sponsoring Attorney

Sworn to before me this 15 day of Sept, 2023
*[signature]*
Notary Public

CRYSTAL LYNN HUNT
NOTARY PUBLIC-STATE OF NEW YORK
No. 01HU6147174
Qualified in Erie County
My Commission Expires 05-30-2026