# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

**IN THE MATTER OF THE APPLICATION OF**

<u>Stephen R. Klein</u>
(Name)

**TO BE ADMITTED TO PRACTICE AS AN ATTORNEY**

TO THE HONORABLE <u>Frank P. Geraci, Jr.</u>, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK:

<u>Stephen R. Klein</u>, petitioner herein, respectfully states:

1. That petitioner has an office for the practice of law at:

   Barr & Klein PLLC, 1629 K St NW Ste. 300, Washington, DC 20006

2. That petitioner attended the following educational institutions and received the following degrees:

   Ave Maria School of Law, JD (2009); Hillsdale College, BA (2005)

3. Please complete either (a) or (b):

<u>Admission by Petition</u>

(a) That petitioner was admitted to practice by the Appellate Division of the Supreme Court, _____ Department of the State of New York on the _____ day of _____, _____.

   Additional Requirements:
       Attorney Petition Form
       Admission Sponsoring Affidavit
       Attorney's Oath
       Civility Principles Oath
       Attorney Database and Electronic Case Filing Registration Form
       Check or money order in the amount of the Attorney Admission fee set forth in the District Court Schedule of Fees (due on upon admission)

<u>Pro Hac Vice Admission</u>

(b) That petitioner is admitted to practice in the State of <u>District of Columbia</u>.

   Additional Requirements:
       Motion to Appear Pro Hac Vice
       Admission Petition Form
       Admission Sponsoring Affidavit
       Attorney's Oath
       Civility Principles Oath
       Attorney Database and Electronic Case Filing Registration Form
       Check, money order, or payment of fee online in the amount of the Pro Hac Vice fee set forth in the District Court Schedule of Fees (due upon application)

4. Petitioner is admitted to the following courts:

   (see attachment)

5. Since such admission(s), petitioner has practiced in the following courts:

   Courts around the country, including the courts mentioned in the attachment.

   and has been involved in the following professional activities:

   William Bryant Inn of Court; Federalist Society

6. Please respond separately to each of the following questions:

   (a) Have you ever been held in contempt of court? ◯ Yes ⦿ No
   (b) Have you ever been sanctioned by a court? ◯ Yes ⦿ No
   (c) Have you ever been publicly censured, admonished, advised, or cautioned in a disciplinary proceeding?
       ◯ Yes ⦿ No
   (d) Have you ever been suspended or disbarred by any court? ◯ Yes ⦿ No
   (e) Have you ever been denied admission or readmission to the Bar of any court? ◯ Yes ⦿ No
   (f) Are you now the subject of any pending disciplinary proceeding OR the subject of any pending disciplinary complaint before any court? ◯ Yes ⦿ No

   In the case of each affirmative answer to a question set forth above, the applicant shall file a confidential statement under seal disclosing the identity of the responsible court or disciplinary committee, as well as the date, background, outcome and any facts of a mitigating or exculpatory nature as may be pertinent. Such confidential statement, together with the petition, shall promptly be transmitted by the Clerk to the Chief Judge of the District for review.

7. That petitioner has read and is familiar with the provisions of Title 28 of the United States Code which pertains to jurisdiction of and venue in a United States District Court, the Federal Rules of Civil and Criminal Procedures, the Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the Western District of New York, the Code of Professional Responsibility as adopted by the Appellate Division of the State of New York and as interpreted and applied by the United States Supreme Court, the United States Court of Appeals for the Second Circuit, and this Court.

**WHEREFORE**, the petitioner respectfully requests to be admitted as an attorney in the United States District Court for the Western District of New York.

I verify under penalty of perjury that the foregoing is true and correct.

_(Signature of Petitioner)_

State of Oklahoma   County of Garfield

Sworn to before me this  14th  day of  Sep  , 2023

Notary Public _Patricia Lynn Jones_

Patricia Lynn Jones, Notary Public

Patricia Lynn Jones
Notary Public, State of Oklahoma
Commission Expires 07-01-2024
Notary ID 20007911

Notarized Online with NotaryLive.com

(Revised March 2022)

**ADDITIONAL BAR INFORMATION**

| COURT OF ADMISSION | YEAR ADMITTED |
|---|---|
| Illinois Supreme Court | 2009 |
| Michigan Supreme Court | 2011 |
| U.S. District Court - N.D. Illinois | 2012 |
| U.S. District Court - W.D. Michigan | 2016 |
| U.S. District Court - D. Colorado | 2016 |
| U.S. District Court - E.D. Michigan | 2017 |
| U.S. District Court - D. D.C. | 2018 |
| U.S. Court of Appeals - 1st Cir. | 2017 |
| U.S. Court of Appeals - 2d Cir. | 2022 |
| U.S. Court of Appeals - 4th Cir. | 2018 |
| U.S. Court of Appeals - 5th Cir. | 2023 |
| U.S. Court of Appeals - 6th Cir. | 2016 |
| U.S. Court of Appeals - 7th Cir. | 2017 |
| U.S. Court of Appeals - 8th Cir. | 2023 |
| U.S. Court of Appeals - 9th Cir. | 2021 |
| U.S. Court of Appeals - 10th Cir. | 2012 |
| U.S. Court of Appeals - D.C. Cir. | 2019 |
| United States Supreme Court | 2014 |