# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

### ATTORNEY'S OATH

STATE OF ___Oklahoma___ )
                               ) SS:
___Garfield___ COUNTY )

I, ___Stephen Klein___ of ___Alexandria, Virginia___
                                                         City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and accordingly to law; and I will support the Constitution of the United States.  So help me God.

_____
Signature of Attorney

Subscribed and sworn to before me this ___14___
day of ___September___ , ___2023___ .

_____
Notary Public

Patricia Lynn Jones
Notary Public, State of Oklahoma
Commission Expires  07-01-2024
Notary ID  20007911

Notarized Online with NotaryLive.com

Rev. 2/2000