UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

NEW YORK STATE FIREARMS ASSOCIATION,

et al.,

        *Plaintiffs*,

v.                                                      Civil Action No. 6:23-cv-6524-FPG

STEVEN A. NIGRELLI, in his official capacity as
Acting Superintendent of the New York State Police,

        *Defendant*.
_____/

## MOTION TO ADMIT STEPHEN R. KLEIN *PRO HAC VICE*

      Plaintiffs New York State Firearms Association, George Borrello, David DiPietro and William Ortman, pursuant to Rule 83.1 of the Local Rules of the United States District Court for the Western District of New York, hereby move this Court for an Order allowing the admission of Stephen R. Klein of Barr & Klein PLLC, and a member in good standing of the Bar of the District of Columbia, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiffs. In support, Plaintiffs attache herewith the following completed documents:

- Admission Petition Form;

- Admission Sponsor Affidavit;

- Attorney's Oath;

- Civility Principles and Guidelines Oath;

- Attorney Database and Electronic Case Filing Registration Form.

      In further support, Plaintiffs, through undersigned counsel, state that Mr. Klein is a member in good standing of the Bars of the District of Columbia, Illinois and Michigan, and is admitted to the United States District Court for the District of Columbia as well as other Federal Courts as

more fully set forth in the attached petition. There are no disciplinary proceedings against Mr. Klein in any state or federal court.

WHEREFORE, for good cause shown, Plaintiffs hereby request the Court grant this Motion and admit Stephen R. Klein *pro hac vice* in the above matter. A proposed order is submitted herewith.

Dated: Buffalo, New York
September 15, 2023

/s/ Ginger D. Schröder
Ginger D. Schröder
Schröder, Joseph & Associates, LLP
394 Franklin Street, Second Floor
Buffalo, New York 14202
(716) 863-4000
gschroder@sjalegal.com