## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

NEW YORK STATE FIREARMS ASSOCIATION,

et al.,

    *Plaintiffs*,

v.                                                         Civil Action No. 6:23-cv-6524

STEVEN A. NIGRELLI, in his official capacity as    **NEW YORK STATE FIREARMS**
Acting Superintendent of the New York State Police,   **ASSOCIATION'S CORPORATE**
                                                                               **DISCLOSURE STATEMENT**

    *Defendant*.

_____/

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and General Order No. 157 of the United States District Court for the Western District of New York, plaintiff New York State Firearms Association ("NYSFA"), by its attorneys Ginger D. Schröder and Barr & Klein PLLC, states that (a) NYSFA does not have any parent corporation and there is no publicly held corporation that owns 10% or more of NYSFA's stock; and (b) there are no shareholders or individuals in leadership positions in NYSFA whose identities might reasonably bear on the Court's decision whether to recuse.

      [Remainder of this page intentionally left blank]

Dated: September 20, 2023

Respectfully submitted,

| | |
|---|---|
| Stephen R. Klein* <br> BARR & KLEIN PLLC <br> 1629 K St. N.W. Ste. 300 <br> Washington, DC 20006 <br> (202) 804-6676 <br> steve@barrklein.com | s/ Ginger D. Schröder <br> Ginger D. Schröder <br> Schröder, Joseph & Associates, LLP <br> 394 Franklin Street, Second Floor <br> Buffalo, New York 14202 <br> (716) 863-4000 <br> gschroder@sjalegal.com |

Benjamin Barr†
BARR & KLEIN PLLC
444 N. Michigan Avenue, Ste. 1200
Chicago, IL 60611
(202) 595-4671
ben@barrklein.com

\* *Pro hac vice* application pending.
to be filed.
† *Pro hac vice* application to be filed.

*Attorneys for George Borrello, David DiPietro, William Ortman, Aaron Dorr and the New York State Firearms Association.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2023, the foregoing and its attachments were electronically filed with the Clerk of the Court using the CM/ECF system and that copies were sent by email and first-class U.S. mail to counsel for Defendant at the address and email address below:

Defendant Steven A. Nigrelli
Acting Superintendent of New York State Police
New York State Police Headquarters
1220 Washington Avenue, Building 22
Albany, New York 12226-1799
roxann.jansen@troopers.ny.gov

Letitia James, Esq.
Attorney General
Office of the New York State Attorney General
The Capitol
Albany, New York 12224-0341
letitia.james@ag.ny.gov

Michael J. Russo, Esq.
Acting Regional Attorney General
Main Place Tower, Suite 300A
350 Main Street
Buffalo, New York 14202
nancy.syracuse@ag.ny.gov

Stephen R. Klein
Barr & Klein, PLLC
1629 K Street NW, Suite 300
Washington, D.C. 20006
steve@barkklein.com

Benjamin Barr
Barr & Klein PLLC
444 N. Michigan Avenue, Ste. 1200
Chicago, IL 60611
ben@barrklein.com

                                                s/ Ginger D. Schröder
                                                Ginger D. Schröder