UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

NEW YORK STATE FIREARMS ASSOCIATION,

et al.,

        *Plaintiffs*,

v.

        Civil Action No. 6:23-cv-6524-FPG

STEVEN A. NIGRELLI, in his official capacity as
Acting Superintendent of the New York State Police,

        *Defendant*.

_____/

## AFFIDAVIT OF SERVICE

Crystal L. Hunt, Paralegal, being duly sworn deposes and states:

    1.    I am over 18 years old and not a party to this action.

    2.    I am employed by Schröder, Joseph & Associates, LLP, counsel for the Defendants in this action and hold the position of paralegal.

    3.    A copy of the Court's Decision and Order dated September 21, 2023, (Dkt. No. 9), was served at approximately 10:35 A.M. on September 22, 2023 on the Office of the Attorney General for the State of New York by hand delivering a copy of the Order to the Attorney General's Offices located at Main Place Tower, Suite 300A, 350 Main Street, Buffalo New York.

    4.    A separate proof of service is being filed confirming that Defendant Steven A. Nigrelli was personally served with a copy of the Court's September 21, 2023 Decision and Order. I have also mailed a copy to Defendant Steven A. Nigrelli via certified mail, return receipt requested.

    5.    I have attached hereto as Exhibit A a copy of confirmation of the hand delivery to the Attorney General's Office with an acknowledgement or receipt by Joshua Davis.

6. I have attached hereto as Exhibit B a copy of the U.S. Postal Service, Certified Mail Receipt with the postmark showing the Court's September 21, 2023 Decision and Order was mailed to Defendant Steven A. Nigrelli today.

*Crystal L. Hunt*
Crystal L. Hunt
Paralegal

Sworn before me this 22nd day
of September, 2023.

Notary Public

HEATHER A. GIAMBRA
NOTARY PUBLIC-STATE OF NEW YORK
No. 02GI6116189
Qualified in Niagara County
My Commission Expires 09-20-2024