# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

NEW YORK STATE FIREARMS ASSOCIATION,

et al.,

        *Plaintiffs*,

v.                                                   Civil Action No. 6:23-cv-6524

STEVEN A. NIGRELLI, in his official capacity as
Acting Superintendent of the New York State Police,

        *Defendant*.

_____/

## EXHBIT A TO AFFIDAVIT OF SERVICE



## Order Tracking

Logged in as Crystal Hunt

New Order | **Order Tracking** | Search | Addressbook | Reports | Admin | Logout

**2 Records (Page 1 of 1)**

**Show All Orders**

Record   per page   `10`   **Go**

| Order # | Order Date | Ordered By | Service Type | Pick Up From | Deliver To | Status | Reference | Pick Up Time | Delivery Time | POD |
|---|---|---|---|---|---|---|---|---|---|---|
| 1742073 | 09/22/23 09:29 | Crystal Hunt | Rush | Schroder, Joseph & Associates | Main Place Tower | Delivered | NYSFA/Nigrelli | 10 23 | 10 35 | Joshua Davis |
| 1731088 | 08/21/23 16:53 | Crystal Hunt | Rush | Schroder, Joseph & Associates |  | | | | | |

1

© Copyright 1999 -2023 Foxy Delivery Service Inc. All rights reserved.

Powered by
**Courier Complete** tm