UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

NEW YORK STATE FIREARMS ASSOCIATION,

et al.,

      *Plaintiffs*,

v.                                                 Civil Action No. 6:23-cv-6524

STEVEN A. NIGRELLI, in his official capacity as
Acting Superintendent of the New York State Police,

      *Defendant*.
_____/

**EXHBIT B TO AFFIDAVIT OF SERVICE**

