UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

NEW YORK STATE FIREARMS ASSOCIATION,

et al.,

       *Plaintiffs*,

v.                                                                       Civil Action No. 6:23-cv-6524

STEVEN A. NIGRELLI, in his official capacity as
Acting Superintendent of the New York State Police,

       *Defendant*.

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2023, I caused a true and correct copy of the Court's Decision and Order dated September 21, 2023 to be delivered to the Defendant via hand delivery before 5 p.m. at the following address:

    Defendant Steven A. Nigrelli
    Acting Superintendent of New York State Police
    New York State Police Headquarters
    1220 Washington Avenue, Building 22
    Albany, New York 12226-1799

Stephen R. Klein*
BARR & KLEIN PLLC
1629 K St. N.W. Ste. 300
Washington, DC 20006
(202) 804-6676
steve@barrklein.com

* Pro hac vice *admission pending*

*Attorney for George Borrello, David DiPietro, William Ortman, Aaron Dorr and the New York State Firearms Association*