UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

NEW YORK STATE FIREARMS ASSOCIATION,

et al.,

      *Plaintiffs*,

v.                                                                          Civil Action No. 6:23-cv-6524-FPG

STEVEN A. NIGRELLI, in his official capacity as
Acting Superintendent of the New York State Police,

      *Defendant*.
_____/

## (PROPOSED) ORDER

Upon consideration of the Motion to Admit Benjamin Barr *pro hac vice* in the above captioned case, any response to and hearing thereon, it is this ___ day of _____, 2023 hereby ORDERED that the Motion for Admission of Attorney *Pro Hac Vice* is GRANTED.

                                              _____
                                              Honorable Frank P. Geraci, Jr.
                                              United States District Judge
                                              for the Western District of New York