UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

**Benjamin Barr**
(Name)

TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING AFFIDAVIT

STATE OF NEW YORK ) ss:
COUNTY OF **Erie** )

**Ginger D. Schröder**, being duly sworn deposes and says:

1. I reside at: **1676 Rogers Road, Farmersville, NY 14737**

and maintain an office for the practice of law at: **Schröder, Joseph & Associates, LLP  394 Franklin Street, Second Floor, Buffalo, New York 14202**

2. I am an attorney at law, admitted to practice in the **State of New York**, I was admitted to practice in the United States District Court for the Western District of New York on the **4th** day of **March**, **1991**.

3. I have known the petitioner since **September 11, 2023** and under the following circumstances: **I was introduced to Mr. Barr through his co-counsel, Mr. Klein in this case.**

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: **Mr. Barr maintains a national practice specializing in constitutional litigation. He has not been sanctioned or denied pro hac vice status in any of his prior cases around the country.**

_[signature: Ginger D. Schröder]_
Signature of Sponsoring Attorney

Sworn to before me this 26th day of Sept, 2023
_[signature: Crystal L. Hunt]_
Notary Public

CRYSTAL LYNN HUNT
NOTARY PUBLIC-STATE OF NEW YORK
No. 01HU6147174
Qualified in Erie County
My Commission Expires 05-30-2026