UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

## ATTORNEY'S OATH

STATE OF __Texas__ )
) SS:
__Bexar__ COUNTY )

I, __Benjamin Barr__ of __Bull Valley, Illinois__
                                                              City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and accordingly to law; and I will support the Constitution of the United States. So help me God.

__Benjamin Barr__
Signature of Attorney

Subscribed and sworn to before me this __22nd__ day of __September__, __2023__.

__Ashley N. Bywater__
Notary Public, State of Texas
Notarized online using audio-video communication

Ashley N Bywater
ID NUMBER
13432614-8
COMMISSION EXPIRES
April 19, 2027

Rev. 2/2000