UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

NEW YORK STATE FIREARMS ASSOCIATION,

et al.,

       *Plaintiffs*,

v.                                                           Civil Action No. 6:23-cv-6524-FPG

STEVEN A. NIGRELLI, in his official capacity as
Acting Superintendent of the New York State Police,

       *Defendant*.

_____/

## CERTIFICATE OF SERVICE

       I hereby certify that on September 27, 2023, the Motion to Admit Benjamin Barr *Pro Hac Vice* and its attachments were electronically filed with the Clerk of the Court using the CM/ECF system and that copies were sent by email and first-class U.S. mail to counsel for Defendant at the address and email address below:

Defendant Steven A. Nigrelli
Acting Superintendent of New York State Police
New York State Police Headquarters
1220 Washington Avenue, Building 22
Albany, New York 12226-1799
roxann.jansen@troopers.ny.gov

Letitia James, Esq.
Attorney General
Office of the New York State Attorney General
The Capitol
Albany, New York 12224-0341
letitia.james@ag.ny.gov

Michael J. Russo, Esq.
Acting Regional Attorney General
Main Place Tower, Suite 300A
350 Main Street
Buffalo, New York 14202
nancy.syracuse@ag.ny.gov

Steven R. Klein, Esq.
Barr & Klein, PLLC
1629 K Street NW, Suite 300
Washington, D.C. 20006
steve@barrklein.com

Benjamin Barr
Barr & Klein PLLC
444 N. Michigan Avenue, Ste. 1200
Chicago, IL 60611
ben@barrklein.com

                                                s/Ginger D. Schröder
                                                Ginger D. Schröder