**SCHRODER, JOSEPH & ASSOCIATES, LLP**
Corp/Business Service

**UNITED STATE DISTRICT COURT : FOR THE WESTERN DISTRICT OF NEW YORK**


*162091*

**AFFIDAVIT OF SERVICE**

Index no : **6:23-cv-6524**
Date of Purchase:
**09/13/2023**
SCHRODER, JOSEPH & ASSOCIATES, LLP
394 FRANKLIN STREET, 2ND FLOOR
BUFFALO, NY 14202
Attorney: GINGER D. SCHRODER, ESQ.
Office No: WeFile: NO

| Plaintiff(s): | NEW YORK STAE FIREARMS ASSOCAITION, ET AL |
|---|---|
| Defendant(s): | STEVEN A. NIGRELLI, IN HIS OFFICIAL CAPACITY AS ACTING SUPERINTENDENT OF THE NEW YORK STATE POLICE |

STATE OF NEW YORK COUNTY OF ERIE

**TED KWIATKOWSKI**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of STATE OF NEW YORK.

On **09/26/2023** at **2:01 PM**, I served the within **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; AMENDED COMPLAITN WITH EXHIBIT A; MOTION FOR TEMPORARY RESTRAINING ORDER AND SUPPORTING PAPERS; MOTION TO EXPEDITE AND SUPPORTING PAPERS; MOTION TO APPEAR PRO HAC VICE AND SUPPORTING PAPERS** on **ATTORNEY GENERAL'S OFFICE** a domestic corporation (one of) the **Defendant(s)** at **350 MAIN STREET - MAIN PLACE TOWER STE 300A, BUFFALO, NY 14202** in the manner indicated below:

By delivering to and leaving personally with **JENNIFER MALVASO, AUTHORIZED AGENT** a true copy of each thereof.

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight(Approx) |
|---|---|---|---|---|---|
| Female | Caucasian | Brown | 21-35 | 5ft5in - 5ft8in | 201-250 lbs. |
| Other Features: | | | | | |

Sworn to and subscribed before me on 09/29/2023

Michele A. Regan-OBrien
Notary Public, State of New York
No. 01RE6164267
Qualified in Erie County
Commission Expires 4/16/2027

X _____
TED KWIATKOWSKI
Smart Serve Process
1320 French Rd.
Depew, NY 14043
AFF.#: 162091