UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NEW YORK STATE FIREARMS ASSOCIATION,
GEORGE BORRELLO, DAVID DIPIETRO,
WILLIAM ORTMAN, and AARON DORR,

      *Plaintiffs*,

   -against-         No. 23-CV-6524 (FPG)

STEVEN A. NIGRELLI, in his official capacity as
Acting Superintendent of the New York State Police,

       *Defendant*.

------------------------------------------------------------------X

   PLEASE TAKE NOTICE that JAMES M. THOMPSON, Special Counsel for Second

Amendment Litigation in the Office of LETITIA JAMES, Attorney General of the State of New

York, certifies that he is admitted to practice before this Court and hereby appears as counsel of

record for Defendant STEVEN A. NIGRELLI, in his official capacity as Acting Superintendent

of the New York State Police, in the above-referenced action.


Dated: New York, New York
   October 11, 2023

         LETITIA JAMES
         Attorney General of the State of New York
         Attorney for Superintendent Nigrelli


         By:
          James M. Thompson
          Special Counsel
          28 Liberty Street
          New York, New York 10005
          (212) 416-6556
          james.thompson@ag.ny.gov


CC:  All counsel of record (via ECF)