UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

NEW YORK STATE FIREARMS ASSOCIATION,
GEORGE BORRELLO, DAVID DIPIETRO,
WILLIAM ORTMAN, and AARON DORR,           NOTICE OF APPEARANCE

                Plaintiffs,

                                          23-CV-6524 (FPG)

   -vs-

DOMINICK L. CHIUMENTO, in his official capacity
as Acting Superintendent of the New York State Police.

                Defendants.
_____

       **PLEASE TAKE NOTICE** that Letitia James, Attorney General of the State of New York, by Matthew Brown, Assistant Attorney General, of counsel, 144 Exchange Boulevard, Suite 200, Rochester, New York 14614, makes a limited appearance as Attorney for the defendant, Dominick L. Chiumento, in his official capacity as Acting Superintendent of the New York State Police ("Defendant"), in the above-captioned action, for the purpose of responding to the motion for preliminary injunction as ordered by this Court, subject to jurisdictional and service-related defenses, in the above captioned Action.

       Defendant requests that all communications and filings be served upon their Attorney, Letitia James, Attorney General of the State of New York, by Matthew Brown, Assistant Attorney General, of counsel, electronically at matthew.brown@ag.ny.gov or by mail at 144 Exchange Boulevard, Suite 200, Rochester, New York 14614.

Dated:  October 13, 2023,                LETITIA JAMES
                                                    Attorney General of the State of New York
                                                    *Attorney for Defendant*
                                                    *Matthew D. Brown*
                                                    Matthew D. Brown
                                                    Assistant Attorney General of Counsel
                                                    NYS Office of the Attorney General
                                                    144 Exchange Boulevard, Suite 200
                                                    Rochester, New York 14614
                                                    Telephone:(585) 327-3257
                                                    matthew.brown@ag.ny.gov

## CERTIFICATE OF SERVICE

I certify that on October 13, 2023, I electronically filed the foregoing Limited Notice of Appearance on behalf of defendants with the Clerk of the District Court using CM/ECF system, which sent notification of such filing to the following:

1. Benjamin T. Barr
   Barr & Klein PLLC
   444 N. Michigan Avenue
   Suite 1200
   Chicago, IL 60611
   202-595-4671

2. Ginger D. Schroder
   Schroder, Joseph & Associates, LLP
   394 Franklin Street
   2nd Floor
   Buffalo, NY 14202
   (716) 863-4000
   Fax: 716-881-4909
   Email: gschroder@sjalegal.com

3. Linda H. Joseph
   Schroder, Joseph & Associates, LLP
   394 Franklin Street
   2nd Floor
   Buffalo, NY 14202
   716-881-4900
   Fax: 716-881-4902
   Email: ljoseph@sjalegal.com

4. Stephen R. Klein
   Barr & Klein PLLC
   1629 K Street NW
   Suite 300
   Washington, DC 20006
   202-804-6676

          LETITIA JAMES
          Attorney General of the State of New York
          *Attorney for Defendant*
          *Matthew D. Brown*
          MATTHEW D. BROWN
          Assistant Attorney General of Counsel
          NYS Office of the Attorney General
          144 Exchange Boulevard, Suite 200
          Rochester, New York 14614
          Telephone:(585) 327.3257
          matthew.brown@ag.ny.gov