# Exhibit 1

# A DICTIONARY

## OF THE

## ENGLISH LANGUAGE:

IN WHICH

The WORDS are deduced from their ORIGINALS,

AND

ILLUSTRATED in their DIFFERENT SIGNIFICATIONS

BY

EXAMPLES from the beſt WRITERS.

TO WHICH ARE PREFIXED,

## A HISTORY of the LANGUAGE,

AND

## AN ENGLISH GRAMMAR.

BY SAMUEL JOHNSON, A. M.

IN TWO VOLUMES.

### VOL. I.

> Cum tabulis animum cenforis fumet honeſti:
> Audebit quæcunque parum ſplendoris habebunt,
> Et ſine pondere erunt, et honore indigna ferentur,
> Verba movere loco; quamvis invita recedant,
> Et verſentur adhuc intra penetralia Veſtæ:
> Obſcurata diu populo bonus eruet, atque
> Proferet in lucem ſpecioſa vocabula rerum,
> Quæ priſcis memorata Catonibus atque Cethegis,
> Nunc ſitus informis premit et deſerta vetuſtas.       HOR.

LONDON,
Printed by W. STRAHAN,
For J. and P. KNAPTON; T. and T. LONGMAN; C. HITCH and L. HAWES;
A. MILLAR; and R. and J. DODSLEY.
MDCCLV.

# INF

He should regard the propriety of his words, and get some *information* in the subject he intends to handle. *Swift.*

These men have had longer opportunities of *information*, and are equally concerned with ourselves. *Rogers.*

2. Charge or accusation exhibited.
3. The act of informing or actuating.

INFO'RMER. n.f. [from *inform*.]
1. One who gives intelligence
    This writer is either byassed by an inclination to believe the worst, or a want of judgment to chuse his *informers*. *Swift.*
2. One who discovers offenders to the magistrate.
    There were spies and *informers* set at work to watch the company. *L'Estrange.*
    Let no court sycophant pervert my sense,
    Nor sly *informer* watch these words to draw
    Within the reach of treason. *Pope.*
    *Informers* are a detestable race of people, although sometimes necessary. *Swift.*

INFO'RMIDABLE. adj. [*in* and *formidabilis*, Lat.] Not to be feared; not to be dreaded.
    Of strength, of courage haughty, and of limb
    Heroick built, though of terrestrial mold;
    Foe not *informidable*, exempt from wound. *Milton.*

INFO'RMITY. n.f. [from *informis*, Lat.] Shapelessness.
    From this narrow time of gestation may ensue a smalness in the exclusion; but this infereth no *informity*. *Brown.*

INFO'RMOUS. adj. [*informe*, Fr. *informis*, Latin.] Shapeless; of no regular figure.
    That a bear brings forth her young *informous* and unshapen, which she fashioneth after by licking them over, is an opinion not only common with us at present, but hath been delivered by ancient writers. *Brown's Vulgar Errours.*

INFO'RTUNATE. adj. [*infortuné*, Fr. *infortunatus*, Latin.] Unhappy. See UNFORTUNATE, which is commonly used.
    Perkin, seeing himself prisoner, and destitute of all hopes, having found all either false, faint, or *infortunate*, did gladly accept of the condition. *Bacon's Henry VII.*

To INFRA'CT. v. a. [*infractus*, Latin.] To break.
    Falling fast, from gradual slope to slope,
    With wild *infracted* course and lessen'd roar,
    It gains a safer bed. *Thomson's Summer.*

INFRA'CTION. n.f. [*infraction*, Fr. *infractio*, Lat.] The act of breaking; breach; violation.
    By the same gods, the justice of whose wrath
    Punish'd the *infraction* of my former faith. *Waller.*
    The wolves, pretending an *infraction* in the abuse of their hostages, fell upon the sheep immediately without their dogs. *L'Estrange's Fables.*

INFRA'NGIBLE. adj. [*in* and *frangible*] Not to be broken.
    These atoms are supposed *infrangible*, extremely compacted and hard, which compactedness and hardness is a demonstration that nothing could be produced by them, since they could never cohere. *Cheyne's Phil. Princ.*

INFRE'QUENCY. n.f. [*infrequentia*, Latin.] Uncommonness; rarity.
    The absence of the gods, and the *infrequency* of objects, made her yield. *Broome's Notes on Pope's Odyssey.*

INFRE'QUENT. adj. [*infrequens*, Lat.] Rare; uncommon.

To INFRI'GIDATE. v. a. [*in* and *frigidus*, Lat.] To chill; to make cold.
    The drops reached little further than the surface of the liquor, whose coldness did not *infrigidate* those upper parts of the glass. *Boyle.*

To INFRINGE. v. a. [*infringo*, Latin.]
1. To violate; to break laws or contracts.
    Those many had not dar'd to do that evil,
    If the first man that did th' edict *infringe*,
    Had answer'd for his deed. *Shakesp. Meas. for Meas.*
    Having *infring'd* the law, I wave my right
    As king, and thus submit myself to fight. *Waller.*
2. To destroy; to hinder.
    Homilies, being plain and popular instructions, do not *infringe* the efficacy, although but read. *Hooker.*
    Bright as the deathless gods and happy, she
    From all that may *infringe* delight is free. *Waller.*

INFRI'NGEMENT. n.f. [from *infringe*.] Breach; violation.
    The punishing of this *infringement* is proper to that jurisdiction against which the contempt is. *Clarendon.*

INFRI'NGER. n.f. [from *infringe*.] A breaker; a violator.
    A clergyman's habit ought to be without any lace, under a severe penalty to be inflicted on the *infringers* of the provincial constitution. *Ayliffe's Parergon.*

INFUNDIBULIFORM. n.f. [*infundibulum* and *forma*, Lat.] Of the shape of a funnel or tundish.

