# Exhibit 2

e 6:23-cv-06524-FPG   Document 19-5   Filed 10/13/23   Page 2

# THE
## NEW AND COMPLETE
# DICTIONARY
## OF THE
# ENGLISH LANGUAGE.

### IN WHICH

| | |
|---|---|
| ALL THE WORDS are introduced, | The OBSOLETE and UNCOMMON WORDS supported by AUTHORITIES, |
| The DIFFERENT SPELLINGS preserved, | |
| The Sounds of the LETTERS occasionally distinguished, | And the DIFFERENT CONSTRUCTION and USES illustrated by EXAMPLES. |

### TO WHICH IS PREFIXED,
### A COMPREHENSIVE GRAMMAR.

### By JOHN ASH, LL.D.

*i* GRAMMATICAL INSTITUTES; or, An EASY INTRODUCTION to Dr. LOWTH's ENGLISH GRAMMAR.

### IN TWO VOLUMES.

### VOL. I.

### LONDON:

D FOR EDWARD AND CHARLES DILLY IN THE POULTRY; AND R. BALDWIN IN PATER-NOSTER ROW.

MDCCLXXV.

[ Price Twelve Shillings. ]

Digitized by Google

Infor'mal *(adj. from* inform, *but not us'd)* Accusing, offering an accusation. *Shakesp.*
Infor'mant *(s. from* inform) One that informs.
Informa'tion *(s. from* inform) Intelligence recently communicated, instruction; a charge, an accusation; the act of animating.
Inform'ed *(p. from* inform) Animated, actuated by vital power, instructed, supplied with new knowledge, accused before a magistrate.
Inform'er *(s. from* inform) One that gives intelligence, one who discovers offenders to a magistrate.
INFOR'MIDABLE *(adj. from the* Lat. In contrary to, *and* formidabilis *formidable*) Void of qualities suited to produce fear, incapable of exciting fear.
Infor'mity *(s. from* inform) The want of proper form.
*Brown.*
INFOR'MOUS *(adj. from the* Lat. In contrary to, *and* forma *a form*) Shapeless, having no regular form. *Br.*
INFOR'TUNATE *(adj. from the* Lat. in contrary to, *and* fortuna *fortune*) Unfortunate, unhappy. *Bacon.*
Infor'tunateness *(s. from* infortunate) Unfortunateness, unhappiness. *Scott.*
Infor'tune *(s. obsolete)* Misfortune, mischance. *Cb.*
Infor'tune *(s. with astrologers)* An unfortunate planet.
Infor'tunid *(adj. obsolete)* Unfortunate. *Chaucer.*
NFRA'CT *(v. t. from the* Lat. in in, *and* frango *to break*) To break.
nfrac'ted *(p. from* infract) Broken.
ntrac'ing *(p. a. from* infract) Breaking.
nfrac'tion *(s. from* infract) The act of breaking, a breach, a violation.
'n'fgible *(adj. an incorrect spelling)* Infrangible. *Cole.*
NFRALAPSA'RIAN *(s. in church history, from the* Lat. infra *below, and* lapfus *a fall*) One who holds that God in the decree of election confidered his people as fallen in Adam, a sublapsarian.
nfralapfa'rian *(adj. from the sub.)* Belonging to the scheme or doctrine of the infralapsarians.
NFRAMUN'DANE *(adj. from the* Lat. infra *below, and* mundus *the world*) Situate beneath the world. *Sd.*
nfranch'ife *(v. t. not so common a spelling)* To enfranchise, to make free. *Scott.*
nfranch'ifement *(s. from* infranchife, *but not so correct a spelling*) An enfranchisement, the act of making free. *Sc.*
FRANG'IBLE *(adj. from the* Lat. in contrary to, *and* frango *to break*) Incapable of being broken.
nrang'iblenefs *(s. from* infrangible) The state of being infrangible.
FRASCAPULA'RIS *(s. in anatomy)* A muscle of the arm.
FRASPI'NATUS *(s. in anatomy)* One of the muscles of the arm. *Dict. of Arts.*
fre'quency *(s. from* infrequent) Uncommonness, the state of being rare or uncommon.
IRE'QUENT *(adj. from the* Lat. in contrary to, *and* requens *frequent*) Rare, uncommon.
FRICA'TION *(s. from the* Lat. in into, *and* frico *to rub*) The act of rubbing in. *Scott.*
FRIC'TION *(s. from the* Lat. in into, *and* frico *to rub*) The act of rubbing in, the act of chafing in. *Scott.*
FRIG'IDATE *(v. t. from the* Lat. in in, *and* frigeo *to grow cold*) To chill, to make cold. *Boyle.*
FRIN'GE *(v. t. from the* Lat. in in, *and* frango *to break*) To violate, to break a law or contract, to destroy.
ring'ed *(p. from* infringe) Violated, broken, destroyed.
ring'ement *(s. from* infringe) A violation, a breach, a intregression.
ring'er *(s. from* infringe) One that violates, one that infringes.
ring'ing *(p. a. from* infringe) Violating, breaking, ranfgreffing, destroying.
RUC'TUOSE *(adj. from the* Lat. in contrary to, *and* ructus *fruit, but not much us'd*) Unfruitful. *Sc.*
RUGIF'EROUS *(adj. from the* Lat. in contrary to, *and* ruges *fruit, and* fero *to bear, but little us'd*) Bearing no fruit. *Scott.*
U'CATE *(v. t. from the* Lat. in on, *and* fucus *paint*) To cover with paint, to paint the face. *Cole.*
u'cated *(p. from* infucate) Painted, covered with paint. *Scott.*
ca'tion *(s. from* infucate) The act of painting the face. *Scott.*
ULA *(s. in antiquity)* A broad kind of fillet made of white wool worn by the priests.
U'MATE *(v. t. from the* Lat. in in, *and* fumus *smoke*) To dry in the smoke. *Scott.*
mated *(p. from* infumate, *but not much us'd*) Dried in the smoke.

