# Exhibit 3

# A DICTIONARY

## OF THE

# ENGLISH LANGUAGE:

IN WHICH

The WORDS are deduced from their ORIGINALS,

AND

ILLUSTRATED in their DIFFERENT SIGNIFICATIONS

BY

EXAMPLES from the best WRITERS.

TO WHICH ARE PREFIXED,

A HISTORY of the LANGUAGE,

AND

AN ENGLISH GRAMMAR.

By SAMUEL JOHNSON, A. M.

IN TWO VOLUMES.

## VOL. I.

Cum tabulis animum cenforis fumet honefti:
Audebit quæcunque parum fplendoris habebunt,
Et fine pondere erunt, et honore indigna ferentur,
Verba movere loco; quamvis invita recedant,
Et verfentur adhuc intra penetralia Veftæ:
Obfcurata diu populo bonus eruet, atque
Proferet in lucem fpeciofa vocabula rerum,
Quæ prifcis memorata Catonibus atque Cethegis,
Nunc fitus informis premit et deferta vetuftas.   Hor.

LONDON,

Printed by W. STRAHAN,

For J. and P. KNAPTON; T. and T. LONGMAN; C. HITCH and L. HAWES;
A. MILLAR; and R. and J. DODSLEY.

MDCCLV.

6. Relating to the person, as a servant.
   Liking very well the young gentleman, such I took him to be, admitted this Deiphantus *about* me, who well shewed, there is no service like his that serves because he loves. *Sidney, b. ii.*
   Good master, corporal, captain, for my old dame's sake, stand my friend: she hath no body to do any thing *about* her when I am gone, and she is old and cannot help herself.
                                           *Shakespeare's Henry* IV. *p. ii.*

ABO'UT. *adv.*
1. Circularly.
       The weyward sisters, hand in hand,
       Posters of the sea and land,
       Thus do go *about, about,*
       Thrice to thine, and thrice to mine,
       And thrice again to make up nine.     *Shakesp. Macbeth.*
2. In circuit.
   My honest lads, I'll tell you what I am *about.*— Two yards and more.— No quips now, Pistol: indeed I am in the waste two yards *about*; but I am about no waste, I am about thrift.
                                           *Shakespeare's Merry Wives of Windsor.*
       A tun *about* was ev'ry pillar there,
       A polish'd mirror shone not half so clear.  *Dryd. Fables.*
3. Nearly.
   When the boats were come within *about* sixty yards of the pillar, they found themselves all bound, and could go no farther; yet so as they might move to go about, but might not approach nearer.                 *Bacon's New Atalantis.*
4. Here and there; every way.
       Up rose the gentle virgin from her place,
       And looked all *about*, if she might spy
       Her lovely knight to move his manly pace.
                                   *Fairy Queen, b. i. cant. ii. stanz. 33.*
   A wolf that was past labour, had the wit in his old age, yet to make the best of a bad game; he borrows a habit, and so *about* he goes, begging charity from door to door, under the disguise of a pilgrim.                 *L'Estrange.*
5. With *to* before a verb; as, *about to fly*; upon the point, within a small distance of.
       These dying lovers, and their floating sons,
       Suspend the fight, and silence all our guns:
       Beauty and youth, *about to* perish, finds
       Such noble pity in brave English minds.   *Waller.*
6. The longest way, in opposition to the short straight way.
   Gold hath these natures; greatness of weight; closeness of parts; fixation; pliantness, or softness; immunity from rust; colour, or tincture of yellow: Therefore the sure way (though most *about*) to make gold, is to know the causes of the several natures before rehearsed.     *Bacon's Natural Hist.* N° 328.
       Spies of the Volscians
       Held me in chase, that I was forc'd to wheel
       Three or four miles *about*; else had I, Sir,
       Half an hour since brought my report.   *Shakesp. Coriolanus.*
7. To bring about; to bring to the point or state desired; as, *he has brought about his purposes.*
       Whether this will be brought *about*, by breaking his head, I very much question.                      *Spectator.*
8. To come about; to come to some certain state or point.
   Wherefore it came to pass, when the time was come *about*, after Hannah had conceived, that she bare a son.  1 *Sam.* i. 20.
       One evening it befel, that looking out,
       The wind they long had wish'd was come *about*;
       Well pleas'd they went to rest; and if the gale
       'Till morn continu'd, both resolv'd to sail.   *Dryd. Fables.*
9. To go about a thing; to prepare to do it.
   Did not Moses give you the law, and yet none of you keepeth the law? Why go ye *about* to kill me?  *John* vii. 19.
   In common language, they say, to *come about* a man, to *circumvent* him.
   Some of these phrases seem to derive their original from the French *à bout*; *venir à bout d'une chose*; *venir à bout de quelqu'un.*

A. Bp. for Archbishop; which see.

ABRACADA'BRA. A superstitious charm against agues.

To ABRA'DE. *v. a.* [Lat. *abrado.*] To rub off; to wear away from the other parts; to waste by degrees.
   By this means there may be a continued supply of what is successively *abraded* from them by decursion of waters.
                                           *Hale's Origin of Mankind.*

ABRAHAM'S BALM. The name of an herb.

