# Exhibit 4

# A
# Compendious Dictionary

### OF THE

## *English Language.*

In which FIVE THOUSAND Words are added
to the number found in the BEST ENGLISH COMPENDS;

The ORTHOGRAPHY is, in some instances, corrected;

The PRONUNCIATION marked by an Accent or other suitable Direction;

And the DEFINITIONS of many Words amended and improved.

TO WHICH ARE ADDED FOR THE BENEFIT OF THE

## MERCHANT, the STUDENT and the TRAVELLER,

I.——TABLES of the MONEYS of most of the commercial Nations in the world, with the value expressed in Sterling and Cents.

II.——TABLES of WEIGHTS and MEASURES, ancient and modern, with the proportion between the several weights used in the principal cities of Europe.

III.——The DIVISIONS of TIME among the Jews, Greeks and Romans, with a Table exhibiting the Roman manner of dating.

IV.——An official List of the POST-OFFICES in the UNITED STATES, with the States and Counties in which they are respectively situated and the distance of each from the seat of Government.

V.——The NUMBER of INHABITANTS in the United States, with the amount of EXPORTS.

IV.——New and interesting CHRONOLOGICAL TABLES of remarkable Events and Discoveries.

### By NOAH WEBSTER, Esq.

From Sidney's Press.

FOR HUDSON & GOODWIN, BOOK-SELLERS, HARTFORD, AND INCREASE COOKE & CO.

BOOK-SELLERS, NEW-HAVEN.

1806.

## A B S     [—2—]     A B U

Ablátion, *n.* the act of taking away, a removal
Ab′lative, *a.* taking away, as the ablative case in Latin, the sixth case of nouns
A′ble, *a.* having power, capable of doing, strong
Ablebod′ied, *a.* strong of body, powerful, robust
A′bleness, *n.* force, power, strength, sufficiency
A′bler, *a.* having more power, skill, or learning
Ab′luent, *a.* washing off, from or away, cleansing
Ablútion, *n.* the act of cleansing or washing
Ab′negate, *v. t.* to deny, disown, refuse
Abnegátion, *n.* a positive denial, a renunciation
Abnodátion, *n.* a cutting excrescences from trees
Abnor′mity, *n.* deformity, irregularity
Abnor′mous, *a.* out of rule or order, irregular
Abóard, *ad.* in a ship, safe, secure, at ease
Abóde, *n.* a habitation, stay, continuance, delay
Abóde, *v. t.* to prognosticate, forethow, ob.
Abódement, *n.* a secret anticipation, a presage, *ob.*
Abol′ish, *v. t.* to destroy, repeal, make void
Abol′ishable, *a.* that may be destroyed
Abol′isher, *n.* a person that abolishes or destroys
Abol′ishment, Abolí′tion, *n.* the act of repealing
Abom′inable, *a.* detestable, very hateful, abhorred
Abom′inableness, *n.* extreme odiousness
Abom′inably, *ad.* very hatefully, odiously
A′bom′inate, *v. t.* to hate, loathe, abhor, detest
Abominátion, *n.* an object of hatred, a pollution
Abori″ginal, *a.* first or primitive
Abori″ginals, *n. pl.* first or primitive inhabitants
Abor′tion, Abort′ment, *n.* a miscarriage in women
Abor′tive, *a.* untimely, unsuccessful; *n.* a vellum
Abor′tiveness, *n.* the state of being abortive
Abound′, *v. i.* to have in plenty, or be in plenty
Abound′ing, *pa.* plentiful, increasing   [ry way
About′, *pr.* near to, concerning; *ad.* around, eve-
Above′, [abuv] *pr.* higher, more; *ad.* overhead
Above′board, *ad.* without reserve or artifice
Abovecíted, *a.* cited before, mentioned before
Above′ground, *ad.* alive, living, not in the grave
Above′mentioned, *a.* mentioned above or before
Abráde, *v. t.* to rub or scrape off, to grate
Abrásion, *n.* a rubbing, wearing or scraping off
Abreast′, *ad.* side by side, on a line with, opposite
Abridge′, *v. t.* to contract, shorten, deprive
Abridg′ed, *pa.* shortened, deprived of
Abridg′er, *n.* a person that shortens or contracts
A′bridg′ment, *n.* a work abridged or shortened
Abróach, *ad.* in readiness to run or come out
Abróad, [abrawd] *ad.* out, out of doors, in another country
Ab′rogate, *v. t.* to repeal, annul, abolish
Abrogátion, *n.* the act of repealing   [nected
Abrupt′, *a.* sudden, hasty, broken, rough, uncon-
Abrup′tion, *n.* a violent and sudden separation
Abrupt′ly, *ad.* suddenly, unseasonably, roughly
Abrupt′ness, *n.* great haste, suddenness, roughness
Ab′scess, *n.* a swelling or cavity containing matter
Abscind′, *v. t.* to cut off, pare off, rend off or away
Abscis″sion, *n.* the act of cutting or rending off

