# Exhibit 5

# A
# Compendious Dictionary

## OF THE

## *English Language.*

In which FIVE THOUSAND Words are added
to the number found in the BEST ENGLISH COMPENDS;

The ORTHOGRAPHY is, in some instances, corrected;

The PRONUNCIATION marked by an Accent or other suitable Direction;

And the DEFINITIONS of many Words amended and improved.

TO WHICH ARE ADDED FOR THE BENEFIT OF THE

## MERCHANT, the STUDENT and the TRAVELLER,

I.——TABLES of the MONEYS of most of the commercial Nations in the world, with the value expressed in Sterling and Cents.

II.——TABLES of WEIGHTS and MEASURES, ancient and modern, with the proportion between the several weights used in the principal cities of Europe.

III.——The DIVISIONS of TIME among the Jews, Greeks and Romans, with a Table exhibiting the Roman manner of dating.

IV.——An official List of the POST-OFFICES in the UNITED STATES, with the States and Counties in which they are respectively situated and the distance of each from the seat of Government.

V.——The NUMBER of INHABITANTS in the United States, with the amount of EXPORTS.

IV.——New and interesting CHRONOLOGICAL TABLES of remarkable Events and Discoveries.

## By NOAH WEBSTER, Esq.

### From Sidney's Press.

FOR HUDSON & GOODWIN, BOOK-SELLERS, HARTFORD, AND INCREASE COOKE & CO.

BOOK-SELLERS, NEW-HAVEN.

1806.

Inéye, *v. t.* to inoculate, insert a bud, ingraft, *ob.*
Infallibil'ity, *n.* an exemption from all error
Infal'lible, *a.* incapable of mistake, certain, true
Infal'libly, *ad.* without error or fail, certainly
Infame, *v. t.* to defame, slander, *ob.*
In'famous, *a.* vile, base, scandalous, notorious
In'famously, *ad.* vilely, shamefully, scandalously
In'famy, *n.* disgrace, reproach, wickedness
In'fancy, *n.* the first part of life or being, an origin
In'fant, *n.* a very young child ; *a.* early, tender
Infant'a, *n.* a Spanish or Portuguese princess
Infant'icide, *n.* a murder or murderer of infants
Infant'ile, *a.* relating to an infant, childish, silly
In'fantry, *n. pl.* the foot-soldiers of an army
Infarc'tion, *n.* the act of stuffing, fulness
Infat'igable, *a.* indefatigable, unwearied, *ob.*
Infat'uate, *v. t.* to strike with folly, to bewitch
Infatuation, *n.* a deprivation of reason, weakness
Infaust'ing, *n.* the act of making unlucky, *ob.*
Infeasible, *a.* impracticable, not to be performed
Infect', *v. t.* to communicate bad qualities, taint,
Infect'er, *n.* one who or what infects (pollute
Infec'tio., *n.* volatile matter emitted from diseased bodies or putrifying substances, capable of causing disease in a healthy body, taint
Infec'tious, Infect'ive, *a.* contagious, tainting
Infec'tiously, *ad.* with or by infection, contagiously
Infecund'ity, *n.* barrenness, sterility
Infelic'ity, *n.* unhappiness, misery, calamity
Infer, *v. t.* to deduce, derive, draw, conclude
In'ference, *n.* a conclusion drawn from premises
Infer'able, *a.* that may be inferred or concluded
Inferior, *n.* a person of lower rank ; *a.* lower, less
Inferior'ity, *n.* a lower state of dignity or place
Infer'nal, *a.* hellish, very bad, lower, lying below
Infer'tile, Infec'und, *a.* unfruitful, barren, poor
Infertil'ity, *n.* unfruitfulness, barrenness, poverty
Infest', *v. t.* to disturb, harass, plague, annoy
Infeuda'tion, *n.* the granting of tithes to laymen, the putting in possession of a fee
In'fidel, *n.* an unbeliever, heretic, traitor, pagan
In'fidel, *a.* unbelieving, contradictory, absurd
Infidel'ity, *n.* a want of faith, a disbelief in Christ
Infil'trate, *v.* to enter by penetrating the interstices
Infiltra'tion, *n.* a penetrating by pores, the substance so entered
In'finite, *more correctly* infinit, *a.* unbounded, endless, vast, very great, immense
In'finitely, *ad.* without limits, immensely
In'finiteness, Infin'itude, *n.* boundlessness, infinity
Infinites'imal, *n.* an indefinitly small part
Infin'itive, *n.* a mood in grammar ; *a.* unlimited
Infin'ity, *n.* an an infinit number, immensity
Infirm', *a.* weak, feeble, crazy, sickly, irresolute
Infirm', *v. t.* to weaken, enfeeble, shake, shatter
Infirm'ary, *n.* a residence of the sick, a hospital
Infirm'ity, *n.* a weakness, failing, fault, disease
Infirm'ness, *n.* weakness, feebleness, craziness
Infix', *v. t.* to fix or drive in, fasten, implant

