# Exhibit 6

# A DICTIONARY

## OF THE

# ENGLISH LANGUAGE:

IN WHICH

The WORDS are deduced from their ORIGINALS,

AND

ILLUSTRATED in their DIFFERENT SIGNIFICATIONS

BY

EXAMPLES from the beſt WRITERS.

TO WHICH ARE PREFIXED,

A HISTORY of the LANGUAGE,

AND

AN ENGLISH GRAMMAR.

By SAMUEL JOHNSON, A. M.

IN TWO VOLUMES.

VOL. II.

> Cum tabulis animum cenſoris ſumet honeſti:
> Audebit quæcunque parum ſplendoris habebunt,
> Et ſine pondere erunt, et honore indigna ferentur.
> Verba movere loco; quamvis invita recedant,
> Et verſentur adhuc intra penetralia Veſtæ:
> Obſcurata diu populo bonus eruet, atque
> Proferet in lucem ſpecioſa vocabula rerum,
> Quæ priſcis memorata Catonibus atque Cethegis,
> Nunc ſitus informis premit et deſerta vetuſtas.   HOR.

LONDON,

Printed by W. STRAHAN,

For J. and P. KNAPTON; T. and T. LONGMAN; C. HITCH and L. HAWES;
A. MILLAR; and R. and J. DODSLEY.

MDCCLV.

## LIB

2. One who pays no regard to the precepts of religion.

> They say this town is full of couzenage,
> As nimble jugglers, that deceive the eye;
> Disguised cheaters, prating mountebanks,
> And many such like *libertines* of sin. *Shakespeare.*

> That word may be applied to some few *libertines* in the audience. *Collier's View of the Stage.*

3. [In law; *libertinus*, Lat.] A freedman; or rather, the son of a freedman.

> Some persons are forbidden to be accusers on the score of their sex, as women; others on the score of their age, as pupils and infants; others on the score of their conditions, as *libertines* against their patrons. *Ayliffe's Parergon.*

LI'BERTINE. *adj.* [*libertin*, French.] Licentious; irreligious.

> There are men that marry not, but chuse rather a *libertine* and impure single life, than to be yoked in marriage. *Bacon.*

> Might not the queen make diligent enquiry, if any person about her should happen to be of *libertine* principles or morals. *Swift's Project for Advancement of Religion.*

LI'BERTINISM. *n. s.* [from *libertine*.] Irreligion; licentiousness of opinions and practice.

> That spirit of religion and seriousness vanished all at once, and a spirit of liberty and *libertinism*; of infidelity and profaneness, started up in the room of it. *Atterbury's Sermons.*

LI'BERTY. *n. s.* [*liberté*, French; *libertas*, Latin.]

1. Freedom, as opposed to slavery.

> My master knows of your being here, and hath threatened to put me into everlasting *liberty*, if I tell you of it; for he swears, he'll turn me away. *Shakespeare.*

> O *liberty!* thou goddess, heav'nly bright!
> Profuse of bliss, and pregnant with delight,
> Eternal pleasures in thy presence reign. *Addison.*

2. Freedom, as opposed to necessity.

> *Liberty* is the power in any agent to do, or forbear, any particular action, according to the determination, or thought of the mind, whereby either of them is preferred to the other. *Locke.*

> As it is in the motions of the body; so it is in the thoughts of our minds: where any one is such, that we have power to take it up, or lay it by, according to the preference of the mind, there we are at *liberty*. *Locke.*

3. Privilege; exemption; immunity.

> His majesty gave not an intire country to any, much less did he grant jura regalia, or any extraordinary *liberties*. *Davies.*

4. Relaxation of restraint.

5. Leave; permission.

> I shall take the *liberty* to consider a third ground, which, with some men, has the same authority. *Locke.*

LIBI'DINOUS. *n. s.* [*libidinosus*, Latin.] Lewd; lustful.

> None revolt from the faith; because they must not look upon a woman to lust after her, but because they are much more restrained from the perpetration of their lusts. If wanton glances and *libidinous* thoughts had been permitted by the gospel, they would have apostatized nevertheless. *Bentley.*

LIBI'DINOUSLY. *adv.* [from *libidinous*.] Lewdly; lustfully.

LI'BRAL. *adj.* [*libralis*, Latin.] Of a pound weight. *Dict.*

LIBRA'RIAN. *n. s.* [*librarius*, Latin.]

1. One who has the care of a library.
2. One who transcribes or copies books.

> Charybdis thrice swallows, and thrice refunds, the waves: this must be understood of regular tides. There are indeed but two tides in a day, but this is the error of the *librarians*. *Broome's Notes on the Odyssey.*

LI'BRARY. *n. s.* [*librarie*, Fr.] A large collection of books, publick or private.

> Then as they 'gan his *library* to view,
> And antique registers for to avise,
> There chanced to the prince's hand to rise
> An ancient book, hight Briton's monuments. *Fa. Qu.*

> Make choice of all my *library*;
> And so beguile thy sorrow. *Shakesp. Titus Andronicus.*

> I have given you the *library* of a painter, and a catalogue of such books as he ought to read. *Dryden's Dufresnoy.*

To LI'BRATE. *v. a.* [*libro*, Latin.] To poise; to balance; to hold in equipoise.

