# Exhibit 8

# CHARTER

## TO

# WILLIAM PENN,

### AND

# LAWS OF THE PROVINCE OF PENNSYLVANIA,

PASSED BETWEEN THE YEARS 1682 AND 1700,

PRECEDED BY DUKE OF YORK'S LAWS IN FORCE FROM THE
YEAR 1676 TO THE YEAR 1682, WITH AN

# APPENDIX

CONTAINING LAWS RELATING TO THE ORGANIZATION OF THE PROVINCIAL
COURTS AND HISTORICAL MATTER.

PUBLISHED UNDER THE DIRECTION OF

## JOHN BLAIR LINN,

*Secretary of the Commonwealth.*

COMPILED AND EDITED BY

STAUGHTON GEORGE,          BENJAMIN M. NEAD,
THOMAS McCAMANT.

HARRISBURG.
LANE S. HART, STATE PRINTER.
1879.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY



OBVERSE.                    REVERSE.

*Great Seal of the Province of Pennsylvania,*
*(reduced one-half.)*

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

# DUKE OF YORKE'S

# BOOK OF LAWS.

INTRODUCED SEPTEMBER 22, 1676.

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY



*House of York.*

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

to be kept, shall for every such neglect forfeit Tenne Shillings and every person found Drunk in or about any of their houses shall forfeit two shillings Six pence, And for being the Author or accessary of the breach of the Peace and discorders or for Tipling at unseasonable hours shall forfeit ten Shillings and for want of payment or in case they be Servants and neglect their Masters occations They shall be sent to the Stocks one hour at the least, It shall be lawfull notwithstanding for all Licenced Persons to Entertain Land Travellers or Seafareing men in the night season when they Come on shore or from their Journey for theire necessary refreshment or towards theire preparation for theire Voyage or Journey, And also all Strangers, Lodgers or other Persons may freely Continue in such Houses, when theire Lawfull Occations and business doth require, Provided there be no disorder amongst them. *Punishment for drunkenness on premises, breaches of peace, &c.*

Every person so Licensed for the Entertainment of strangers with their Horses, shall provide one or more Enclosure for Summer Hay and Provender for winter with convenient stable roome And attendance; upon Penalty of two Shillings Sixpence for every days default, and double Damage to the party thereby wronged. *To be provided with stabling.*

No Licensed Person shall unreasonably exact upon his Guest for any sort of entertainment, and no man shall be compelled to pay above eight pence a Meale, with small Beer only unless the Guest shall make other agreement with the person so lycenced. *Extortionate charges, prohibited. Price of meals.*

No Licence shall be granted by any two Justices in Sessions for above the terme of one year, but every person so Licenced before the expiration of the said Terme shall and are hereby enjoyned to repair to the sessions of that Jurisdiction for renewing their Several Licences for which they shall pay to the Clark of the Sessions two Shillings Six pence, or else they shall forfeit five pounds as unlicenced persons. *Term of licenses. Renewal of same.*

All Offences committed against this law, shall be determined by the Constable with two or more of the Overseers, who are impowered to Collect and receive the Severall fines or distrayne in Case of non payment rendring accompt thereof as is else where required. *How offenses to be determined.*

### Indians.

No Purchase of lands from Indians After the first day of March 1664 shall be Esteemed a good Title without leave first had and obtained from the Governour and after leave so obtained, The Purchasers shall bring the Sachem and right owner of such Lands before the Governoure to acknowledge satisfaction and payment for the said Lands whereupon they shall have a grant from the Governoure And the Purchase so made and prosecuted is to be entered upon record in the Office & from that time to be valid to all intents and purposes.            • *Purchase of lands from Indians.*

All Injuryes done to the Indians of what nature whatsoever; shall upon their Complaint and proofe thereof in any Court have speedy redress gratis, against any Christian in *Redress of injuries.*

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY

as full and Ample manner, (with reasonable allowance for damage) as if the Case had been betwixt Christian and Christian.

**Furnishing Indians with guns, &c., without license, prohibited.** No Person shall sell give or Barter directly or indirectly any Gun or Guns Powder, Bullet, shott, Lead nor any Vessel of Burthen, or Row Boate Canooes only excepted Without Licence first had and obtained under the Governours hand and Seal, to any Indian whatsoever, nor to any person Inhabitting out of this Government nor shall amend or repair any Gun belonging to any Indian, nor shall Sell any armour or weapons, upon penalty of ten pounds for every Gun, Armour, weapon, Vessell, or Boat, so Sould given or Bartered, five pounds for every pound of powder, and forty Shillings for every pound of Shott or Lead and proportionably for any greater or lesser quantity.

**Also, trading for furs.** No Person Shall from and after the first day of September 1665 Directly or Indirectly Trade with the Indians for any sort of furrs without Licence first had from the Governoure which Licence is to be renewed every year at the Governours pleasure, remained if he shall find just Exception.

**Furnishing liquor.** No Person whatsoever from henceforth shall Sell, Truck, Barter, give or deliver any Strong Liquores to any Indian directly or indirectly, whatsoever known by the name of Rum Strong waters, wine Brandy Spirrits or any other Strong Liquore under any other Name whatsoever; Under the Penalty of forty Shillings for one pint and So proportionably for greater or lesser quantities so Sould, Bartered, given or dilivered as aforesaid, One third part of this penalty to be to the informer, Provided always that it is and shall be Lawfull by way of reliefe and Charity to any Indian in Case of sudden extremity sickness faintness or weariness to sell or give to such Indian or Indians the quantity of two drames and no more of any such Strong Liquors as are aforementioned Provided also that the Governoure by Licence may Authorize any person or persons to sell any or all Such Strong Liquores to Indians upon Security taken from the person Licenced for his or theire good behaviour.

**Cattle prohibited from destroying Indians' corn fields.** In all Places within this Goverment the English and all others shall keep their Cattle from destroying the Indians Corne in any ground where they have right to plant and if any of theire Corne be destroyed for want of fencing the Towne shall make Satisfaction, and shall have power amongst **Satisfaction for damages.** themselves to lay the Charge where the Occation of the Damage did arise.

Provided that the Indians shall make proofe the Cattle of such a Town farme or Person did the Damage And for the Indians Encouragement towards the fencing in theire Corn fields, such Townes farmers or Persons where Cattle may **To be assisted in fencing their fields.** annoy them that way shall Direct, Assist and help them in felling of trees riving and sharpening Rayles and holing of Poasts; allowing one English man to three or more Indians and shall also draw the fencing into place for them, and allow one man a day or two towards the setting up of the same, And either sell or lend them Tooles to finish it Provided that such Indians shall fence their Cornefields or

Reproduction by Permission of Buffalo & Erie County Public Library Buffalo, NY