# Exhibit 9



THE

# PUBLIC RECORDS

OF THE

# COLONY OF CONNECTICUT,

PRIOR TO THE UNION WITH NEW HAVEN COLONY,

MAY, 1665;

TRANSCRIBED AND PUBLISHED, (IN ACCORDANCE WITH A RESOLUTION
OF THE GENERAL ASSEMBLY,) UNDER THE SUPERVISION
OF THE SECRETARY OF STATE,

WITH OCCASIONAL NOTES, AND AN APPENDIX;



By J. HAMMOND TRUMBULL,
COR. SEC. CONN. HIST. SOCIETY; COR. MEMB. N. YORK HIST. SOCIETY, ETC.

---

HARTFORD:
BROWN & PARSONS.
1850.



Digitized by Google

*At a General Assembly of the State of Connecticut, holden at Hartford, in said State, on the first Wednesday of May, in the year of our Lord, one thousand eight hundred and forty-nine:*

*Resolved,* That the Secretary of State be authorized to purchase for the use of the State, two hundred and fifty copies of a publication of the Public Records of the Colony of Connecticut, prior to the union with New Haven colony, under the Charter of 1662. *Provided,* that such publication shall be made with the approval, and under the supervision of the Secretary, and shall be authenticated by his official certificate as a true and literal copy of the original record; *and provided also,* that the expense of the same shall not exceed two dollars per copy; and that the literal copy of the original record, above specified, be deposited with the Secretary of State, for the use of the State.

*Resolved,* That the copies so purchased be distributed by the Secretary, as follows; one copy to the town clerk of each town in this State, to be preserved in his office, for the use of the town; one copy to the Governor and to each of the State Officers of this State; one copy to the Governor of each of the several states and territories, of the United States; one copy to the library of Congress; and the remainder of said two hundred and fifty copies, to be deposited in the office of the Secretary of State, subject to the disposal of the General Assembly.

PRESS OF
CASE, TIFFANY & CO.,
HARTFORD, CONN.

Digitized by Google


For the better furnisheing the Riuer w[th] Cordage towards the rigging of Shipps, It is Ordered, that what hempseed any p[r]son hath w[th]in these libertyes, that they shall ether sowe yt themselves, or sell yt to some others w[th]in the Riuer that may sowe the same.

The late Rate graunted, of 50*l*. is to be made vp a 100*l*. and to be p[r]portioned vppon the three Townes according to the former Rate, w[ch] may be paid in sum̃er Wheat at 4*s*. 4*d*. the bush[l], Rye at 3*s*. vi*d*, Pease at 3*s*. vi*d*, Indean at 2*s*. viij*d*, p[r]uided yt be Marchantable Corne, and the Constables of ech Towne are Ordered to receaue no other but at such vnder Rate as they shall esteeme yt at, or in wampū at 6 a penny.

The former Order of Indean at 2*s*. vi*d*. the bush[l] is repealed, and the seu[r]all sorts of Corne before mentioned are made payable, vppon the pryses herein specified, for any labour or hyer of men or cattle, hereafter to be done.

The size of Pipestaues is to be 4 foote vi inches in length, the breadth and thicknes according to the former Order.

It is Ordered, that noe man w[th]in this Jurisdiction shall directly or indirectly amend, repaire, or cause to be amended or repaired, any gun, smale or greate, belonging to any Indean, nor shall endeuor the same, nor shall sell or giue to any Indean, directly or indirectly, any such gun or gunpowder, or shott, or lead, or mould, or millitary weapons, or armor, nor shall make any arrowe heads, vppon payne of ten pownd fyne for euery offence at lest, nor sell nor barter any guns, powder, bullitts or lead, wherby this Order might be evaded, to any p[r]son inhabiting out of this Jurisdiction, w[th]out lycence of this or the p[r]ticuler Court, or som two Magistrats, vppon payne of ten pownd for every gun, fiue pownd for eu[r]y pownd of powder, 40*s*. for euery pownd of bullitts or lead, and so p[r]portionably for any greater or lesser quantity.

Mr. Whiteing & Capten Mason are desiered to take Order to demaund the Tribuit due frō Long Iland and the Indeans vppon the mayne, and w[t] they can receaue may be accoumpted towards that w[ch] is due to thē frō the Country. Mr. Whiteing is contente to accepte of the Corne at Mohegen, and to dischardge the prises of the two cloathes, p[r]uided he be abated by