# Exhibit 10

# THE GENERAL

# LAWS

## And

# LIBERTIES

### of the

# MASSACHUSETS

# COLONY:

*Revised & Re-printed.*

By Order of the General Court Holden at *Boston*,
*May* 15th. *1672.*

*Edward Rawson Secr.*

---

*Whosoever therefore resisteth the Power, resisteth the Ordinance of God and they that resist receive to themselves Damnation.* Rom. 13. 2.

---

# CAMBRIDGE

*Printed by Samuel Green, for John Usher of Boston.*

1  6  7  2.



( 1 )



# THE GENERALL

# LAWS

OF THE *MASSACHVSETS*

## COLONY,

REVISED AND PUBLISHED, BY

ORDER OF THE

# GENERAL COURT

in *October* 1658.

Forasmuch as the free fruition of such Liberties, Immunities, Priviledges, as Humanity, Civility and Christianity call for, as due to every Man in his Place and Proportion, without Impeachment and Infringement, hath ever been, and ever will be, the Tranquility and Stability of Churches and Common-wealth, and the denyall or deprival thereof, the disturbance, if not ruine of both.

The Civil priviledges of the Inhabitants of this Colony.

It is therefore Ordered by this Court and the Authority thereof, That no mans life shall be taken away, no mans Honour or good Name shall be stained, no mans person shall be arrested, restrained, banished, dismembred, nor any wayes punished ; no man shall be deprived of his wife or children, no mans goods or estate shall be taken away from him, nor any wayes indamaged, under colour of Law, or countenance of Authority, unless it be by virtue or equity of some express Law of the Country warranting the same, established by a General Court, and sufficiently published ; or in case of the defect of a Law, in any particular case, by the word of God.   And in Capital Cases, or in Cases concerning dismembring, or banishment, according to that word, to be judged by the Generall Court.   [ 1641. ]

### *Ability. Age.*

IT is Ordered by this Court and the Authority thereof;   That the age for passing away Lands, or such kinde of Hereditaments, or for giving of Votes, Verdicts or Sentences in any civil Courts or causes, shall be one and twenty years, but in chusing Guardians, fourteen years.   And all persons of the age of one and twenty years, as aforesaid, and of understanding and memory, whether excommunicate, condemned, or other, shall have full power and liberty, to make their Wills and Testaments, and other lawfull Alienations of their Lands and Estates.   [ 1641. 47. ]

Age of discretion.

Liberty to dispose Estate

B

*Age*

# IMPRISONMENT.

Who Baylable:

IT is Ordered and by this Court Declared, That no Mans Perſon ſhall be Reſtrained or Impriſoned by any Authority whatſoever, before the Law hath Sentenced him thereto, if he can put in ſufficient Security, Baile or Mainprize, for his appearance and good Behaviour in the mean time, unleſs it be in Crimes Capital, and Contempt in open Court, and in ſuch Caſes where ſuch expreſs Act of Court doth allow it.  [ *1641.* ]

# INDIANS.

*A. 52. p. 16.*

Indians Title to Land.

FOR *ſetling the Indians Title to Lands in this Juriſdiction;* It is Declared and Ordered by this Court and Authority thereof, That what Lands any of the Indians in this Juriſdiction have poſſeſſed and improved, by ſubduing the ſame, they have juſt right unto, according to that in *Gen. 1.28. & chap. 9. 1. & Pſal. 115. 16.*

Civil Indians to have Land granted them.

*And for the farther incouragement of the hopeful work amongſt them, for the Civilizing, and helping them forward to Chriſtianity; If any of the Indians ſhall be brought to Civility, and ſhall come among the Engliſh to Inhabit, in any of their Plantations, and ſhall there live Civilly and Orderly;* That ſuch Indians ſhall have Allotments amongſt the Engliſh, according to the Cuſtome of the Engliſh in like caſe.

Further it is Ordered, that if upon good experience, there ſhall be a competent number of the Indians brought on to Civility, ſo as to be capable of a Townſhip, upon their requeſt to the General Court, they ſhall have graunt of Lands undiſpoſed of, for a Plantation as the Engliſh have.

Indians not to be diſpoſſeſſed

And further it is Ordered by this Court, that if any Plantation or Perſon of the Engliſh, ſhall offer injuriouſly to put any of the Indians from their Planting grounds, or Fiſhing-places , upon their complaint and proof thereof, they ſhall have relief in any of the Courts of Juſtice amongſt the Engliſh, as the Engliſh have.

