# Exhibit 11

# DOCUMENTS

RELATIVE TO THE

# COLONIAL HISTORY

OF THE

# STATE OF NEW-YORK;

PROCURED IN

## HOLLAND, ENGLAND AND FRANCE,

BY

JOHN ROMEYN BRODHEAD, ESQ.,

AGENT,

UNDER AND BY VIRTUE OF AN ACT OF THE LEGISLATURE ENTITLED "AN ACT TO APPOINT AN AGENT TO PROCURE AND TRANSCRIBE DOCUMENTS IN EUROPE RELATIVE TO THE COLONIAL HISTORY OF THE STATE," PASSED MAY 2, 1839.

EDITED BY

E. B. O'CALLAGHAN, M. D.

## VOL. VI.

ALBANY:

WEED, PARSONS AND COMPANY, PRINTERS.

1855.

REPRODUCTION BY PERMISSION OF
THE BUFFALO & ERIE COUNTY PUBLIC LIBRARY
BUFFALO, NEW YORK

These Documents have been published under the direction of the GOVERNOR, SECRETARY OF STATE and COMPTROLLER of the State of New-York, in virtue of an Act of the Legislature of the said State, entitled "An Act to Provide for the Publishing of certain Documents relating to the Colonial History of the State," passed March 30th, 1849.

The Documents in Dutch and French were translated by E. B. O'CALLAGHAN, M. D., who was employed by the State Officers above named for that purpose, and to superintend the publication generally.

REPRODUCTION BY PERMISSION OF
THE BUFFALO & ERIE COUNTY PUBLIC LIBRARY
BUFFALO, NEW YORK

# TRANSCRIPTS OF DOCUMENTS

IN THE

QUEEN'S STATE PAPER OFFICE; IN THE OFFICE OF THE PRIVY COUNCIL; IN THE BRITISH MUSEUM; AND IN THE LIBRARY OF THE ARCHBISHOP OF CANTERBURY AT LAMBETH, IN LONDON.

---

## LONDON DOCUMENTS: XXV – XXXII.

---

## 1734 – 1755.

REPRODUCTION BY PERMISSION OF
THE BUFFALO & ERIE COUNTY PUBLIC LIBRARY
BUFFALO, NEW YORK

graciously pleased to repose in You, & the just Expectations of those over whom he has appointed you Governor.

We have perused Your Letter to the Comm^rs of Indian affairs (a copy of which you send us in yours of the 18th of Nov^br) & think you have done well in recommending so earnestly to them to provide for the defence & security of the Frontiers & particularly of Oswego & to cultivate the Friendship of the five Nations so necessary for His Majesty's Interest.

We have recommended to His Majesty three of the four gentlemen mentioned in the same letter as persons every way qualified to supply the Vacancies in the Council viz^t Peter Warren, Joseph Murry & John Moor Esq^rs but have thought it more advisable to suspend our Recommendation of the fourth, 'till we see whether the Lieu^t Gov^r continues in his resolution of not acting. So we bid you heartily farewell, and are,

Your very loving friends
& humble Servants
MONSON
M. BLADEN
R. PLUMER
JA. BRUDENELL
B. KEENE.

Whitehall
Janry 27th 174¾

*Governor Clinton to the Lords of Trade.*

[New-York Bundle, Gg., p. 99.]

My Lords,

I did myself the honour to write to your Lordships the 14th May last, acknowledging your favour to me of 27th January a duplicate of which I have inclosed, and therein gave you my reasons for recommending M^r Rensalaer to be one of the Council in the room of M^r Clarke which I hope are weighty enough to have him appointed.

I have inclosed to your Lordships my speech to the Assembly upon their meeting, with the Council & their Address, as also the Grand Jurys, and you may observe, I have not failed of recommending to their deliberations, the immediate necessity there was to provide amply for the safety of this Province, at so critical a conjuncture.

Your Lordships may also observe by the inclosed messages I have sent to them, that upon the intimations I have receiv'd of war being in all appearance declared by France against His Majesty, I thought they had not fully answer'd my expectations in raising sufficient supplys to repair our Fortifications, and pointed out to them in my first message, such things as I thought were highly necessary upon the occasion, which your Lordships will see they have only considered in part, upon which I immediately dispatched a double Garrison of His Majesty's Troops to Oswego, and afterwards sent them another message to which they return'd me no answer as appears by the inclosed Extract of their Minutes.

I have taken every other precaution in my power to guard against any surprize by sending circular orders to the respective Colonels of Militia, and to the Captains of His Majesty's Companys posted in this Province to inspect the Arms and Accoutrements of their men, and

REPRODUCTION BY PERMISSION OF
THE BUFFALO & ERIE COUNTY PUBLIC LIBRARY
BUFFALO, NEW YORK

see that they are in good order and fit for immediate service, and that as often as conveniently may be they do exercise the men in arms keeping strict discipline, whereby they may be able not only to repel the French Forces, if this Province shou'd be attack'd by them, but to be also in a condition, if necessary, to attack them, pursuant to M^r^ Stone's letter to me of 3^d^ Sep^r^ last, by order of their Excellency's the Lords Justices, for which end I have issued the inclosed Proclamations to forbid the Exportation of Gun powder, or the supplying the French with any kind of provisions, warlike stores, or merchandizes.

I have also sent Circular letters to the neighbouring Governours desiring they wou'd give the necessary orders to the people under their Government, especially those bordering on this Province, to be ready to march to our assistance on the first notice of the approach of an enemy, at the same time assuring them I shall make the like disposition in their behalf.

I have inclosed to your Lordships the Minutes of Council since my arrival to 27 March last, together with the Acts of the Assembly ingrossed, which I am to desire you will please to lay before His Majesty in Council, for His Royal assent.

I shall sett out to morrow for Albany, to meet the Five Nations of Indians, in order to renew their engagements of Peace with me, on behalf of His Majesty, and upon my arrival shall detach another party of His Majesty's Troops to the Fort at Saratoga for the defence of that place.

This is all I have at present to trouble your Lordships with, and I hope you will believe I have done every thing within the compass of my abilities for the welfare and security of this Province, consistent with the honour and dignity of my trust, and nothing can contribute more to my satisfaction, if my conduct does answer that end, I am

My Lords

Your Lordships most obedient

& most humble servant

G. Clinton

New York
5th June 1744

The Rt Honble the Lords of Trade & Plantations.

---

## *Governor Clinton to the Duke of Newcastle.*

[New-York Papers. (S. P. O.) No. 9, p. 195.]

My Lord.

I have the honour to acknowledge to your Grace the receipt of Mr Stones letter of the 3rd Septr last by order of their Excellencys the Lords Justices, signifying their directions to put this Province into an immediate posture of defence, and to be in such a condition, as to be able not only to repel the French forces, if they should attack the said province, but likewise to be in a condition if necessary to attack them.

In compliance therewith I have notify'd their Excellencys orders to the Assembly upon their meeting, and have recommended to their deliberations the necessity there was to provide amply and immediately for the safety of this province at so critical a conjuncture, as Your

REPRODUCTION BY PERMISSION OF
THE BUFFALO & ERIE COUNTY PUBLIC LIBRARY
BUFFALO, NEW YORK