# Exhibit 12

# RECORDS

OF

# MASSACHUSETTS.

## VOL. I.

1628–1641.

# RECORDS

OF

THE GOVERNOR AND COMPANY

OF THE

# MASSACHUSETTS BAY

IN

# NEW ENGLAND.

PRINTED BY ORDER OF THE LEGISLATURE.

EDITED BY

NATHANIEL B. SHURTLEFF, M.D.,

MEMBER OF THE MASSACHUSETTS HISTORICAL SOCIETY, FELLOW OF THE AMERICAN
ACADEMY OF ARTS AND SCIENCES, AND MEMBER OF THE
AMERICAN ANTIQUARIAN SOCIETY.

## VOL. I.

1628—1641.



BOSTON:
FROM THE PRESS OF WILLIAM WHITE,
PRINTER TO THE COMMONWEALTH.
1853.

And the said persons appointed to set out the said plantation are directed so to set out the same as there may bee 1500 acres of medowe alowed to it, if it bee there to bee had w^th any conveniency, for the vse of the towne./

1637.
20 November.
352–

Those that are to veiwe the newe plantation of Watertowne are desired to veiwe the place w^ch M^r Spencer desireth, & if it bee convenient, to certify the Courte./

M^r Burslin, Goo: Robert Martin, & S^rgent Anthony Eames were appointed to measure three miles southward from the southermost part of the bay, & to run the east line vnto the sea./

Comittee to measure 3 miles southward, &c.

Capt Turner, Goo: Rich^rd Right, M^r Conant, & Goo: Woodberry are appointed to certify w^ch bee the bounds between Salem & Saugust, w^ch they formerly did agree vpon./

Saugust is called Lin./

Lynn.

It is ordered, that every man shall, w^thin three dayes, give notice to the cunstable of the towne of any strayes taken vp, & for every dayes neglect, to forfet three shillings four pence./

353–
Law as to strayes.

Whereas the opinions & revelations of M^r Wheeleright & M^rs Hutchinson have seduced & led into dangerous errors many of the people heare in Newe England, insomuch as there is iust cause of suspition that they, as others in Germany, in former times, may, vpon some revelation, make some suddaine irruption vpon those that differ from them in iudgment, for p̃vention whereof it is ordered, that all those whose names are vnderwritten shall (vpon warning given or left at their dwelling houses) before the 30th day of this month of November, deliver in at M^r Canes house, at Boston, all such guns, pistols, swords, powder, shot, & match as they shalbee owners of, or have in their custody, vpon paine of ten pound for ev^ry default to bee made therof; w^ch armes are to bee kept by M^r Cane till this Court shall take further order therein. Also, it is ordered, vpon like penulty of x^l, that no man who is to render his armes by this order shall buy or borrow any guns, swords, pistols, powder, shot, or match, vntill this Court shall take further order therein./

354–
Disarming of y^e opinionists, &c.

*The Names of Boston Men to bee disarmed.

[*208.]

| | | |
|---|---|---|
| Capt John Vnderhill, | John Sanfoard, | John Biggs, |
| M^r Thomas Oliver, | Rich^rd Cooke, | Rich^rd Gridley, |
| William Hutchinson, | Rich^rd Fairbanke, | Edward Bates, |
| Willi: Aspinwall, | Thom: Marshall, | Willi: Dinely, |
| Samuell Cole, | Oliver Mellows, | Willi: Litherland, |
| Willi: Dyre, | Samuell Wilbore, | Mathewe Jyans, |
| Edw^d Rainsfoard, | John Oliver, | Henry Elkins, |
| John Button, | Hugh Gunnison, | Zache: Bosworth, |

212                THE RECORDS OF THE COLONY OF

| 1637.<br>21 November. | Rob'rt Rice,<br>Willi: Townsend,<br>Rob'rt Hull,<br>Willi: Pell,<br>Rich'rd Hutchinson,<br>James Johnson,<br>Thom: Savage,<br>John Davy,<br>George Burden,<br>John Odlin,<br>Gama: Wayte,<br>Edw'd Hutchinson, | Willi: Wilson,<br>Isaack Grosse,<br>Rich'rd Carder,<br>Rob'rt Hardinge,<br>Rich'rd Wayte,<br>John Porter,<br>Jacob Eliott,<br>James Penniman,<br>Thom: Wardell,<br>Willi: Wardell,<br>Thom: Matson,<br>Willi: Baulston, | John Compton,<br>M'r Parker,<br>Willi: Freeborn,<br>Henry Bull,<br>John Walker,<br>Willi: Salter,<br>Edw'd Bendall,<br>Thom: Wheeler,<br>M'r Clarke,<br>M'r John Coggeshall. |
|---|---|---|---|

59 disarmed in Boston.                                                                58

The like order is taken for other townes, changing the names of those who shall deliver their armes, & keepe them./

Salem men disarmd, 5.      The names of Salem men to bee disarmed: M'r Scrugs, M'r Alfoot, M'r Comins, Goo: Robert Moulton, Goo: King ; to deliv'r their arms to Leift Damfort./

Newbery men disarmed, 3.      The names of Neweberry men to bee disarmed are, M'r Dumer, M'r Eason, M'r Spencer ; to bee delivered to the cunstable of the towne./

Roxbury men disarmd, 5.      The names of Roxberry men to bee disarmed are, M'r Edward Denison, Rich'rd Morris, Rich'rd Bulgar, & Willi: Denison, Philip Sherman ; to bee delivered to Goo: Johnson./

Ipswich men disarmd, 2.      The names of Ipswich men to bee disarmed are, M'r Foster & Samu: Sherman, w'ch are to deliv'r their armes to M'r Bartholomewe./

Charls Towne, 2.      The names of Charlstowne men to bee disarmed are, M'r George Bunker & James Browne, who are to deliver their armes to Goo: Thomas Line./

2 magis'ts taking mens acknowledg'ts of y'e euill in subscribing. 355—      It was ordered, that if any that are to bee disarmed acknowledg their sinn in subscribing the seditious libell, or do not iustify it, but acknowledg it evill to two magistrates, they shalbee thereby freed from delivering in their armes according to the former order./

2 magis'ts power to dismisse from tray.      Two magistrates have power given them to excuse & exempt wholly from trainings any w'ch they shall thinke meete./

Left How to traine y'e company at Lynne, &c.      Any that are excused from trainings are to pay for the vse of the company as two magistrates shall thinke meete./

Roxbury enjoynd to send M'rs Hutchinson.      Leift Howe, being enioyned to traine the company at Linn, is pmited to have the fines, w'th all ould arrerages of fines behind there./

[*209.]
356—      The towne of Roxberry is required to take order for the safe custody of M'rs Hutchinson ; & if any charge arise, to bee defrayed by her husband./

Order to p'vent contempts of Court.      *This Courte, being sensible of the great disorders growing in this comon welth through the contempts w'ch have of late bene put vpon the civill author-