# Exhibit 13

# RECORDS

OF THE

# COLONY OF RHODE ISLAND

AND

# PROVIDENCE PLANTATIONS,

IN

# NEW ENGLAND.



PRINTED BY ORDER OF THE GENERAL ASSEMBLY.

EDITED
JOHN RUSSELL BARTLETT,
SECRETARY OF STATE.

VOL. II.

1664 TO 1677.

BOSTON COLLEGE LIBRARY
CHESTNUT HILL, MASS.

PROVIDENCE, R. I.:
A. CRAWFORD GREENE AND BROTHER, STATE PRINTERS.
1857.

1677.       Voted, that the Recorder shall forthwith draw out two coppies of the order about the Indians; one to be set up in Newport, and the other in Portsmouth.

Voted, that the Clerke of this Assembly shall have fourteene shillings from each towne, beinge for coppies of this Court acts, with the seale of the Collony affixed.

Voted, this Assembly is dissolved.   October 27th.

*At a meeting of the Governor and Councill of this Collony, January* 22, 1676–7.

Whereas, there are great complaints to this Councill of the great inconveniencies which accrue to this Island, by reason of severall wigwams, which are set up both in men's perticular lands, and in the commons, wherein severall Indians doe meet, gittinge drinke, and are often drunke, and is to be feared by such meetings they may have oppertunity to plot anew, mischiefe to our great damage; the premises considered, this Councill doe order, that no person shall suffer any Indian wigwam to be built upon his land, or shade made of mats or in other ways made for the entertaininge of Indians; or of any such aforesaid be all ready built, all such wigwams or shades so built, shall, after warninge given by a Magistrate, or any other appointed by him, be pulled down by the owner of the lands where such wigwams or shades are set up, within two days after the said warninge; and upon refusall, it shall be in the power of the Governor and Deputy Governor, or any one Assistant, to grant forth warrant to a Constable to take sufficient aide with him, and to pull downe and demollish all such wigwams or shades as aforesaid.  Further, it is ordered, that the same warninge as abovesaid, shall be given to all persons which have set up or built any such wigwam or shade as aforesaid in the common of this Island, to pull them down, and upon refusall, a warrant from the Governor, to a constable as aforesaid, to demollish all such wigwams.

Ordered, that if any Indian or Indians upon this Island 1677. shall be found with any liquors or stronge drinke about him or them, in either bottle or bottles, or any other vessell, it shall be lawfull for any inhabitant upon this Island to take away all such liquors or strong drinke, and to break all such bottles or vessells, in pieces.

Ordered, the Councill takeinge in their serious considerations not only the inconveniencies, but the discontent which arises in severall inhabitants of this Island, by reason that severall Indians doe pass and re-pass on and off this Island, with guns and ammunition, showinge noe ticket or order soe to doe, these are to order and authorize any inhabitant of this Island that shall meet any Indian or Indians with either gun or guns, or ammunition to take them from him or them, and bring both guns, ammunition and Indians before the Governor or Deputy Governor, to be examined of the reason of their so doeinge, and to dispose of them accordinge to either of their discretions.

Further, it is ordered, that the Secretary shall draw forth two coppies, one for Newport, and one for Portsmouth, to be set upon some publicke place. Likewise, that the Clerke of each towne shall reade and publish these orders in their first towne meetinge convened after these orders come in to his hand.

*Letter from Rhode Island to Connecticut.*

Newport, Aprill 21, 1677.

Honored Gentlemen: Forasmuch as we are informed that by your warrant and express order, divers of inhabitants of the Narragansett country are taken by Capt. Geo. Denison, and carried away as prisoners for their lawful employments; and also from their possessions in this Collony, and within the bounds thereof are arrested and conveyed to yourselves for tryall upon default of execution and disobedience to your authoritie exercised by your declarations and edicts given forth within our limits