# Exhibit 16

# ACTS

## OF THE

# GENERAL ASSEMBLY

## OF THE

# STATE

## OF

# *NEW-JERSEY.*

At a SESSION begun at PRINCETON on the 27th Day of *August*, 1776, and continued by Adjournments till the 11th of *October* 1777.

---

BURLINGTON:

Printed by ISAAC COLLINS, M.DCC.LXXVII.

Z

<strong>Courts, their Power, &c.</strong>

of the faid Courts, but the Juftices of the Supreme Courts of this State, and the Judges and Juftices of the refpective Counties in which the faid Courts fhall be appointed to be held; and fuch Courts of Oyer and Terminer and General Gaol Delivery fo conftituted, appointed, and commiffioned, fhall, and they are hereby declared to have all the Power, Jurifdiction and Authority which fuch Courts have heretofore held, ufed and exercifed, in this State under the former Government; and all the Proceedings, Tranfactions and Adjudications of fuch Courts heretofore appointed and commiffioned in Manner aforefaid within the prefent Year, are hereby declared to be valid and effectual to all Intents and Purpofes.

<strong>Juftices attending fuch Courts, how to be paid.</strong>

3. AND BE IT ENACTED by the Authority aforefaid, That when the Governor or Commander in Chief for the Time being, with the Confent of the Council (any three whereof to-be a Quorum) fhall think it neceffary by Commiffion to appoint a Court of Oyer and Terminer and General Gaol Delivery in any of the Counties of this State, fuch of the Juftices of the Supreme Court, who fhall attend and hold the Courts of Oyer and Terminer and General Gaol Delivery fo as-aforefaid appointed, fhall be paid in the Manner and Proportion as is fet forth in an Act, entitled, *An Act for the Support of Government of the State of* New-Jerfey, *to commence the twenty-feventh Day of* Auguft *One Thoufand Seven Hundred and Seventy-fix, and to end the fecond* Tuefday *in* October *One Thoufand Seven Hundred and Seventy-feven, and to difcharge the publick Debts and contingent Charges thereof.*

<strong>Limitation of the laft Section.</strong>

PROVIDED ALWAYS, that the laft Section of this Act fhall be and continue in Force until the End of the next Sitting of General Affembly, and no longer.

*Paffed at* Haddonfield, September 20, 1777.

CHAP. XL.

An ACT for conftituting a Council of Safety.

<strong>Preamble.</strong>

WHEREAS the Act, entitled, *An Act for invefting the Governor and a Council confifting of twelve, with certain Powers therein mentioned, for a limited Time;* and the Act, entitled, *An Act for rendering more effectual two certain Acts therein mentioned;* have expired by their own Limitation: AND WHEREAS it is ftill neceffary to the Prefervation of the State, that the executive Powers of Government fhould be ftrengthened and exercifed with all poffible Vigour and Efficacy; therefore,

<strong>Members of the Council of Safety.</strong>

Sect. 1. BE IT ENACTED by the Council and General Affembly of this State, and it is hereby Enacted by the Authority of the fame, That the Honourable *Silas Condict, William Paterfon, Nathaniel Scudder, Theophilus Elmer,* Efquires, *John Hart, Benjamin Manning, Peter Tallman, John Mehelm, Caleb Camp, Jacob Drake, Jonathan Bowen, John Combs, John Buck, William Peartree Smith, Frederick Freelinghuyfen,* and *Edward Fleming,* Efquires, (any five of whom to be a Quorum) be, and they hereby are conftituted and appointed a Council of Safety, whereof His Excellency *William Livingfton,* Efquire, or the Governor or Commander in Chief for the Time being, fhall be Prefident, with the Style and

Title

WILLIAM LIVINGSTON, Esquire, Governor. 85

Title of *The Prefident, and Council of Safety for the State of* New-Jerfey; and that they be invefted with all the Powers and Authorities herein expreffed, during the Continuance of this Act.

