# Exhibit 18



At a GRAND ASSEMBLY, begun at *Green Spring*, the Twentieth Day of *February*; in the Twenty-Ninth Year of the Reign of our Sovereign Lord CHARLES II. by the Grace of God, of *England, Scotland, France,* and *Ireland,* King, Defender of the Faith, &c. *Annoq; Domini* 1676.

Sir WILLIAM BERKELEY, Governor.

## CHAP. I.

*An Act of Indemnity and Free Pardon.* REP.

Repealed by Proclamation, *July* 8, 1680.

## CHAP. II.

*An Act of Attainder.* REP.

Ibid.

## CHAP. III.

*An Act inflicting Pains, Penalties, and Fines, upon great Offenders.* REP.

Ibid.

## CHAP. IV.

*An Act declaring all the Acts, Orders, and Proceedings, of a Grand Affembly, held at* James City, *in the Month of* June, 1676, *Void, Null, and Repealed.*

I. **WHEREAS** *Nathaniel Bacon,* the younger, in the Month of *June,* Sixteen Hundred Seventy Six, whilft the Governor, Council, and Burgeffes, were met and convened together, at a Grand Affembly, to confult the great Concerns of the Country, did enter *James* City, in a rebellious

Preamble.

I 2 Manner,

80      Anno triceſſimo ſecundo C A R O L I Secundi Regis.

A. D. 1680.

## C H A P. III.

(*a*) *An Act for raiſing a public Revenue for the better Support of the Government of this his Majeſty's Colony of* Virginia.

Preamble.

I. WHEREAS there is a great and continual Charge required for the Maintenance of the Governor, and ſeveral other Officers and Perſons, as alſo for the Fort and Fortifications, beſides many other contingent Expences, abſolutely neceſſary for the Support of the Government of this Colony:

Two Shillings per Hogſhead laid upon Tobacco.

II. BE *it therefore Enacted, and it is hereby Enacted, by the King's Moſt Excellent Majeſty, by and with the Conſent of the General Aſſembly,* That for every Hogſhead of Tobacco, that ſhall at any Time hereafter be exported out of this Colony, by Land or Water, to any other Place whatſoever, there ſhall be paid by the Exporter, Two Shillings of current Money of *England,* as alſo for every Five Hundred Pounds of Tobacco exported in Bulk, or otherwiſe, and ſo proportionably for a greater or leſſer Quantity; the ſame to be to the King's Moſt Excellent Majeſty, his Heirs and Succeſſors for ever, to and for the better Support of the Government of this his Majeſty's Colony of *Virginia,* in ſuch Manner as is herein before expreſſed; and to and for no other Uſe, Intent, or Purpoſe whatſoever.

One Shilling Three Pence per Tun upon Shipping.

III. *AND be it further Enacted, by the Authority aforeſaid,* That all Ships or Veſſels whatſoever, coming to this Colony, or any Part thereof, ſhall reſpectively pay, for every Tun ſuch Ship or Veſſel ſhall contain, One half Pound of good and new Gunpowder, and Three Pounds of Leaden Shot, or One Shilling Three Pence *Sterling,* in Lieu thereof; as alſo Six Pence *per* Poll for every Perſon imported, not being actually a Mariner in Pay; the ſame to be alſo to the King's Moſt Excellent Majeſty, his Heirs and Succeſſors for ever, for the better Support of the Government of this his Majeſty's Colony of *Virginia,* in ſuch Manner as is herein before expreſſed; and to and for no other Uſe, Intent, or Purpoſe whatſoever.

For the Diſcovery and Preventing Frauds.

IV. AND for the better Diſcoverey and preventing of Frauds, *Be it further Enacted, by the Authority aforeſaid,* That the Maſter of every Ship or Veſſel ſhall deliver his Boatſwain's Book to the Peruſal of the reſpective Collectors, and make Oath of the Truth thereof, to the beſt of his Knowledge, and that the Mate, Boatſwain, or any other Officer, Seaman, or other Perſons, be alſo ſworn, if there be Cauſe, for the Diſcovery of the Freight; and if any Maſter ſhall wittingly or willingly conceal any Part of his Freight, or make falſe Entry of the Burthen of his Ship or Veſſel, or Number of Perſons imported, as aforeſaid, that then the ſaid Maſter ſhall forfeit, for every ſuch Offence, the Sum of One Hundred Pounds *Sterling,* as alſo the Treble Duties for every Hogſhead or Five Hundred Pounds of Tobacco, and for every Tun concealed: One Moiety to the Informer, and the other Moiety to the King's Moſt Excellent Majeſty, his Heirs and Succeſſors, and for the Uſes above mentioned; and to be recovered by Action of Debt, Bill, or Plaint, by Virtue of this Act, againſt which no Eſſoin, Wager of Law, or Protection to be allowed to any Perſon ſo offending.