INFU'RIATE. adj. [*in* and *furia*, Lat.] Enraged; raging.
    At th' other bore, with touch of fire
    Dilated and *infuriate*. *Milton.*
    Fir'd by the torch of noon to tenfold rage,
    Th' *infuriate* hill forth shoots the pillar'd flame. *Thomson.*

INFUSCA'TION. n.f. [*infuscatus*, Latin.] The act of darkening or blackening.

To INFU'SE. v. a. [*infuser*, Fr. *infusus*, Latin.]

# ING

1. To pour in; to instil.
    Thou almost mak'st me waver in my faith,
    To hold opinion with Pythagoras,
    That souls of animals *infuse* themselves
    Into the trunks of men. *Shakesp. Merchant of Venice.*
    My early mistress, now my ancient muse,
    That strong Circean liquor cease t' *infuse*,
    Wherewith thou didst intoxicate my youth. *Denham.*
    Why should he desire to have qualities *infused* into his son, which himself never possessed? *Swift.*
    Meat must be with money bought;
    She therefore, upon second thought,
    *Infus'd*, yet as it were by stealth,
    Some small regard for state and wealth. *Swift.*
2. To pour into the mind; to inspire into.
    For when God's hand had written in the hearts
    Of our first parents all the rules of good,
    So that their skill *infus'd* surpass'd all arts
    That ever were before, or since the flood. *Davies.*
    Sublime ideas, and apt words *infuse*;
    The muse instruct my voice, and thou inspire the muse. *Roscom.*
    He *infus'd*
    Bad influence into th' unwary breast. *Milton.*
    *Infuse* into their young breasts such a noble ardour as will make them renowned. *Milton.*
3. To steep in any liquor with a gentle heat; to macerate so as to extract the virtues of any thing.
    Take violets, and *infuse* a good pugil of them in a quart of vinegar. *Bacon's Natural History.*
4. To make an infusion with any ingredient; to supply, to tincture, to saturate with any thing infused.
    Drink, *infused* with flesh, will nourish faster and easier than meat and drink together. *Bacon's Natural History.*
5. To inspire with.
    Thou didst smile,
    *Infused* with a fortitude from heav'n. *Shakesp. Tempest.*
    *Infuse* his breast with magnanimity,
    And make him, naked, foil a man at arms. *Shakesp. H. VI.*

INFU'SIBLE. adj. [from *infuse*.]
1. Possible to be infused.
    From whom the doctrines being *infusible* into all, it will be more necessary to forewarn all of the danger of them. *Hamm.*
2. Incapable of dissolution; not fusible.
    Vitrification is the last work of fire, and a fusion of the salt and earth, wherein the fusible salt draws the earth and *infusible* part into one continuum. *Brown's Vulgar Errours.*

INFU'SION. n.f. [*infusion*, Fr. *infusio*, Latin.]
1. The act of pouring in; instillation.
    Our language has received innumerable elegancies and improvements from that *infusion* of Hebraisms, which are derived to it out of the poetical passages in holy writ. *Addison's Spect.*
2. The act of pouring into the mind; inspiration.
    We participate Christ partly by imputation, as when those things which he did and suffered for us are imputed to us for righteousness; partly by habitual and real *infusion*, as when grace is inwardly bestowed on earth, and afterwards more fully both our souls and bodies in glory. *Hooker.*
    They found it would be matter of great debate, and spend much time; during which they did not desire their company, nor to be troubled with their *infusions*. *Clarendon.*
    Here his folly and his wisdom are of his own growth, not the echo or *infusion* of other men. *Swift.*
3. The act of steeping any thing in moisture without boiling.
    Repeat the *infusion* of the body oftener. *Bacon.*
4. The liquor made by infusion.
    To have the *infusion* strong, in those bodies which have finer spirits, repeat the infusion of the body oftener. *Bacon.*

INFU'SIVE. adj. [from *infuse*.] Having the power of infusion; or being infused. A word not authorised.
    Still let my song a nobler note assume,
    And sing th' *infusive* force of Spring on man. *Thomson.*

INGA'TE. n.f. [*in* and *gate*.] Entrance; passage in.
    One noble person stoppeth the *ingate* of all that evil which is looked for, and holdeth in all those which are at his back. *Spenser on Ireland.*

INGANNA'TION. n.f. [*ingannare*, Italian.] Cheat; fraud; deception; juggle; delusion; imposture; trick; slight. A word neither used nor necessary.
    Whoever shall resign their reasons, either from the root of deceit in themselves, or inability to resist such trivial *ingannations* from others, are within the line of vulgarity. *Brown.*

INGA'THERING. n.f. [*in* and *gathering*.] The act of getting in the harvest.
    Thou shalt keep the feast of *ingathering*, when thou hast gathered in thy labours out of the field. *Ex. xxiii. 16.*

INGE, in the names of places, signifies a meadow, from the Saxon *ing*, of the same import. *Gibson's Camden.*

To INGE'MINATE. v. a. [*ingemino*, Latin.] To double; to repeat.
    He would often *ingeminate* the word peace, peace. *Clarendon.*

INGEMINA'TION. n.f. [*in* and *geminatio*, Latin.] Repetition; reduplication.

INGE'NDERER.