Infu'mating *(p. a. from* infumate, *but not much us'd*) Drying in the smoke.
Infuma'tion *(s. from* infumate) The act of drying in the smoke.
INFUNDIB'ULIFORM *(adj. from the* Lat. infundibulum *a tunnel, and* forma *a form*) Having the shape or form of a tundish.
INFUNDIB'ULUM *(s. from the* Lat.) A funnel, a tundish, something in the form of a tundish.
INFU'RIATE *(adj. from the* Lat. in in, *and* furia *fury*) Enraged, raging, like a fury.
INFUS'CATE *(v. t. from the* Lat. in in, *and* fusco *to make black*) To darken, to obscure. *Bailey.*
Infusca'tion *(s. from* infuscate) The act of darkening.
INFU'SE *(v. t. the* s *is pronounced soft, from the* Lat. in into, *and* fundo *to pour*) To pour in, to instil, to inspire, to put into the mind; to steep in any liquor with a gentle heat.
Infu'sed *(p. from* infuse) Poured in, instilled, put into the mind; steeped in liquor with a gentle heat; inspired; *with* with: as, "Infused with *a fortitude from heaven."*
Infu'sible *(adj. from* infuse) Capable of being infused; capable of being melted.
Infu'sing *(p. a. from* infuse) Pouring in, instilling, steeping in any liquor with a gentle heat, inspiring.
Infu'sion *(s. from* infuse) The act of pouring in, an instillation, an inspiration; the act of steeping in warm liquor, the liquor in which any thing has been infused.
Infu'sive *(adj. the* s *is pronounced hard, from* infuse, *but not sufficiently authorized*) Having the power of infusion. *Thomson.*
ING *(s. from the* Danish, *a local word*) A meadow, a pasture. *Scott.*
Inga'ge *(v. t. not so correct a spelling*) To engage.
INGANNA'TION *(s. not sufficiently authorized, from the* Italian, ingannare) A deception, a delusion. *Br.*
INGAN'NO *(s. in music, from the* Italian) An unexpected stop, a mark of silence instead of the closing note.
In'gate *(s. from* in, *and* gate, *but now grown obsolete)* An enterance, a passage inward. *Spenser.*
Ingath'ering *(s. from* in, *and* gather) The act of gathering, that which is gathered.
INGEM'INATE *(v. t. from the* Lat. in in, *and* gemino *to double*) To double, to repeat.
Ingem'inated *(p. from* ingeminate) Doubled, repeated.
Ingem'inating *(p. a. from* ingeminate) Doubling, repeating.
Ingemina'tion *(s. from* ingeminate) A reduplication, a repetition.
INGEN'DER *(v. t. from the* Lat. in in, *and* gigno *to beget, but not so common a spelling*) To engender, to produce between two, to beget.
Ingen'dered *(p. from* ingender) Engendered, produced between two, begotten.
Ingen'derer *(s. from* ingender) One that generates.
Ingen'dering *(p. a. from* ingender) Engendering, producing between two, generating.
INGEN'ERABLE *(adj. from the* Lat. in contrary to, *and* genero *to ingender, but not much us'd*) Incapable of being generated. *Boyle.*
Ingen'erableness *(s. from* ingenerable, *but not much us'd*) The incapacity of being produced. *Scott.*
INGEN'ERATE *(adj. from the* Lat. in contrary to, *and* genero *to ingender*) Innate, inbred.
Inge'nerated *(adj. from* ingenerate) Innate, inbred; unbegotten; *but this sense is not sufficiently authorized. Br.*
INGENICULA'TION *(s. from the* Lat. in on, *and* geniculum *a little knee*) The act of kneeling. *Cole.*
Ingenie'r *(s., not a common spelling)* An engineer.
INGE'NIO *(s.)* A sugar mill, so called in the sugar islands. *Scott.*
Ingenios'ity *(s. not us'd, from* ingenious) Wit, genius. *Cole.*
INGEN'IOUS *(adj. from the* Lat. in in, *and* genius *art*) Witty, posseffed of genius, inventive; mental, intellectual; *but this sense is now grown obsolete. Sb.*
Ingen'iously *(adv. from* ingenious) Wittily, craftily.
Ingen'iousness *(s. from* ingenious) The state of being ingenious. *Scott.*
INGE'NITE *(adj. from the* Lat. in in, *and* gigno *to beget*) Inborn, inbred, natural.
Ingenu'ity *(s. from* ingenuous) Openness, fairness, candor.
Ingenu'ity *(s. from* ingenious) Wit, invention, genius; acuteness, craft.
INGE'NIUM *(s. from the* Lat.) The natural disposition, fancy, judgment.
Inge'nium *(s. in old records)* An engine, a device. INGE-

Digitized by Google