ABRA'SION. [See ABRADE.]
1. The act of abrading; a rubbing off.
2. [In medicine.] The wearing away of the natural mucus, which covers the membranes, particularly those of the stomach and guts, by corrosive or sharp medicines, or humours. *Quincy.*
3. The matter worn off by the attrition of bodies.

ABRE'AST. *adv.* [See BREAST.] Side by side; in such a position that the breasts may bear against the same line.
       My cousin Suffolk,
       My soul shall thine keep company to heav'n:
       Tarry, sweet soul, for mine, then fly *abreast.* Shak. Henry V.
       For honour travels in a streight so narrow,
       Where one but goes *abreast.*   *Shakesp. Troilus and Cressida.*

VOL. I.

       The riders rode *abreast*, and one his shield,
       His lance of cornel-wood another held;
       The third his bow, and, glorious to behold!
       The costly quiver, all of burnish'd gold.    *Dryden's Fables.*

ABRI'COT. See APRICOT.

To ABRI'DGE. *v. a.* [*abreger*, Fr. *abbrevio*, Lat.]
1. To make shorter in words, keeping still the same substance.
   All these sayings, being declared by Jason of Cyrene in five books, we will essay to *abridge* in one volume. 2 *Macc.* ii. 23.
2. To contract, to diminish, to cut short.
   The determination of the will, upon enquiry, is following the direction of that guide; and he, that has a power to act or not to act, according as such determination directs, is free. Such determination *abridges* not that power wherein liberty consists.                                           *Locke.*
3. To deprive of; in which sense it is followed by the particle *from*, or *of*, preceding the thing taken away.
       I have disabled mine estate,
       By shewing something a more swelling port,
       Than my faint means would grant continuance;
       Nor do I now make moan to be *abridg'd*
       From such a noble rate.   *Shakespeare's Merchant of Venice.*
   They were formerly, by the common law, discharged from pontage and murage; but this privilege has been *abridged* them since by several statutes.      *Ayliffe's Parergon Juris Canonici.*

ABRI'DGED OF. *part.* Deprived of, debarred from, cut short.

An ABRI'DGER.
1. He that abridges; a shortener.
2. A writer of compendiums or abridgments.

ABRI'DGMENT. *n. f.* [*abregement*, French.]
1. The contraction of a larger work into a small compass.
   Surely this commandment containeth the law and the prophets; and, in this one word, is the *abridgment* of all volumes of scripture.                                    *Hooker, b. ii.* § 5.
       Myself have play'd
       The int'rim, by remembring you 'tis past;
       Then brook *abridgment*, and your eyes advance
       After your thoughts, straight back again to France?
                                           *Shakespeare's Henry V.*
   Idolatry is certainly the first-born of folly, the great and leading paradox; nay, the very *abridgment* and sum total of all absurdities.                           *South's Sermons.*
2. A diminution in general.
       All trying, by a love of littleness,
       To make *abridgments*, and to draw to less,
       Even that nothing, which at first we were.   *Donne.*
3. Restraint, or abridgment of liberty.
   The constant desire of happiness, and the constraint it puts upon us, no body, I think, accounts an *abridgment* of liberty, or at least an *abridgment* of liberty, to be complained of.
                                                                    *Locke.*

ABRO'ACH. *adv.* [See To BROACH.]
1. In a posture to run out; to yield the liquor contained; properly spoken of vessels.
       The Templer spruce, while ev'ry spout's *abroach*,
       Stays 'till 'tis fair, yet seems to call a coach.  *Swift's Miscel.*
       The jarrs of gen'rous wine, (Acestes' gift,
       When his Trinacrian shores the navy left)
       He set *abroach*, and for the feast prepar'd,
       In equal portions with the ven'son shar'd.
                                           *Dryden's Virgil's Æneid, vol.* ii.
2. In a figurative sense; in a state to be diffused or advanced; in a state of such beginning as promises a progress.
       That man, that sits within a monarch's heart,
       And ripens in the sunshine of his favour,
       Would he abuse the count'nance of the king,
       Alack! what mischiefs might be set *abroach*,
       In shadow of such greatness?  *Shakespeare's Henry* IV. *p. ii.*

ABRO'AD. *adv.* [compounded of *a* and *broad*. See BROAD.]
1. Without confinement; widely; at large.
       Intermit no watch
       Against a wakeful foe, while I *abroad*,
       Thro' all the coasts of dark destruction seek
       Deliverance.             *Milton's Paradise Lost, b. ii. l. 463.*
       Again, the lonely fox roams far *abroad*,
       On secret rapine bent, and midnight fraud;
       Now haunts the cliff, now traverses the lawn,
       And flies the hated neighbourhood of man.      *Prior.*
2. Out of the house.
       Welcome, Sir,
       This cell's my court; here have I few attendants,
       And subjects none *abroad.*        *Shakespeare's Tempest.*
   Lady —— walked a whole hour *abroad*, without dying after it; at least in the time I staid; though she seemed to be fainting, and had convulsive motions several times in her head.
                                                   *Pope's Letters.*
3. In another country.
   They thought it better to be somewhat hardly yoked at home, than for ever *abroad*, and discredited.      *Hooker, Pref.*
   Whosoever offers at verbal translation, shall have the misfortune of that young traveller, who lost his own language *abroad*, and brought home no other instead of it. *Sir J. Denham.*

                                  D                                       What