Abscond′, *v. i.* to hide one's self, go off, disappear
Abscond′ing, *pa.* withdrawing from public view
Ab′sence, *n.* a being absent, distance, inattention
Ab′sent, *a.* not present, lost in thought, from home
Absent′, *v. i.* to keep away, keep off, withdraw
Absentée or Absent′er, *n.* a person who absents himself, or does not attend
Absist′, *v. i.* to stand or leave off, quit, remove
Absolve′, *v. t.* to pardon, forgive, acquit, finish
Absolv′ed, *pa.* pardoned, forgiven, acquitted
Ab′solute, *a.* not limited, arbitrary, complete
Ab′solutely, *ad.* positively, arbitrarily, completely
Ab′soluteness, *n.* positiveness, arbitrary power, per-
Absolútion, *n.* forgiveness, a pardoning   [fection
Ab′solutory, *a.* tending to absolve or acquit
Ab′sonant, Ab′sonous, *a.* absurd, foolish, harsh
Absorb′, *v. t.* absorbed, *pret.* absorbed, absorpt, *pa.* to suck up, swallow up, waste
Absorbabil′ity, *n.* capacity of being absorbed
Absorb′able, *a.* that may be imbibed or absorbed
Absorb′ent, *a.* sucking up, drying up, imbibing
Absorb′ent, *n.* a vessel or substance which absorbs
Absorp′tion, *n.* the act of swallowing up, a waste
Absorp′tive, *a.* absorbing, tending to imbibe
Abstáin, *v. i.* to forbear, refrain, deny one's self
Abstémious, *a.* temperate in diet
Abstémiously, *ad.* temperately
Abstémiousness, *n.* temperance in diet
Absterge′ or Absterse′, *v. t.* to cleanse, to wipe off
Abster′gent or Abster′sive, *a.* cleansing, scouring
Abster′sion, *n.* the act of cleansing or wiping
Ab′stinence, *n.* a refraining from, temperance
Ab′stinent, *a.* refraining from, temperate
Abstract′, *v. t.* to separate, remove, shorten, take
Ab′stract, *n.* an abridgement, a summary
Ab′stract, *a.* abstracted, separated, pure
Abstract′ed, *pa.* separated, abstruse, absent
Abstract′edly, Ab′stractly, *ad.* simply, by itself
Abstract′edness, *n.* an abstracted state
Abstrac′tion, *n.* a drawing from, a separating of ideas, withdrawing from the world
Abstrúse, *a.* difficult to be understood, obscure
Abstrúsely, *ad.* obscurely, not plainly, darkly
Abstrúseness, *n.* obscurity of meaning
Absurd′, *a.* contrary to reason, foolish, inconsistent
Absurd′ity, *n.* unreasonableness, inconsistency
Absurd′ly, *ad.* unreasonably, inconsistently
Absurd′ness, *n.* absurdity, inconsistency
Abun′dance, *n.* great plenty, great numbers, &c.
Abun′dant, *a.* plentiful, abounding with or in
Abun′dantly, *ad.* plentifully, perfectly, fully
Abúse, [abuze] *v. t.* to treat ill, revile, impose on
Abúse, *n.* the ill use of any thing, injury, affront
Abúsed, *pa.* used ill, treated roughly, reviled
Abúser, *n.* one that uses another person &c. ill
Abúsive, *a.* conveying abuse, offensive, rude
Abúsively, *ad.* in an abusive manner, rudely
Abúsiveness, *n.* ill usage, bad language, rudeness
Abut′, *v. i.* to border upon, join, terminate