Inflame, *v. t.* to set on fire, heat, provoke
Inflam'er, *n.* a thing or person that inflames
Inflammabil'ity, *n.* the quality of catching fire
Inflam'mable, *a.* easily set on fire, fiery, hot
Inflamma'tion, *n.* an inflamed state, heat, swelling
Inflam'matory, *a.* able or tending to inflame
Inflate, *v. t.* to swell, swell with wind, puff up
Infla'tion, *n.* a swelling, swelled state, windiness
Inflect', *v. t.* to bend, crook, turn, vary, decline
Inflec'tion, *n.* the act of bending or varying, a bend
Inflect'ive, *a.* able to bend or vary, powerful
Inflexibil'ity, Inflex'ibleness, *n.* stiffness, obstinacy
Inflex'ible, *a.* immoveable, not to be altered, firm
Inflex'ibly, *ad.* invariably, unalterably, firmly
Inflict', *v. t.* to punish, lay upon, impose, dash
Inflict'er, *n.* one who inflicts, one who punishes
Inflic'tion, *n.* the act of inflicting, a punishment
Inflict'ive, *a.* tending or able to inflict
Inflores'cence, *n.* the manner of flowering or in which flowers are connected with a plant by the peduncles
In'fluence, *n.* an ascendant power, sway, bias, turn
In'fluence, *v. t.* to have power over, move, bias
In'fluent, *a.* flowing or running into
Influen'tial, *a.* exerting influence or power
Influen'za, *n.* an epidemic cold or catarrh
In'flux, *n.* the act of flowing in, increase, power
Infold', *v. t.* to involve, inwrap, inclose, fold up
Infoliate, *v. t.* to cover or spread with leaves
Inform', *v. t.* to tell, acquaint, accuse, animate
Inform', *a.* unshapen, shapeless, ugly, uncouth
Inform'al, *a.* informing, accusing, irregular, loose
Informal'ity, *n.* want of form or technical manner
Inform'ant, Inform'er, *n.* one who informs
Informa'tion, *n.* intelligence, notice, a charge
Inform'idable, *a.* not to be feared or dreaded
Inform'ity, *n.* shapelessness, irregularity, ugliness
Inform'ous, *a.* shapeless, irregular, rough, strange
Infor'tunate, *a.* unlucky, unhappy, miserable
Infract', *v. t.* to break, crush, violate
Infrac'tion, *n.* the act of breaking, a violation
Inframund'ane, *a.* lying or set beneath the world
Infran'gible, *a.* not to be broken, durable, firm
Infre'quency, *n.* uncommonness, strangeness
Infre'quent, *a.* rare, unusual, uncommon, strange
Infri'gidate, *v. t.* to chill, cool, make cold, *ob.*
Infrigida'tion, *n.* the act of chilling or cooling, *ob.*
Infringe', *v. t.* to violate, break, transgress
Infringe'ment, *n.* a violation, breach, transgression
Infrin'ger, *n.* a violator, breaker, transgressor
In'fucate, *v. t.* to paint, paint the face, daub over
Infundibul'iform, *a.* shaped like a funnel
Infu'riate, *v. t.* to enrage, to make mad or furious
Infu'riate, *a.* like a fury, mad, raging, enraged
Infusc'ate, *v. t.* to make black, blacken, darken
Infu'se, *v. t.* to pour in, put, steep, tincture, inspire
Infu'sible, *a.* that may be infused, that cannot be fused or made liquid (ving power of heat
Infusibil'ity, *n.* the quality of resisting the dissol-