LIBRA'TION. *n. s.* [*libratio*, Latin; *libration*, French.]

1. The state of being balanced.

> This is what may be said of the balance, and the *libration*, of the body. *Dryden's Dufresnoy.*

> Their pinions still
> In loose *librations* stretch'd, to trust the void
> Trembling refuse. *Thomson's Spring.*

2. [In astronomy.]

> *Libration* is the balancing motion or trepidation in the firmament, whereby the declination of the sun, and the latitude of the stars, change from time to time. Astronomers likewise ascribe to the moon a *libratory* motion, or motion of trepidation, which they pretend is from east to west, and from north to south, because that, at full moon, they sometimes discover parts of her disk which are not discovered at

## LIC

other times. These kinds are called, the one a *libration* in longitude, and the other a *libration* in latitude. Besides this, there is a third kind, which they call an apparent *libration*, and which consists in this, that when the moon is at her greatest elongation from the south, her axis being then almost perpendicular to the plane of the eclipitick, the sun must enlighten towards the north pole of the moon some parts which he did not before, and that, on the contrary, some parts of those which he enlightened towards the opposite pole are obscured; and this produces the same effect which the *libration* in latitude does. *Dict. Trev.*

> Those planets which move upon their axis, do not all make intire revolutions; for the moon maketh only a kind of *libration*, or a reciprocated motion on her own axis. *Grew.*

LI'BRATORY. *adj.* [from *libro*, Lat.] Balancing; playing like a balance.

LICE, the plural of *louse*.

> Red blisters rising on their paps appear,
> And flaming carbuncles, and noisome sweat,
> And clammy dews, that loathsome *lice* beget;
> Till the slow creeping evil eats his way. *Dryden's Virg.*

LI'CEBANE. *n. s.* [*lice* and *bane*.] A plant.

LICENSE. *n. s.* [*licentia*, Latin; *licence*, French.]

1. Exorbitant liberty; contempt of legal and necessary restraint.

> Some of the wiser seeing that a popular *licence* is indeed the many-headed tyranny, prevailed with the rest to make Musidorus their chief. *Sidney.*

> Taunt my faults
> With such full *licence*, as both truth and malice
> Have power to utter. *Shakesp. Ant. and Cleopatra.*

> They baul for freedom in their senseless moods,
> And still revolt when truth would set them free;
> *Licence* they mean, when they cry liberty. *Milton.*

> The privilege that ancient poets claim,
> Now turn'd to *licence* by too just a name. *Roscommon.*

> Though this be a state of liberty, yet it is not a state of *licence*; though man, in that state, have an uncontroulable liberty to dispose of his person or possessions; yet he has not liberty to destroy himself. *Locke.*

2. A grant of permission.

> They sent some to bring them a *licence* from the senate. *Judith* xi. 14.

> Those few abstract names that the schools forged, and put into the mouths of their scholars, could never yet get admittance into common use, or obtain the *licence* of publick approbation. *Locke.*

> We procured a *licence* of the duke of Parma to enter the theatre and gallery. *Addison on Italy.*

3. Liberty; permission.

> It is not the manner of the Romans to deliver any man to die, before that he which is accused have the accusers face to face, and have *licence* to answer for himself. *Acts.*

To LI'CENSE. *v. a.* [*licencier*, French.]

1. To set at liberty.

> He would play well, and willingly, at some games of greatest attention, which shewed, that when he lifted he could *licence* his thoughts. *Wotton.*

2. To permit by a legal grant.

> Wit's titans brav'd the skies,
> And the press groan'd with *licens'd* blasphemies. *Pope.*

LI'CENSER. *n. s.* [from *licence*.] A granter of permission; commonly a tool of power.

LICE'NTIATE. *n. s.* [*licentiatus*, low Latin.]

1. A man who uses licence.

> The *licentiates* somewhat licentiously, least they should prejudice poetical liberty, will pardon themselves for doubling or rejecting a letter, if the sense fall aptly. *Camden.*

2. A degree in Spanish universities.

> A man might, after that time, sue for the degree of a *licentiate* or master in this faculty. *Ayliffe's Parergon.*

To LICE'NTIATE. *v. a.* [*licentier*, French.] To permit; to encourage by licence.

> We may not hazard either the stifling of generous inclinations, or the *licentiating* of any thing that is coarse. *L'Estrange.*

LICE'NTIOUS. *n. s.* [*licencieux*, French; *licentiosus*, Latin.]

1. Unrestrained by law or morality.

> Later ages pride, like corn-fed steed,
> Abus'd her plenty, and fat swoln encrease,
> To all *licentious* lust, and gan exceed
> The measure of her mean, and natural first need. *Fa. Qu.*

> How would it touch thee to the quick,
> Should'st thou but hear I were *licentious?*
> And that this body, consecrate to thee,
> With ruffian lust should be contaminate. *Shakespeare.*

2. Presumptuous; unconfined.

> The Tyber, whose *licentious* waves,
> So often overflow'd the neighbouring fields,
> Now runs a smooth and inoffensive course. *Roscommon.*

LICE'NTIOUSLY. *adv.* [from *licentious*.] With too much liberty; without just restraint.