And further it is Ordered by this Court and the Authority thereof, and be it hereby Enacted, That all the Tract of Land within this Juriſdiction, whether already granted to any Engliſh Plantations or Perſons, or to be granted by this Court ( not being under the qualification of Right to the Indians ) is, and ſhall be accounted the juſt Right of ſuch Engliſh as already have, or hereafter ſhall have Graunt of Lands from this Court, and the Authority thereof; from that of *Geneſis 1. 28.* and the Invitation of the Indians.

*L. 1, p. 38*

2. And it is Ordered, That no Perſon whatſoever, ſhall henceforth buy

buy Land of any Indian without Licenfe firſt had and obtained of the Ge-
neral Court, and if any offend herein, ſuch Land ſo bought ſhall be for-
feited to the Country.

None to buy Land of Indians

Nor ſhall any perſon, ſell, give or Barter, directly or indirectly, any Gun or
Guns, Powder, Bullets, Shot, Lead to any Indian whatſoever, or to any
perſon Inhabiting out of this Juriſdiction: Nor ſhall any amend or repair
any Gun belonging to any Indian, nor ſhall ſell any Armour or Weapons,
upon penalty of *ten pounds* for every Gun, Armour or Weapons ſo ſold,
given or Bartered, *five pounds* for every pound of Powder, *forty ſhillings*
for every pound of Shot or Lead, and proportionably for any greater or
leſſer quantity. [ *1633. 37.* ]

no arms or amunition to be traded with the Indians.

FOR Explanation of the Law, tit. *Indians*;
  This Court doth Declare the Prohibition there expreſt, Referring to
the purchaſe of Indian Land without Licence from this Court, is to be un-
derſtood, as well Graunts for tearm of years as for ever, and that under
the ſame penalty, as in the ſaid Law is expreſt. [ *1665.* ]

3. *Whereas the* French *and* Dutch *and other forreign Nations do ordi-
narily Trade Guns, Powder, Shot, &c. with Indians, to our great prejudice
and ſtrengthening and animating the Indians againſt us, And the afore-
ſaid* French, Dutch *&c. do prohibit all Trade with the Indians within their
reſpective Juriſdictions, under penalty of Confiſcation, &c.*

L. 2. p. 15.

It is therefore Ordered; That it ſhall not be lawful for any *French-
man, Dutch-man,* or any perſon of any other Forreign Nation whatſoever,
or any *Engliſh* dwelling amongſt them, or under them, or any of them, to
Trade with any *Indian* or *Indians* within the Limits of our Juriſdiction,
directly or indirectly by themſelves or others, under penalty of Confiſca-
tion of all ſuch Goods and Veſſels as ſhall be found ſo Trading, or the
due value thereof, upon juſt proof of any Goods or Veſſels, ſo Trading
or Traded.

Forreigners pro-hibited Trade, with our Indians

And it ſhall be lawful for any perſon or perſons, Inhabiting within this
Juriſdiction, to make ſeizure of any ſuch Goods or Veſſels Trading with
the *Indians*; one half whereof ſhall be for the proper uſe and benifit of
the party ſeizing, and the other half to the Country.

4. *And becauſe the Trade of Furrs with the Indians in this Juriſdi-
ction, doth properly belong to this Common-wealth, and not unto particular
perſons;*

A. 57. p. 22.

It is therefore Ordered, That henceforth no Perſon or Perſons, di-
rectly or indirectly, ſhall Trade with the Indians for any ſort of Peltry,
excepting only ſuch as are Authorized by this Court, or by ſuch Com-
mittee as this Court ſhall appoint from time to time, under the penalty
of *one Hundred pounds* fine for every offence, *ten pound* whereof ſhall be
to the Informer, the reſt to the Country.

None to Trade furrs with Indians without licenſe under penalty of 100 li.

5. *Whereas ſeveral Orders for the preventing of Drunkenneſs amongſt
the Indians have been made, yet notwithſtanding there is little or no refor-
mation: For the prevention thereof, and the frequent effects thereof, Murder
and other outrages amongſt them;*

A. 52. p. 23.

This Court doth Order, that no perſon of what quality or condition

foever