2. AND BE IT ENACTED *by the Authority aforefaid*, That every Member of the faid Council fhall be and he is hereby invefted with all the Authority and Powers of a Juftice of the Peace throughout this State, and that the faid Prefident and Council of Safety fhall be deemed and taken to be a Board of Juftices for and throughout this State, invefted with all the Authority and Powers of any one or more Juftices of the Peace, as the Cafe may require, during the Continuance of this Act: PROVIDED NEVERTHELESS, That it be in their Option to act or not in that Capacity in Matters of a civil Nature. <span style="float:right">Powers invefted in them.</span>

3. AND BE IT ENACTED *by the Authority aforefaid*, That the Prefident be, and he is hereby fully empowered, by and with the Advice and Confent of the Council aforefaid, (any five of which to be a Quorum) to fill up any military Office which is or fhall become vacant by the Death, Refignation, Removal, or otherwife of any military Officer; and that the Perfon fo appointed to any Office fhall, neverthelefs, be approved of or rejected by the Council and Affembly of this State, in Joint-Meeting, at the next Sitting of General Affembly next after fuch Appointment. <span style="float:right">Who to fill up vacant Military Offices,</span>

4. AND BE IT ENACTED *by the Authority aforefaid*, That the Prefident be and he is hereby empowered, by and with the Advice of the Council aforefaid, (any five of whom to be a Quorum) to apprehend any Perfon difaffected to, or acting againft the Government, or whom they fhall fufpect of being difaffected to, or of having dangerous Defigns againft the Government, and fuch Perfon to commit to any Gaol within this State. <span style="float:right">And apprehend difaffected Perfons.</span>

5. AND BE IT ENACTED *by the Authority aforefaid*, That any Dwelling Houfe, Out-Houfe, or Guard-Room, in which the Prefident and Council aforefaid fhall confine any Perfon for any Offence committed againft this State, the Laws, or Government thereof, fhall be deemed and adjudged a legal Gaol for that Purpofe. AND IT IS FURTHER ENACTED, That the Prefident, by and with the Advice of the Council aforefaid, (any five of whom to be a Quorum) fhall be, and he is hereby authorized to remove any Perfon already, or who hereafter fhall be apprehended or imprifoned for any Offence againft the Government, from the Gaol in which he may ftand committed, to any other within this State, and fo from Time to Time, and from Gaol to Gaol, as may be deemed neceffary or expedient. <span style="float:right">Houfes deemed legal Gaols. Perfons confined, by whom removed.</span>

6. AND BE IT ENACTED *by the Authority aforefaid*, That the Prefident and Council aforefaid, (any five of whom to be a Quorum) be, and they are hereby empowered and directed to caufe the Laws of this State to be faithfully executed, and to expedite, as far as may be, the Execution of fuch Meafures as fhall have been, or may be refolved upon by the Legiflative-Council and General Affembly of this State, and to recommend it to the Speaker to call the General Affembly when neceffary, before the Day to which they fhall ftand adjourned. <span style="float:right">Council of Safety, their Duty.</span>