---

(*a*) This Act was alſo brought over by the Lord *Culpepper,* under the Great Seal of *England,* with the Two former, and paſſed the Aſſembly, with the Addition of the Two Proviſos at the End of the Act; and therefore could not be repealed by the Acts, *Anno* 1705, and 1710.

V. *AND*

Case 6:23-cv-06524-FPG   Document 19-21   Filed 10/13/23   Page 4 of 4

*A. D. 1680.*

V. *AND it is hereby further Enacted, by the Authority aforesaid,* That the refpective Mafter of every Ship and Veffel fhall enter into a Bond of Twenty Pounds *Sterling* to the King's Moft Excellent Majefty, his Heirs and Succeffors, for the Paiment of the Duties of fo many Hogfheads, or Five Hundred Pounds of Tobacco, as fhall, upon due Certificate, appear to be entred in the Cuftom-houfe in *England*, more than fhall be enter'd and paid to the refpective Collectors and other Officers in *Virginia*, unlefs the faid Collectors and Officers be fully fatisfied of the true Number of Hogfheads, and Freight of the faid Ships and Veffels; the faid Bond to be made without any Fee, and to be void to all Intents as if never made, if not put in Suit upon due Certificate, to be procured by the refpective Collectors, from the Cuftom-houfe in *England*, within One Year from the making thereof; which faid Collectors, and other Officers, are hereby required to ufe their utmoft Diligence in the due Execution of this Act, and fhall be allowed their ufual Salaries, or fuch other, as by the Governor, or Commander in Chief for the Time being, with the Advice of the Council, fhall be adjudged neceffary for collecting the faid Impofition: Which faid Governor, or Commander in Chief for the Time being, is alfo hereby further authorized and impowered, from Time to Time, with the Advice of the Council, as is before fpecified, to give fuch reafonable Allowances and Encouragement, as fhall be adjudged fitting, not exceeding Ten *per Cent.* to fuch Mafters of Ships, or other Perfons, as fhall give in true Accounts, and advance and pay down the above mentioned Duties, either in Money, or good and fufficient Bills of Exchange, to the Satisfaction of the refpective Collectors.

[marginal note: Bond to be given for paying the Duties of Tobacco enter'd in the Cuftom-houfe in *England*, more than fhall be enter'd and paid for here.]

VI. (*a*) *PROVIDED always, and it is hereby Enacted and Declared, by the Authority aforefaid,* That the Act of Affembly, in the printed Book, intituled, *Impofition of Two Shillings* per *Hogfhead*, made at a Grand Affembly, held at *James* City, the Twenty-Third of *March*, One Thoufand Six Hundred Sixty One; alfo one other Act, intituled, *An Act for the Impofition of Two Shillings* per *Hogfhead*, made at *James* City, the Second of *December*, One Thoufand Six Hundred Sixty Two; alfo one other Act in the printed Book, intituled, *Caftle Duties to be paid*, made at a Grand Affembly, holden at *James* City, the Twenty-Third of *March*, One Thoufand Six Hundred Sixty One; and all other former Acts, for the raifing or levying of Two Shillings *per* Hogfhead Impoft upon Tobaccos exported out of this his Majefty's Colony of *Virginia*, or for raifing or levying Caftle Duties, Tunnage, or Head-Money, be, and are hereby, by Virtue of this Act, fully Repealed and made Void, to all Intents and Purpofes; any Thing in this Act, or any other Law, Statute, Cuftom, Ufage, or Inftructions whatfoever, to the contrary, notwithftanding.

[marginal note: All former Duties repealed.]

VII. (*b*) *PROVIDED alfo, and it is hereby Enacted and Declared, by the Authority aforefaid,* That the Privilege of *Virginia* Owners of Ships, expreffed and fet down in the Hundred Thirty Fourth Act in the printed Book, intituled, *Privilege of* Virginia *Owners*, made at *James* City, the Twenty-Third of *March*, One Thoufand Six Hundred Sixty One; and one Act made at *James* City, the Twentieth of *October*, One Thoufand Six Hundred Sixty Nine, intituled, *An Act for freeing* Virginia *Owners from Caftle Duties*, fhall be, and are hereby meant and intended to be in full Force, Power, and Virtue, to the Benefit, Ufe, and Privilege of all and every fuch Owner or Owners; any Thing in this Act, or any other Law, Statute, Cuftom, Ufage, or Inftructions whatfoever, to the contrary, notwithftanding.

[marginal note: 134th Act, 1661, and one Act, 1669, confirm'd.]

---

(*a*) (*b*) Thefe Two Provifos were added by the Affembly, and the Bill paffed, after it had been rejected by the Burgeffes. Affembly Journal, *June* 18, 1680.

L                                                                                       CHAP.

Digitized from Best Copy Available