A a          7. AND

| | |
|---|---|
| President empowered to call out the Militia, &c. | 7. AND BE IT ENACTED *by the Authority aforesaid*, That the President, by and with the Advice of the Council aforesaid, (any five of whom to be a Quorum) shall be, and he is hereby empowered to call out such and so many of the Militia of this State as they shall think necessary to carry their lawful Orders and Directions into Execution, as well as a Guard for their own Security and Defence, which Militia so called upon shall not be entitled to commute for their actual Service by any Fine or Forfeiture, but shall be compellable to serve, and in Consideration of such Service shall be excused from their next Tour of military Duty, in Proportion to the Number of Days they have so served (except in Cases where the whole Militia is called out) and shall have the same Pay and Rations as when on military Duty. AND IT IS FURTHER ENACTED, That the President, by and with the Advice and Consent of the Council aforesaid, is hereby authorized to carry all their lawful Orders and Directions into Execution by any such Detachment of the Troops in the Service of the United States as he may be able to procure for that Purpose, at the Expence of the said States. |
| Persons declared guilty of Felony, | 8. AND BE IT ENACTED *by the Authority aforesaid*, That if any Person being a Member of, or owing Allegiance to this Government, as described in the first Section of the Act, intitled, *An Act to punish Traitors and disaffected Persons*, shall be apprehended on his Way to the Enemy with Intent to go into their Lines or Encampments, or into any Place in their Possession, without the Licenfe, Permission or Passport of the Commander in Chief of the Army of the United States of *North-America*, or of the Governor or Commander in Chief of this State for the Time being, or of some General Officer of the Army of the said United States, or of the Major General or one of the Brigadiers General of the Militia of this State, such Person is hereby declared to be guilty of Felony, and, being thereof legally convicted, shall suffer Death without Benefit of Clergy. PROVIDED NEVERTHELESS, That if any Per- |
| May, with Leave, enlist. | son so offending as aforesaid shall, at the Time of his Examination before the President and Council of Safety aforesaid, or within five Days thereafter, declare his Willingness to enlist, and shall actually enlist with the Leave of the President and Council aforesaid, to serve on Board any of the Vessels of War belonging to the United States, it shall be lawful for them to suffer him so to enlist, and thereupon to discharge him from his Confinement, and such his Enlistment shall be deemed a full Pardon of his Offence aforesaid, any Thing herein before contained to the contrary notwithstanding. |
| Other Persons declared guilty of Felony. | 9. AND BE IT ENACTED *by the Authority aforesaid*, That if any Person, being a Member of, or owing Allegiance to this Government, as described in the first Section of the Act, intitled, *An Act to punish Traitors and disaffected Persons*, who hath, since the fourth Day of *October* last, voluntarily gone into any of the Enemy's Lines or Encampments, or into any Place in their Possession, shall return to any Part of this State in a secret or clandestine Manner, or without any Leave, Licenfe or Passport previously obtained from the Governor or Commander in Chief of this State for the Time being, or President of the Council of Safety, or from a General Officer of the Army of the United States, or of the Major General, or one of the Brigadiers General of the Militia of this State, such Person is hereby declared to be guilty of Fe- |

lony,

lony, and, being thereof legally convicted, shall suffer Death without Benefit of Clergy. PROVIDED NEVERTHELESS, That he may enlist as aforesaid; and that such Enlistment shall be considered and operate in like Manner as the Enlistment of a Person committing the Offence specified in the last preceding Section of this Act.

*May also enlist.*

10. AND BE IT FURTHER ENACTED *by the Authority aforesaid*, That if any Woman being a Subject of, or owing Allegiance to this Government, as aforesaid, shall be apprehended on her Way to the Enemy, with Intent to go into their Lines or Encampments, or into any Place in their Possession without such Licence, Permission or Passport as aforesaid, or having so gone into the same, shall return to any Part of this State without such Licence, Permission or Passport, as aforesaid, every Woman so offending, shall, for the first Offence, be fined and imprisoned at the Discretion of the Court, provided that such Fine do not exceed *Three Hundred Pounds*, nor the Imprisonment one Year, and for the second Offence is declared to be guilty of a capital Felony, and, being thereof convicted, shall suffer Death accordingly.

*Women detected going to the Enemy, how punished.*

11. AND BE IT FURTHER ENACTED *by the Authority aforesaid*, That the President and Council aforesaid are hereby authorized and empowered to grant Passports or Permissions to pass through any Parts of this State; and also to authorize such and so many Persons in every County within the same, to grant such Passports or Permissions, and under such Regulations as they shall think necessary; and to detain under Guard all Persons suspected of dangerous Designs against the State, travelling without such Passports or Permissions, until they shall satisfy the said President and Council aforesaid, or the Persons by them so authorized of their being well-affected to the State, and of their travelling without any Designs injurious to it: And every Person who shall be convicted of counterfeiting any such Passports or Permissions, shall suffer six Months Imprisonment.

*Passports, who to grant them.*

*Punishment for counterfiting them.*

12. AND BE IT ENACTED *by the Authority aforesaid*, That it shall and may be lawful for the President and Council aforesaid, to send into the Enemy's Lines such of the Wives and Children of Persons lately residing within this State, who have gone over to the Enemy, as they shall think necessary.

*Who may be sent within the Enemy's Lines.*

13. AND WHEREAS by Reason of the Irruption of the Enemy into several Parts of this State, and the Arts and Influence of disaffected Persons residing in the same, either no Trial at all, or no fair and impartial Trial of Traitors and disaffected Persons can be had in several Counties of this State; BE IT THEREFORE ENACTED *by the Authority aforesaid*, That every Person who shall be charged with, or committed for any of the Crimes or Offences specified in the first, second, or third Sections of the said Act, intitled, *An Act to punish Traitors and disaffected Persons*, or who shall be charged with or committed for Misprision of Treason, or for any Crime or Offence specified in the eighth or ninth Section of this Act, or who shall be charged with, or committed for any of the Crimes or Offences specified in the second Section of an Act, intitled, *An Act to render certain Bills of Credit a legal Tender within this State, and to prevent the Counterfeiting of the same, and other*

*Trial of Traitors, &c. where may be held.*

Bills

*Bills of Credit*, may be tried for the fame in any County of this State, by a Jury of that County, at the Difcretion of the Prefident and Council aforefaid, although the Offence he be charged with, or was committed for, was done and perpetrated in any other County, any Law, Ufage, or Cuftom to the contrary thereof in anywife notwithftanding. PRO-

Provifo. VIDED NEVERTHELESS, That the Prefident and Council of Safety aforefaid may permit any Perfon fufpected of or charged with any of the Crimes or Offences fpecified in the firft, fecond, or third Sections of the Act aforefaid, intitled, *An Act to punifh Traitors and difaffected Perfons*, or who fhall be charged with or fupected of Mifprifion of Treafon, to enlift on Board any of the Veffels of War belonging to the United States, inftead of confining them for Trial; and fuch Enliftment fhall be deemed in full Pardon of the faid Crime or Offence; any Law to the contrary thereof notwithftanding.

Sufpicious Perfons refufing to take the Oaths, how punifhed. 14. AND WHEREAS it is inconfiftent with every Principle of civil Society and focial Juftice, that any Perfon, but more efpecially fuch as from his Abilities, Affluence, or Rank in Life, may have great Influence over others, fhould be fuffered to remain in and be protected by a Government to which he refufes Fidelity and Allegiance: AND WHEREAS fome fuch Perfons, through the Tolerance and Lenity of the prefent Government, and in Expectation of their becoming good Subjects, have been fuffered to continue in the fame, and to enjoy all the Benefits of Government in common with others the faithful Subjects of the State: AND WHEREAS it is at Length highly neceffary to difcriminate the Friends of Government from its Foes, and to deal with the latter agreeably to their refpective Demerits; BE IT THEREFORE ENACTED *by the Authority aforefaid*, That if any Perfon who fhall be convened before the Prefident and Council aforefaid by Warrant, Summons, or otherwife, on Sufpicion of being dangerous or difaffected to the prefent Government, fhall neglect or refufe to take the Oaths of Abjuration and Allegiance fet forth in an Act, entitled, *An Act for the Security of the Government of* New-Jerfey, paffed the nineteenth Day of *September* One Thoufand Seven Hundred and Seventy-fix, upon the fame being tendered to him by them, and fuch Perfon fhall appear to the Prefident and Council too dangerous to the State to be fuffered to go at Large upon giving Security to appear at the next Court of General Quarter Seffions of the Peace, and to be in the mean Time of good Behaviour, the Prefident and Council aforefaid are hereby authorized and empowered to commit fuch Perfon to clofe Gaol, and certify the fame with the Caufe of Commitment, under the Hand and Seal of the Prefident, to the next Court of General Quarter Seffions of the Peace; where, if fuch Perfon fhall refufe to take the faid Oaths he fhall be bound to his good Behaviour, or be fined or imprifoned as the Court fhall deem neceffary, any Thing in the faid Act, intitled, *An Act to punifh Traitors and difaffected Perfons* to the contrary thereof notwithftanding. And if any

May be fent within the Enemy's Lines. Perfon, fo as aforefaid convened, and refufing to take the faid Oaths of Abjuration and Allegiance, fhall be fufpected by the Prefident and Council aforefaid to be too dangerous to the State to be fuffered any longer to remain within the fame, the faid Prefident and Council are hereby authorized and empowered to appoint a Time and Place for the Hearing of fuch fufpected Perfons by himfelf or his Council, who fhall be permitted to introduce fuch Evidence as may be in his Power to remove fuch

Sufpicion,

Suspicion, of which Time and Place of Hearing at least eight Days Notice shall be given to such suspected Person, and the said Person shall be entitled to have Subpœnas or Summonses for his Witnesses, and if after such Hearing and Trial the said President and Council (five whereof at least being the Quorum) shall be unanimously of Opinion that the said Person, so as aforesaid suspected, is too dangerous to the State to be suffered to remain within the same, and such Person shall not, before such Opinion shall be pronounced voluntarily take the said Oaths of Abjuration and Allegiance before the said President and Council or other competent Authority, it shall and may be lawful for the said President and Council to send such Person, together with such Parts of his Family as they shall think proper into the Lines of the Enemy; and if such Person, during the present War, waged and carried on by the King of *Great-Britain* against the United States of *North-America*, shall return into this State without Permission first obtained from the Commander in Chief of this State, for the Time being, with the Advice of the Privy Council, he shall be adjudged guilty of Felony; and, being duly convicted thereof, shall suffer Death without Benefit of Clergy. PROVIDED ALWAYS, That such Person shall be permitted to constitute and appoint one or more Attorneys or Agents to settle his Affairs, and to sell or otherwise dispose of all his Estate, Real and Personal, for his own proper Use and Benefit. *And have Liberty to appoint Agents.*

15. AND BE IT ENACTED *by the Authority aforesaid*, That any Dwelling-House, Out-House or Guard-Room in which the President and Council aforesaid shall confine any Person for any Offence specified in the thirteenth Section of this Act, or committed against any of the Acts mentioned therein, shall be deemed and adjudged a legal Gaol for that Purpose. *Houses deemed legal Gaols.*

16. AND BE IT ENACTED *by the Authority aforesaid*, That the President and Council aforesaid shall be, and they are hereby authorized to cause to be cleansed, such of the Towns of this State in which any Troops have been quartered, as they shall think necessary, to prevent infectious Distempers. *Towns to be cleansed.*

17. AND WHEREAS the Enemy have lately adopted the mean and unmanly Practice of encouraging our disaffected Subjects, secretly to apprehend and convey into their Lines, such of the loyal Subjects of this State as have rendered themselves obnoxious to their Resentment, on Account of their singular Patriotism and more eminent Services to their Country, BE IT THEREFORE ENACTED *by the Authority aforesaid*, That it shall and may be lawful for the President and Council of Safety aforesaid, forthwith, and from Time to Time hereafter, to apprehend and imprison such and so many Persons disaffected to this State as they shall think sufficient to induce the Enemy to release such of the Subjects of this State as have already been, or hereafter may be, so secretly apprehended and conveyed away as aforesaid and detained by the Enemy, until they shall be released and set at Liberty to return to their respective Places of Abode. And the President and Council aforesaid, are hereby empowered to negociate an Exchange of the Persons disaffected to the State, so as last aforesaid apprehended and imprisoned for such of the Subjects of this State as already have been, or hereafter may be, so *Kidnaping, Mode of Retaliation, &c.*

B b  secretly

fecretly apprehended and conveyed away, and detained by the Enemy. And that fuch Perfons fo apprehended and exchanged by the Prefident and Council aforefaid, fhall have the Benefit of the Provifo Claufe contained in the fourteenth Section of this Act.

Beacons may be erected.

18. AND BE IT ENACTED *by the Authority aforefaid*, That the Prefident and Council of Safety aforefaid be, and they hereby are empowered to erect and fix Beacons and Alarm-Pofts in fuch Places in this State as they fhall judge moft proper.

Electors neglecting to choofe Reprefentatives, who to fix a Day, &c.

19. AND WHEREAS by the Irruption of the Enemy into this State, and their Vicinity to fome of the Places of holding the Elections for Reprefentatives to ferve in the Legiflative-Council and General Affembly, it may be impracticable to hold Elections in fome of the Counties at the Time and Places appointed by Law; THEREFORE, BE IT ENACTED *by the Authority aforefaid*, That in cafe the Electors in any of the Counties of this State fhall not proceed to the Choice of Reprefentatives, to ferve in the faid Legiflative-Council and General Affembly, at the Time and Places appointed by an Act, intitled, *An Act for regulating the Election of the Members of the Legiflative-Council and Affembly, Sheriffs and Coroners of the State of* New-Jerfey, the Prefident and Council of Safety aforefaid are hereby empowered and directed to fix and appoint for the County, fo as aforefaid deftitute of Reprefentatives, fuch Day and Place in the faid County as they fhall judge moft expedient; and the Election fo held fhall be conducted and Return thereof made in the Manner fet forth in the Act laft mentioned; and thereupon fuch Election and Return fhall be deemed and taken to be good and valid to all Intents and Purpofes as if the fame had been made at the Times and Places by the faid Act directed. AND BE IT FURTHER ENACTED, That if it fo happen, that on the Day appointed in the Act laft aforefaid, for the Meeting of the Legiflature at *Trenton*, a Number of Reprefentatives fufficient to conftitute a Houfe fhall not attend, whereby Bufinefs cannot be proceeded upon; in fuch Cafe the Prefident and Council of Safety aforefaid fhall be, and they hereby are empowered and directed, as foon as poffible after the Election or Elections by them appointed to be held, to iffue Citations for calling together and convening the Legiflature on fuch Day, and at fuch Place as they fhall appoint.

Council of Safety to difarm difaffected Perfons.

20. AND BE IT ENACTED *by the Authority aforefaid*, That the Prefident and Council aforefaid be, and they hereby are empowered and directed to deprive and take from fuch Perfons as they fhall judge difaffected and dangerous to the prefent Government, all the Arms, Accoutrements and Ammunition which they own or poffefs; and the faid Prefident and Council are hereby authorized to pay for fuch Arms, Accoutrements and Ammunition, or any of them, fuch Sum as fhall be afcertained by two or more Appraifers under Oath, which faid Arms, Accoutrements and Ammunition fhall be delivered, for the Ufe of the State, to the Commanding Officer of the Battalion in whofe Diftrict fuch difaffected Perfon refides.

Governor's Abfence, &c. how fupplied.

21. AND BE IT ENACTED *by the Authority aforefaid*, That whenever His Excellency *William Livingfton*, Efquire, or the Governor or Commander in Chief for the Time being, by Reafon of his Abfence out of this State, or of Sicknefs though within it, or by any other reafonable

WILLIAM LIVINGSTON, Esquire, Governor.                91

able Impediment, is prevented from attending the Council of Safety, or in case there be no Governor or Commander in Chief elected in due Time and Season, the said Council of Safety are hereby empowered in such Case to elect a President; and the Person so elected shall be, and is hereby invested with the same Power and Authority as the said *William Livingston*, Esquire, or the Governor or Commander in Chief, for the Time being, is invested with by this present Act.

22. AND BE IT ENACTED *by the Authority aforesaid*, That the President and Council aforesaid shall have a Secretary, and keep fair Books of their Proceedings; which Secretary shall be allowed such Compensation for his Time and Trouble as the said President and Council shall judge adequate and proper.   *Secretary to be appointed, &c.*

23. AND BE IT ENACTED, That the Expences of the President of the said Council of Safety, during the Time he shall attend in the Council aforesaid, shall be defrayed by this State; and that every Member of such Council shall, during his Attendance in Council, be allowed at the Rate of *Twenty Shillings* a Day, to be paid by the Treasurer, on Certificate thereof signed by the President.   *Expences to be paid by the State.*

24. AND BE IT ENACTED *by the Authority aforesaid*, That the said President, by and with the Consent of the Council aforesaid be, and he is hereby empowered to draw on the Treasurer of this State for any Sum of Money which may be necessary from Time to Time in the Exercise of the Powers aforesaid, not exceeding the Sum of *Two Thousand Pounds*; and the said Treasurer is hereby authorized to pay any Order drawn as aforesaid. PROVIDED ALWAYS, That the said President and Council of Safety shall be, and are hereby made accountable to the Legislature of this State for any Sum or Sums of Money drawn from the Treasury of this State by Virtue of this Act.   *President to draw on the Treasury.*

*Proviso.*

25. AND WHEREAS sundry disaffected Persons, charged with high Crimes, have been lately apprehended and seized by the Militia of this State, and are now kept under Guard, and more Instances of the like Kind may happen: AND WHEREAS it may be found necessary to keep a military Guard over such Prisoners till they shall be brought to Trial; BE IT ENACTED, That it shall and may be lawful for the President of the said Council of Safety for the Time being, with the Advice and Consent of the said Council (any five whereof to be a Quorum as aforesaid) to nominate and appoint such Person or Persons as the said President and Council shall from Time to Time think proper, to provide for such Prisoners and the Guards, the said President and Council shall think it necessary to appoint for keeping such Prisoners securely; and the Treasurer is hereby directed to pay to such Person or Persons so appointed, such Sum or Sums of Money as the said President by Warrant or Warrants under his Hand in the said Council of Safety shall order; for which Sum or Sums the Person or Persons receiving the same, shall account to the Council and General Assembly at their next Sitting after the same shall be so received.   *Prisoners, &c. how to be supported.*

26. AND WHEREAS it frequently happens that General Officers, and other commanding Officers of Posts or Detachments of the Militia,   *Expresses, by whom paid.*

have

have Occasion to send Dispatches to the Governor, or to distant Posts by Express, BE IT FURTHER ENACTED *by the Authority aforesaid*, That it shall and may be lawful for the said President and Council of Safety to order the Payment (out of the Money so as aforesaid by them to be drawn from the Treasury) of all such necessary Expences for such Services as they shall adjudge proper, which have accrued since the fifteenth Day of *March* last, or shall accrue hereafter during the Continuance of this Act.

*Continuance.*    27. AND BE IT ENACTED *by the Authority aforesaid*, That this Act shall continue in Force to the End of the next Sitting of the General Assembly, and no longer.

*Passed at* Haddonfield, Sept. 20, 1777.

---

## CHAP. XLI.

*An* ACT *to ascertain the Punishment for High Treason, and to establish the Word* State *instead of* Colony *in Commissions, Writs and other Process; and for other Purposes therein mentioned.*

*Preamble.*    WHEREAS some Doubts may arise in the Courts of Judicature respecting the Sentence in High Treason, the same not being as yet precisely ascertained; therefore,

*Sentence in High Treason ascertained.*    Sect. 1. BE IT ENACTED *by the Council and General Assembly of this State, and it is hereby Enacted by the Authority of the same*, That when any Person shall be duly convicted of High Treason, the Sentence awarded therefor, so far as respects the corporal Punishment to be inflicted on the Offender, shall be the same as in case of Murder. PRO-

*Proviso.*    VIDED ALWAYS, That this Restriction of the corporal Punishment shall not be deemed or construed to save the Forfeiture of the Estate of such Offender where the same would otherwise have been forfeited; nor in any Manner to alter or affect the Doctrine and Law respecting High Treason, other than is herein plainly expressed.

*Establishment of the Word* State *instead of* Colony.    2. AND WHEREAS in the fifteenth Section of the Constitution of *New-Jersey*, it is directed and ordained, that all Commissions shall run thus, *The Colony of* New-Jersey *to A.B, &c. Greeting;* and that all Writs shall likewise run in the Name of the Colony; and that all Indictments shall conclude in the following Manner, viz. *against the Peace of this Colony, the Government and Dignity of the same:* AND WHEREAS since the framing of the said Constitution, the Honourable Congress have declared the United Colonies Free and Independent States: AND ALSO WHEREAS since the Declaration of Independency, the Commissions and Writs have run in the Name of the *State*, and not of the *Colony* of *New-Jersey*, and Indictments have concluded against the Peace of this *State* and not of this *Colony*, and some Doubts may arise respecting the Validity of Commissions, Writs and Indictments so as aforesaid worded; BE IT THEREFORE ENACTED *by the Authority aforesaid*, That, from and after the Publication of this Act, all Com-

missions