# Exhibit 19

*September,*   1789.   I

At the General Affembly of the Governor and Company of the State of *Rhode-Ifland,* and *Providence-Plantations,* begun and holden (in Confequence of Warrants iffued by his Excellency the Governor) at *Newport,* within and for the State aforefaid, on *Tuefday,* the Fifteenth Day of *September,* in the Year of our Lord One Thoufand Seven Hundred and Eighty-nine, and in the Fourteenth Year of Independence.

P R E S E N T,

His EXCELLENCY

*JOHN COLLINS,* Efquire,

GOVERNOR.

The HONORABLE

DANIEL OWEN, Efq; Deputy-Governor.

| | | |
|---|---|---|
| JOHN WILLIAMS, Efq; | | JAMES CONGDON, Efq; |
| JAMES ARNOLD, Efq; | | JOSEPH W. TWEEDY, Efq; |
| CALEB GARDNER, Efq; | Affiftants. | CROMEL CHILD, Efq; |
| JOHN COOKE, Efq; | | THOMAS HOXSIE, Efq; |

HENRY SHERBURNE, Efq; Deputy-Secretary.

DEPUTIES

## September, 1789.

### DEPUTIES from the several TOWNS.

The Honorable JOSEPH STANTON, jun. Esquire, Speaker.

NEWPORT :
George Hazard, *Esq*;
Henry Marchant, *Esq*;
George Champlin, *Esq*;
Peleg Clarke, *Esq*;
*Mr*. William Tripp,
George Sears, *Esq*;
PROVIDENCE :
Jabez Bowen, *Esq*;
Benjamin Bourne, *Esq*;
PORTSMOUTH :
Job Durfee, *Esq*;
Benjamin Hall, *Esq*;
Burrington Anthony, *Esq*;
WARWICK :
*Mr*. Gideon Arnold,
Benjamin Arnold, *Esq*;
*Mr*. Benjamin Greene,
*Mr*. Samuel Budlong.
WESTERLY :
Joseph Noyes, *Esq*;
NEW-SHOREHAM :
None.
NORTH-KINGSTOWN :
Sylvester Gardner, *Esq*;
Bowen Card, *Esq*;
SOUTH-KINGSTOWN :
Samuel J. Potter, *Esq*;
Jonathan J. Hazard, *Esq*;
EAST-GREENWICH :
*Mr*. James Sweet,
Job Comstock, *Esq*;
JAMESTOWN :
*Mr*. John Howland,
*Mr*. John Eldred.
SMITHFIELD :
John Sayles, *Esq*;
Andrew Waterman, *Esq*;
SCITUATE :
James Aldrich, *Esq*;
GLOUCESTER :
Seth Hunt, *Esq*;
Timothy Wilmarth, *Esq*;
CHARLESTOWN :
*Mr*. Speaker.

WEST-GREENWICH :
*Mr*. William Mathewson,
*Mr*. Caleb Hall.
COVENTRY :
Jeremiah Fenner, *Esq*;
William Burlingame, *Esq*;
EXETER :
*Mr*. Joseph Reynolds,
Job Wilcox, *Esq*;
MIDDLETOWN :
Joshua Barker, *Esq*;
*Mr*. James Potter.
BRISTOL :
William Bradford, *Esq*;
Shearjashub Bourne, *Esq*;
TIVERTON :
Benjamin Howland, *Esq*;
*Mr*. Thomas Durfee.
LITTLE-COMPTON :
None.
WARREN :
*Mr*. Samuel Peirce,
Nathan Miller, *Esq*;
CUMBERLAND :
None.
RICHMOND :
James Sheldon, *Esq*;
*Mr*. Thomas James.
CRANSTON :
George Waterman, *Esq*;
*Mr*. William Potter.
HOPKINTON :
David Nichols, *Esq*;
George Thurston, *Esq*;
JOHNSTON :
*Mr*. William Waterman.
NORTH-PROVIDENCE :
*Mr*. Edward Smith.
BARRINGTON :
Samuel Allen, *Esq*;
Joshua Bicknall, *Esq*;
FOSTER :
William Howard, *Esq*;

DANIEL UPDIKE, Esquire, Clerk of the Lower House.

*Rec. July 7, 1898.*

IT is *Voted and Resolved,* That the Town of Coventry be allowed to the First Day of *November* next to collect and pay into the General-Treasury their Proportion of the State Tax ordered by this Assembly at the Session held in *June* last, together with the Interest thereon: And that the General-Treasurer issue his Warrant accordingly.    *Coventry allowed Time to pay the Tax.*



## An ACT for levying and collecting certain Duties and Imposts within this State.

**B**E *it Enacted by this General Assembly, and by the Authority thereof it is hereby Enacted,* That the following Duties and Imposts be levied and collected on the following Goods, Wares and Merchandize imported into this State, from and after the Rising of this General Assembly, from any Port or Place without this State, other than those of any of the Thirteen States of *North-America,* heretofore united under one Confederation, *to wit*:    *Act levying Impost.*

| | Cents. |
|---|---|
| On all distilled Spirits of *Jamaica* Proof, imported from any Kingdom or Country whatsoever, per Gallon, | 10 |
| On all other distilled Spirits, per Gallon, | 8 |
| On Molasses, per Gallon, | 2½ |
| On *Madeira* Wine, per Gallon, | 18 |
| On all other Wines, per Gallon, | 10 |
| On every Gallon of Beer, Ale or Porter in Casks, | 5 |
| On Cyder, Beer, Ale or Porter in Bottles, per Dozen, | 20 |
| On Malt, per Bushel, | 10 |
| On brown Sugar, per Pound, | 1 |
| On Loaf Sugar, per Pound, | 3 |
| On all other Sugar, per Pound, | 1½ |
| On Coffee, per Pound, | 2½ |
| On Cocoa, per Pound, | 1 |
| On all Candles of Tallow, per Pound, | 2 |
| On all Candles of Wax or Spermaceti, per Pound, | 6 |
| On Cheese, per Pound, | 4 |
| On Soap, per Pound, | 2 |
| On Boots, per Pair, | 50 |
| On all Shoes, Slippers, or Goloshoes made of Leather, per Pair, | 7 |
| On all Shoes or Slippers made of Silk or Stuff, per Pair, | 10 |
| On Cables, per 112lb wt. | 75 |

B        On

6                    *September*,   1789.

| | |
|---|---|
| On tarred Cordage, per 112lb wt. | 75 |
| On untarred Cordage and Yarn, per 112lb wt. | 90 |
| On Twine or Packthread, per 112lb wt. | 200 |
| On Steel unwrought, per 112lb wt. | 56 |
| On all Nails or Spikes, per Pound, | 1 |
| On Salt, per Bushel, | 6 |
| On manufactured Tobacco, per Pound, | 6 |
| On Snuff, per Pound, | 10 |
| On Indigo, per Pound, | 16 |
| On Wool and Cotton Cards, per Dozen, | 50 |
| On Coal, per Bushel, | 2 |
| On pickled Fish, per Barrel, | 75 |
| On dried Fish, per Quintal, | 50 |

On all Teas imported from *China* or *India*, in Ships built in the Thirteen States of *North-America*, heretofore united under one Confederation, and belonging to a Citizen or Citizens thereof, or in Ships or Vessels built in Countries other than any of the said States, and on the Sixteenth Day of *May* last wholly the Property of a Citizen or Citizens of the said States, and so continuing until the Time of Importation, as follows, *to wit*:

| | |
|---|---|
| On Bohea Tea, per Pound, | 6 |
| On all Souchong and other black Teas, per Pound, | 10 |
| On all Hyson Teas, per Pound, | 20 |
| On all other green Teas, per Pound, | 12 |

On all Teas imported from *Europe* in Ships or Vessels built in the said States, and belonging wholly to a Citizen or Citizens thereof, or in Ships or Vessels built in Countries other than any of the said States, and, on the Sixteenth Day of *May* last, wholly the Property of a Citizen or Citizens of the said States, and so continuing until the Time of Importation, as follows, *to wit:*

| | |
|---|---|
| On Bohea Tea, per Pound, | 8 |
| On all Souchong and other black Teas, per Pound, | 13 |
| On all Hyson Teas, per Pound, | 26 |
| On all other green Teas, per Pound, | 16 |

On all Teas imported in any other Manner than as above mentioned as follows, *to wit:*

| | |
|---|---|
| On Bohea Tea, per Pound, | 15 |
| On all Souchong, or other black Teas, per Pound, | 22 |
| On all Hyson Teas, per Pound, | 45 |
| On all other green Teas, per Pound, | 27 |

On

## *September,* 1789.

On all Goods, Wares and Merchandize, other than
Teas, imported from *China* or *India*, in Ships not built
in the said late United States, and not wholly the Proper-
ty of a Citizen or Citizens thereof, nor in Vessels built in
Countries other than any of the said late United States,
and on the Sixteenth Day of *May* last wholly the Proper-
ty of a Citizen or Citizens of the said States, and so conti-
nuing until the Time of Importation, $\left.\right\}$ 12½ *per Cent. ad Val.*

On all Looking-Glasses, Window and other Glass, ex-
cept Quart Bottles,
    On all China, Stone and Earthen Ware,
    On Gunpowder,
    On all Paints ground in Oil,
    On Shoe and Knee Buckles,
    On Gold and Silver Lace, and
    On Gold and Silver Leaf, $\left.\right\}$ 10 *per Cent. ad Val.*

On all blank Books,
    On all writing, printing and wrapping Paper, Paper-
Hangings and Paste-Board,
    On all Cabinet Wares,
    On all Buttons,
    On all Saddles,
    On all Gloves of Leather,
    On all Hats of Beaver, Furr, Wool, or Mixture of
either,
    On all Millenary ready made,
    On all Castings of Iron, and upon slit and rolled Iron,
    On all Leather, tanned or tawed, and all Manufactures
of Leather, except such as be otherwise rated,
    On Canes, Walking-Sticks and Whips,
    On Cloathing ready made,
    On all Brushes,
    On Gold, Silver and plated Ware, and on Jewellery
and Paste Work,
    On Anchors, and on all wrought Tin, and Pewter
Ware, $\left.\right\}$ 7½ *per Centum ad Valorem.*

    On Playing-Cards, per Pack,     -    10 Cents.

On every Coach, Chariot, or other Four Wheel Carriage, and
on every Chaise, Solo, or other Two Wheel Carriage, or Parts
thereof, Fifteen *per Centum ad Valorem.*

On all other Goods, Wares and Merchandize, Five *per Centum*
on the Value thereof, at the Time and Place of Importation, ex-
cept as follows, *to wit :*

Saltpetre, Tin in Pigs, Tin Plates, Lead, old Pewter, Brass,
Iron and Brass Wire, Copper in Plates, Wool, Cotton, Dying
Woods and Dying Drugs, raw Hides, Beaver and all other Furrs,
and Deer-Skins.     *AND*

*AND be it further Enacted by the Authority aforesaid*, That from and after the First Day of *December* which shall be in the Year of our Lord One Thousand Seven Hundred and Ninety, there shall be laid a Duty on every One Hundred and Twelve Pounds Weight of Hemp imported as aforesaid of 60 Cents, and on Cotton per Pound 3 Cents.

*AND be it also Enacted by the Authority aforesaid*, That all the Duties paid or secured to be paid upon any of the Goods, Wares or Merchandize as aforesaid, except on distilled Spirits, other than Brandy or Geneva, shall be returned or discharged upon such of the said Goods, Wares or Merchandize as shall within Twelve Months after Payment made, or Security given, be exported to any Country without the Limits of the said United States, as settled by the late Treaty of Peace ; except One *per Centum* on the Amount of the said Duties in Consideration of the Expence which shall have accrued by the Entry and safe Keeping thereof.

*AND be it further Enacted by the Authority aforesaid*, That there shall be allowed and paid on every Quintal of dried, and on every Barrel of pickled Fish of the Fisheries of the said late United States, and on every Barrel of salted Provisions of the said late United States, exported to any Country without the Limits thereof, in Lieu of a Drawback of the Duties imposed on the Importation of Salt employed and expended therein, *to wit :*

On every Quintal of dried Fish,        -        5 Cents.
On every Barrel of pickled Fish,       -        5
On every Barrel of salted Provisions,  -        5

*AND be it further Enacted by the Authority aforesaid*, That a Discount of Ten *per Centum*, on all the Duties imposed by this Act shall be allowed on such Goods, Wares and Merchandize as shall be imported in Vessels built in the said late United States, and which shall be wholly the Property of a Citizen or Citizens thereof, or in Vessels built in foreign Countries, and on the 16th Day of *May* last wholly the Property of a Citizen or Citizens of the said late United States, and so continuing until the Time of Importation.

*AND be it further Enacted by the Authority aforesaid*, That for the due Collection of the Duties imposed by Law on Goods, Wares and Merchandize imported into this State, there shall be established and appointed Districts, Ports and Officers in Manner following, *to wit :*

In this State there shall be two Districts, *to wit : Newport* and *Providence*.—The District of *Newport* shall extend from the West Line of the State all along the Sea-Coast, and Northward up the *Narraganset* Bay as far as the most Easterly Part of *Kinnimicut*
                                        Point,

Point at High Water Mark, and fhall include the feveral Towns, Harbours and Landing-Places of *Wefterly, Charleftown, South-Kingstown, North-Kingstown, Eaft-Greenwich,* and all that Part of the Town of *Warwick* Southerly of the Latitude of faid *Kinnimicut* Point; and alfo the Towns, Harbours and Landing-Places of *Barrington, Warren, Briftol, Tiverton, Little-Compton,* and all the Towns, Harbours and Landing-Places on the Iflands of *Rhode-Ifland, Canonicut, Prudence, New-Shorebam,* and every other Ifland and Place within the faid State Southward of the Latitude of the faid *Kinnimicut* Point.—*Newport* fhall be the only Port of Entry for the faid Diftrict: and *North-Kingstown, Eaft-Greenwich, Barrington, Warren, Briftol,* and *Pawcatuck* River, in *Wefterly,* fhall be Ports of Delivery only, within the faid Diftrict.—And a Collector, Naval-Officer and Surveyor fhall be appointed for the faid Diftrict, to refide at *Newport;* and a Surveyor to refide at each of the Ports of *North-Kingstown, Eaft-Greenwich, Warren, Briftol,* and *Pawcatuck* River: And the Surveyor for *Warren* fhall be the Surveyor for the Port of *Barrington.*——The Diftrict of *Providence* fhall comprehend all that Part of this State Northward of the Latitude of the faid *Kinnimicut* Point, including all that Part of the Town of *Warwick,* and all other Towns, Harbours and Places in this State Northward of faid Latitude.—*Providence* fhall be the only Port of Entry for the faid Diftrict; and *Pawtuxet,* in the faid Diftrict, fhall be a Port of Delivery only. And a Collector, Naval-Officer, and Surveyor fhall be appointed to refide at *Providence;* and a Surveyor to refide at *Pawtuxet.*

*AND be it further Enacted by the Authority aforefaid,* That each Port of Entry eftablifhed by this Act fhall be a Port of Delivery alfo.—*Provided always,* That no Ship or Veffel not wholly belonging to a Citizen or Citizens of any of the faid late United States, fhall be admitted to unlade at any Port or Place within this State, except in the Ports of *Newport* and *Providence.*

*AND it is further Enacted by the Authority aforefaid,* That the Mafter or Commander of every Ship or Veffel bound to a Port of Delivery only in either of the faid Diftricts of *Newport* and *Providence,* fhall come too at the Port of Entry of fuch Diftrict with his Ship or Veffel, and there make Entry, deliver a Manifeft of her Cargo, and pay or fecure to be paid all legal Duties, Port-Fees, and Charges, in Manner by this Act provided, before fuch Ship or Veffel fhall proceed to her Port of Delivery.

*AND be it further Enacted by the Authority aforefaid,* That the Duties of the refpective Officers to be appointed by Virtue of this Act fhall be as follow, *to wit:*——At fuch of the Ports to which there fhall be appointed a Collector, Naval-Officer and Surveyor, it fhall be the Duty of the Collector to receive all Reports, Manifefts and Documents made or exhibited to him by the Mafter or Commander of any Ship or Veffel, conformably to the Regulations

prefcribed

## *September,* 1789.

prefcribed by this Act; to make due Entry, and Record, in Books to be kept for that Purpofe, all fuch Manifefts, and the Marks and Numbers contained therein; to receive the Entry of all Ships and Veffels, and of all the Goods, Wares and Merchandize imported in fuch Ships or Veffels, together with the original Invoices thereof; to eftimate the Duties payable thereon, and to endorfe the fame on each Entry; to receive all Monies paid for Duties, and to take all Bonds for fecuring the Payment of Duties; to grant all Permits for the unlading and Delivery of Goods; to employ proper Perfons as Weighers, Guagers, Meafurers, and Infpectors at the feveral Ports within his Diftrict, together with fuch Perfons as fhall be neceffary to ferve in the Boats which may be provided for fecuring the Collection of the Revenue; to provide at the public Expence Store-Houfes for the fafe Keeping of Goods; together with fuch Scales, Weights and Meafures as fhall be deemed neceffary, and to perform all other Duties which fhall be affigned to him by Law.——It fhall be the Duty of the Naval-Officer to receive Copies of all Manifefts; to eftimate and record the Duties on each Entry made with the Collector, and to correct any Error made therein before a Permit to unlade or deliver fhall be granted; and to counterfign all Permits and Clearances granted by the Collector.—— It fhall be the Duty of the Surveyor to fuperintend and direct all Infpectors, Weighers, Meafurers and Guagers within his Diftrict, and the Employment of the Boats which may be provided for fecuring the Collection of the Revenue; to go on board Ships or Veffels arriving within his Diftrict, or to put on board one or more Infpectors; to afcertain by an Hydrometer what diftilled Spirits fhall be of *Jamaica* Proof, rating all diftilled Spirits which fhall be of the Proof of Twenty-four Degrees as of *Jamaica* Proof; and to examine whether the Goods imported are conformable to the Entries thereof: And the faid Surveyors fhall in all Cafes be fubject to the Controul of the Collector and Naval-Officer.

*AND be it further Enacted by the Authority aforefaid,* That every Collector appointed by Virtue of this Act, in Cafe of his neceffary Abfence, Sicknefs, or Inability to execute the Duties of his Office may appoint a Deputy, duly authorized under his Hand and Seal, to execute and perform on his Behalf all and fingular the Powers, Functions and Duties of Collector of the Diftrict to which he the faid Principal is attached; who fhall be anfwerable for the Neglect of Duty or other Mal-conduct of his faid Deputy in the Execution of the Office.

*AND be it further Enacted by the Authority aforefaid,* That in Cafe of the Difability or Death of any Collector, the Duties and Authorities vefted in him by this Act fhall devolve on his Deputy, if any fuch hath been appointed, for whofe Conduct the Eftate of fuch difabled or deceafed Collector fhall be liable; and the faid Deputy fhall exercife the Authority, and perform all the Duties until a Succeffor fhall be appointed.——But in Cafes where no Deputy

puty is appointed, the Authorities and Duties of the difabled or deceafed Collector fhall devolve upon the Naval-Officer of the fame Diftrict, until a Succeffor duly authorized and fworn fhall enter upon the Execution of the Duties of the faid Office.

*AND be it further Enacted by the Authority aforefaid*, That every Collector or his Deputy, Naval-Officer and Surveyor fhall attend in Perfon at the Port or Diftrict for which he is appointed, and, before he enters upon the Execution of his Office, fhall take an Oath or Affirmation in the Form following, *to wit :*

" I  do folemnly fwear (or affirm as the Cafe may be) that I
" will truly and faithfully execute and perform all the Duties of
" a  of the Port or Diftrict of  according to Law, and the
" beft of my Skill and Ability."

THE faid Oath or Affirmation fhall be adminiftered by any Juftice of the Peace ; and a Certificate thereof under the Hand and Seal of fuch Juftice tranfmitted within one Month thereafter to the General-Treafurer of this State.—Any Collector, Naval-Officer or Surveyor failing herein, fhall forfeit and pay *Two Hundred Dollars*, recoverable with Cofts in any Court having Cognizance thereof, to the Ufe of the Informer. And no Weigher, Guager, Meafurer or Infpector fhall execute the Duties of his Office, until he fhall have taken the above Oath or Affirmation.

*AND be it further Enacted by the Authority aforefaid*, That the Collectors, Naval-Officers and Surveyors to be appointed by Virtue of this Act fhall refpectively keep fair and true Accounts of all their Tranfactions relative to their Duty as Officers of the Cuftoms, in fuch Manner and Form as may be neceffary for carrying this Act into Effect, according to the true Intent and Meaning of the fame, or as may be directed by this Affembly ; and fhall at all Times fubmit their Books, Papers and Accounts to the Infpection of fuch Perfons as may be appointed for that Purpofe. And the Collectors of the different Diftricts fhall at all Times pay into the General-Treafury, or to the Order of the General Affembly the whole of the Monies which they may refpectively receive by Virtue of this Act ; fuch Money as they are otherwife by this Act directed to pay only excepted : And fhall alfo, once in every Three Months, or oftener if they fhall be required, tranfmit their Accounts for Settlement to the General-Treafury.

*AND be it further Enacted by the Authority aforefaid*, That every Mafter or other Perfon having or taking the Charge or Command of any Ship or Veffel bound to any Port of this State from any Port or Place without this State other than thofe of the faid late United States, fhall deliver upon Demand to any Officer or other Perfon lawfully authorized, who fhall firft come on board his Ship or Veffel, two Manifefts, figned by the faid Mafter or Perfon having
                                                    Command,

Command, and fpecifying in Words, and not in Figures, a true
Account of the Lading which fuch Ship or Veffel had on board at
the Port from which fhe laft failed, and at the Time of her failing
or at any Time fince, and of the Packages, Marks and Numbers, and
noticing thereon to what Port in this State fuch Ship or Veffel is
bound, and the Name or Names of the Perfon or Perfons to whom
the Goods are configned, or, in Cafes where the Goods are fhipped
to order, the Names of the Shippers, noting the Goods addreffed to
their Order : One of which Manifefts fuch Officer or other Perfon
fhall fign and return to the Mafter or other Perfon having the Charge
of fuch Ship or Veffel, certifying thereon as nearly as may be the
Time when the fame was produced, and that a like Manifeft was
delivered to him, and fhall tranfmit the other Manifeft to the Col-
lector of the Diftrict to which fuch Ship or Veffel is bound.

*AND be it further Enacted by the Authority aforefaid*, That the
Mafter or other Perfon having the Charge or Command of any Ship
or Veffel (Ships and Veffels of War excepted) coming into or ar-
riving in any of the Ports or Diftricts of this State, or in any of the
Creeks or Harbours thereof, fhall within Forty-eight Hours after
fuch Arrival repair to the Office of the Collector of the Diftrict
where fuch Veffel fhall fo arrive, and fhall report to the faid Col-
lector the Place from whence he laft failed, with the Name and
Burthen of his Ship or Veffel ; and fhall deliver to fuch Collector
two Manifefts, agreeably to the Directions of this Act, unlefs he
fhall before have delivered one Manifeft to fome Officer or other
Perfon lawfully authorized in Manner as herein before is required ;
in which Cafe, he fhall deliver the Manifeft certified as aforefaid,
together with fuch Documents as are ufually furnifhed in the Port
from whence they came ; and fhall take and fubfcribe an Oath or
Affirmation before the Collector, or other proper Officer ; which
Oath or Affirmation he or they are authorized and required to ad-
minifter, and fhall be in the Words following, *to wit:*

    " I        do folemnly fwear (or affirm as the Cafe may be) that
" this is, to the beft of my Knowledge and Belief, a juft and true
" Manifeft of all the Goods, Wares and Merchandize on board
" the        at the Port from which fhe laft failed, at the Time of
" her failing, or at any Time fince ; and of which Veffel I am at
" prefent Mafter."

    AND if the Mafter or other Perfon having Charge or Command
of any fuch Ship or Veffel fhall refufe or neglect to make Entry,
or to deliver his Manifeft and Documents, purfuant to the Direc-
tions of this Act, or to take the Oath or Affirmation herein pre-
fcribed, he fhall forfeit and pay *Five Hundred Dollars* for each Re-
fufal or Neglect.

    *AND be it further Enacted by the Authority aforefaid*, That no
Goods, Wares or Merchandize fhall be unladen or delivered from
<div align="right">any</div>

## *September,* 1789.                                          1 3

any Ship or Veffel but in open Day, or without a Permit from the
Collector for that Purpofe.——And if the Mafter or Commander of
any Ship or Veffel fhall fuffer or permit the fame, fuch Mafter or
Commander and every other Perfon who fhall be aiding or affift-
ing in landing, removing, houfing, or otherwife fecuring the fame,
fhall forfeit and pay the Sum of *Four Hundred Dollars* for every
Offence, and fhall moreover be difabled from holding any Office
of Truft or Profit under this State, for a Term not exceeding Seven
Years : And it fhall be the Duty of the Collector of the Diftrict to
advertife the Names of all fuch Perfons in the public News-Papers
of this State, within Twenty Days after each refpective Conviction :
And all Goods, Wares and Merchandize, fo landed or difcharged
fhall become forfeited, and may be feized by any Officer of the
Cuftoms ; and where the Value thereof fhall Amount to *Four Hun-
dred Dollars*, the Veffel, Tackle, Apparel and Furniture fhall
be fubject to like Forfeiture and Seizure.——Provided always,
That if any Ship or Veffel compelled by Diftrefs of Weather or o-
ther fufficient Caufe fhall put into any Port or Place of this State,
other than that to which fhe was actually deftined, the Mafter or
other Perfon having Command fhall, within Forty-eight Hours
next after his Arrival, make Report and deliver a true Manifeft of
her Cargo to the Collector of the Port or Diftrict, and moreover
fhall, within Twenty-four Hours, make Proteft in the ufual Form
before a public Notary, or Juftice of the Peace, of the Caufe and
Circumftance of fuch Diftrefs : And if it fhall appear to the Col-
lector that there is a Neceffity for unlading fuch Ship or Veffel, he
fhall grant Permiffion and appoint a proper Officer to attend the
unloading thereof.   And all Goods, Wares and Merchandize fo un-
laden fhall be ftored under the Direction, and fubject to the fafe
Keeping, of fuch Collector : But if any Part thereof fhall be of a perifh-
able Nature, or it may be neceffary to make Sale of any Part thereof
to defray the Expences of fuch Veffel or Cargo, the faid Collector
fhall grant a Licence to the Mafter, Commander or Owner, to
difpofe of fo much thereof as are perifhable, or fhall be neceffary
to defray fuch Expences : Provided that the Duties thereon be
firft paid or fecured : And provided alfo, that fuch Neceffity be
made appear by a public Notary, or any Juftice of the Superior or
Inferior Court, in fuch Port or Place ; and, where there is no fuch
Officer, by the Affidavit of two reputable Citizens of the Neigh-
bourhood beft acquainted with Matters of that Kind.

*A N D be it further Enacted by the Authority aforefaid,* That e-
very Perfon having Goods, Wares and Merchandize in any Ship or
Veffel which fhall arrive at any Port of Entry or Delivery, or of
Delivery only, fhall make Entry with the Collector of the Port or
Diftrict where the fame fhall arrive, of all fuch Goods, Wares and
Merchandize, fpecifying the Number of Packages, and the Marks,
Numbers and Contents of each, or if in Bulk the Quantity and
Quality, together with an Account of the nett prime Coft thereof,
and fhall moreover produce to the Collector the original Invoice
or Invoices, together with the Bills of Lading : And the faid Col-
                                   D                               lector

lector ſhall eſtimate and endorſe the Duties on the ſaid Entry; the Party making ſuch Entry taking an Oath or Affirmation that it contains the Whole of the Goods, Wares and Merchandize imported by him, or to him conſigned, in ſuch Ship or Veſſel, which ſhall then have come to his Knowledge; and that the ſaid Invoice contains to the beſt of his Knowledge and Belief the nett prime Coſt thereof; and that if he ſhall afterwards diſcover any other or greater Quantity than is contained in ſuch Entry, he will make due Report and Entry thereof; which Oath or Affirmation ſhall be adminiſtered by the Collector, and the Entry ſhall be ſubſcribed by the Perſon making the ſame. Provided in all Caſes where the Party making Entry ſhall reſide Ten Miles or upwards from ſuch Port, the Oath or Affirmation of ſuch Party made before a Juſtice of the Peace and by him endorſed on the original Invoice, ſhall be as effectual as if adminiſtered and endorſed by the Collector.

*AND be it further Enacted by the Authority aforeſaid,* That all ſuch Entries ſo authenticated by the Collector, together with a Copy of the ſame made out by the Party, ſhall, before any Permit is granted for the landing of any Goods, Wares or Merchandize therein contained, be examined by the Naval-Officer, where ſuch Officer is eſtabliſhed, who ſhall counterſign the ſame, and retaining one ſhall return the other certified to the Party, together with the Bills of Lading and the Invoice or Invoices; and on ſuch certified Entries being returned to the Collector, and the Duties thereon paid or ſecured to be paid, he ſhall grant a Permit for unlading and landing the Goods, Wares and Merchandize therein mentioned.

*AND be it further Enacted by the Authority aforeſaid,* That it ſhall and may be lawful for the Collector, Naval-Officer and Surveyor of any Port of Entry or Delivery, at which any Ship or Veſſel may arrive, to put on board one or more Inſpectors, who ſhall make known to the Perſon having Charge of ſuch Ship or Veſſel the Duties he is to perform by Virtue of this Act. And ſuch Inſpector ſhall ſuffer no Goods, Wares or Merchandize to be delivered without a Permit from the proper Officer, authorizing the ſame; and ſhall enter into a Book, to be by him kept for that Purpoſe, the Contents of each Permit, ſpecifying the Marks and Numbers of each Package, and a Deſcription thereof, with the Name of the Perſon to whom ſuch Permit was granted: And if, at the Expiration of Fifteen working Days after ſuch Ship or Veſſel ſhall begin to unlade her Cargo, there ſhall be found on board any Goods, Wares or Merchandize, the ſaid Inſpector ſhall take Poſſeſſion thereof and deliver them to the Collector of the Diſtrict, or to ſuch Perſon as he ſhall authorize and appoint on his Behalf to receive the ſaid Goods, taking his Receipt for the ſame, and giving a Certificate to the Perſon having Command, deſcribing the Packages ſo taken and their Marks and Numbers. And as ſoon as any Ship or Veſſel is entirely unladen he ſhall, with the Collector and Na-

val-

val-Officer, compare the Account and Entries he hath made of the Goods unladen from such Ship or Veſſel with the Manifeſt deliver-ed to the Collector ; and if it appears that there are more Goods than are ſpecified in the ſaid Manifeſt the ſame ſhall be endorſed thereon, with the Deſcription of the Packages, their Marks and Numbers, or of ſuch Goods as may be in Bulk ; and the ſame ſhall be ſubſcribed by ſuch Inſpector, who is hereby directed to re-main on board the ſaid Ship or Veſſel until ſhe is diſcharged.——— Provided always, that the ſaid Limitation of Fifteen Days ſhall not extend to Veſſels laden with Salt or Coal ; but if the Maſter or Owner of ſuch Veſſel require longer Time to diſcharge their Car-goes, the Wages of the Inſpector, for every Day's Attendance ex-ceeding the ſaid Fifteen Days, ſhall be paid by the Maſter or Own-er. And if any Goods, Wares or Merchandize ſubject to a Duty, ſhall be removed from the Wharf or Place where the ſame may be landed, before they ſhall be weighed, meaſured, or guaged, as the Caſe may be, or without the Conſent of the Collector or other pro-per Officer, all ſuch Goods, Wares or Merchandize ſo removed, ſhall be forfeited. All Goods delivered to the Collector in Man-ner aforeſaid ſhall be kept at the Charge and Riſque of the Owner, for a Term not exceeding Nine Months : And if within that Time no Claim be made for the ſame, an Appraiſement thereof ſhall be made by two or more reputable Merchants, and lodged with the Collector, who ſhall ſell the ſame at public Auction, and pay the Proceeds, retaining the Duties and Charges thereon, into the Trea-ſury of this State, there to remain for the Uſe of the Owner, who ſhall upon due Proof of his Property be entitled to receive the ſame. And the Receipt or Certificate of the Collector ſhall exo-nerate the Maſter or Commander from all Claim of the Owner. Provided that where Entries ſhall have been duly made of ſuch Goods, the ſame ſhall not be appraiſed ; and that where ſuch Goods are of a periſhable Nature they ſhall be ſold forthwith.

*A N D be it further Enacted by the Authority aforeſaid,* That if any Goods, Wares or Merchandize, on which Duties are payable, ſhall receive Damage during the Voyage, or ſhall not be accom-panied with the original Invoice of their Coſt, it ſhall be lawful for the Collector to appoint one Merchant, and the Owner or Con-ſignee another, who being ſworn or affirmed by the Collector well and truly to appraiſe ſuch Goods, ſhall Value them accordingly ; and the Duties upon ſuch Goods ſhall be eſtimated according to ſuch Valuation : And if any Package, or Goods ſtored in Bulk which ſhall have been entered as herein before directed ſhall not be duly delivered, or if any of the Packages ſo entered ſhall not agree with the Manifeſt, or if the Manifeſt ſhall not agree with the Delivery, in every ſuch Caſe the Perſon having Command ſhall forfeit and pay the Sum of *Two Hundred Dollars,* unleſs it ſhall appear that ſuch Diſagreement was occaſioned by unavoidable Neceſſity or Accident, and not with Intention to defraud the Re-venue.

*A N D*

*AND be it further Enacted by the Authority aforesaid,* That the *ad Valorem* Rates of Duties upon all Goods, Wares and Merchandize at the Place of Importation, shall be estimated by adding Twenty *per Centum* to the actual Costs thereof, if imported from the Cape of *Good-Hope,* or from any Place beyond the same ; and Ten *per Centum* upon the actual Costs thereof if imported from any other Place or Country, exclusive of all Charges.

*AND be it further Enacted by the Authority aforesaid,* That all foreign Coins and Currencies shall be estimated according to the following Rates, *to wit :*

Each *Pound Sterling* of *Great-Britain* at *Four Dollars and Forty-four Cents,* of the Money of the Eleven of the said States which are now united under the new general Government : Each *Livre Tournois* of *France* at *Eighteen Cents and an Half :* Each *Florin* or *Guilder* of the *United Netherlands* at *Thirty-nine Cents :* Each *Mark Banco* of *Hamburgh* at *Thirty-three Cents and One-Third :* Each *Rix Dollar* of *Sweden* at *One Hundred Cents :* Each *Real Plate* of *Spain* at *Ten Cents :* Each *milled Ree* of *Portugal* at *One Dollar and Twenty-four Cents :* Each *Pound Sterling* of *Ireland* at *Four Dollars and Ten Cents :* Each *Tale* of *China* at *One Dollar and Forty-eight Cents :* Each *Pagoda* of *India* at *One Dollar and Ninety-four Cents :* Each *Rupee* of *Bengal* at *Fifty-five Cents and an Half :* And all other Denominations of Money in Value as near as may be to the said Rates. And the Invoices of all Importations shall be made out in the Currency of the Place or Country from whence the Importation shall be made, and not otherwise.

*AND be it further Enacted by the Authority aforesaid,* That all Duties on Goods, Wares and Merchandize imported, shall be paid by the Importer before a Permit shall be granted for landing the same, unless the Amount of such Duties shall exceed *Ten Dollars ;* in which Case it shall be at the Option of the Party making the Entry to secure the same by Bond, with one or more sufficient Sureties, to be approved of by the Collector, and made payable as followeth, *to wit :* For the Duties of all Articles of *West-India* Produce within Six Months : For the Duties upon all *Madeira* Wines within Twelve Months : And for the Duties upon all other Goods within Six Months. But in any Case the Party making Entry shall be at Liberty to deposite with the Collector any Part of the Goods upon which such Duties shall arise of double the Value, in the Judgment of the Collector, to secure the Payment of the Duties with the Charges : Which Deposite the Collector shall accept in Lieu of such Bond and Security ; and shall safely keep the Goods so deposited at the Expence and Risque of the Party for the Term for which such Bond would have been given : At the Expiration whereof, unless the said Deposite shall have been redeemed by the Payment of the Duties, the said Goods shall be sold at public Sale, and as much as shall be necessary applied to the Pay-

ment

*September,* 1789.    17

ment of the said Duties : And the Residue, after deducting the Charges which have accrued, shall be paid to the Owner or Owners of such Goods.——Provided always, That where the Amount of Duties shall exceed *Ten Dollars*, a Discount shall be allowed for prompt Payment, after the Rate of *Ten per Centum per Annum*, on the Amount of such Excess. And provided also, That no Person whose Bond for the Payment of Duties is due and unsatisfied shall be allowed a future Credit with the Collector until such Bond shall be fully paid or discharged.

*AND be it further Enacted by the Authority aforesaid,* That where any Bonds for the Payment of Duties shall not be satisfied on the Day it becomes due, the Collector shall prosecute for the Recovery of the Money due thereon by Action or Suit at Law in a special Court. And in all Cases of Insolvency, or where any Estate in the Hands of Executors or Administrators shall be insufficient to pay all the Debts due from the Deceased, the Debt due to the State on any such Bond shall be first satisfied.

*AND be it further Enacted by the Authority aforesaid,* That when it shall appear that any Goods, Wares or Merchandize, of which Entry shall have been made in the Office of a Collector, are not invoiced according to the actual Costs thereof at the Place of Exportation, and that the Difference was made with Design to defraud the Revenue, all such Goods, Wares or Merchandize, or the Value thereof to be recovered of the Person making the Entry, shall be forfeited. And in any such Cases, or where the Collector is suspicious of Fraud, and that any such Goods, Wares or Merchandize are not invoiced at a Sum equal to that for which they have usually sold in the Place or Country from whence they were imported, it shall be the Duty of such Collector to take the said Goods, Wares and Merchandize into his Possession, and retain the same at the Risque and Expence of the Owner or Consignee thereof, until their Value at the Time and Place of Importation, according to the Principles for estimating the same established by this Act, shall be ascertained by two reputable Merchants mutually chosen by the said Collector and Owner or Consignee ; and the Duties arising from such Valuation shall be first paid or secured to be paid, as required by this Act in other Cases of Importation.

*AND be it further Enacted by the Authority aforesaid,* That it shall be lawful for the Collector, or other Officers of the Customs, after Entry made of any Goods, Wares or Merchandize, on Suspicion of Fraud, to open and examine in the Presence of two or more reputable Merchants any Package or Packages thereof ; and if, upon such Examination, they shall be found to agree with the Entries, the Officer making such Seizure shall cause the same to be repacked and delivered to the Owner or Claimant forthwith ; and the Expence of such Examination shall be paid by the Collector, and allowed in the Settlement of his Account. But if any of the

E                              Packages

*September,* 1789.

Packages fo examined be found to differ in their Contents from the Entry, and it fhall appear that fuch Difference hath been made with Intention to defraud the Revenue, then all the Goods, Wares and Merchandize contained in fuch Package or Packages fhall be forfeited. Provided always, That if the Owner or Confignee of fuch Goods as fhall not be accompanied with the original Invoice fhould choofe to wait the Receipt of the Invoice, in fuch Cafe the Collector fhall take into his Poffeffion all fuch Goods, Wares and Merchandize, and ftore the fame at the Expence and Rifque of the Owner or Confignee until the Invoice fhall arrive, or until they fhall agree to have the fame valued.

*AND be it further Enacted by the Authority aforefaid,* That every Collector, Naval-Officer and Surveyor, or other Perfon efpecially appointed by either of them for that Purpofe, fhall have full Power and Authority to enter any Ship or Veffel in which they fhall have Reafon to fufpect any Goods, Wares or Merchandize fubject to Duty fhall be concealed, and therein to fearch for, feize and fecure any fuch Goods, Wares or Merchandize; and if they fhall have Caufe to fufpect a Concealment thereof in any particular Dwelling-Houfe, Store, Building, or other Place, they, or either of them, fhall upon Application, on Oath or Affirmation, to any Juftice of the Peace, be entitled to a Warrant to enter fuch Houfe, Store or other Place, in the Day Time only, and there to fearch for fuch Goods, and if any fhall be found, to feize and fecure the fame for Trial. And all fuch Goods, Wares and Merchandize on which the Duties fhall not have been paid, or fecured to be paid, fhall be forfeited.

*AND be it further Enacted by the Authority aforefaid,* That all Goods, Wares and Merchandize which fhall be feized by Virtue of this Act, fhall be put into and remain in the Cuftody of the Collector, until fuch Proceedings fhall be had as by this Act are required, to afcertain whether the fame hath been forfeited or not: And if it fhall be adjudged that they are not forfeited, they fhall be forthwith reftored to the Owner or Owners, Claimant or Claimants thereof. And if any Perfon or Perfons fhall conceal or buy any Goods, Wares or Merchandize, knowing them to be liable to Seizure by this Act, fuch Perfon or Perfons fhall on Conviction thereof forfeit and pay a Sum double the Value of the Goods fo concealed or purchafed.

*AND be it further Enacted by the Authority aforefaid,* That it fhall be the Duty of the feveral Officers to be appointed or employed by Virtue of this Act, to make Seizure of and fecure any Ship or Veffel, Goods, Wares or Merchandize which fhall be liable to Seizure by Virtue of this Act, as well without as within their refpective Diftricts.

*AND be it further Enacted by the Authority aforefaid,* That if any Officer or other Perfon executing, or aiding, or affifting in, the
Seizure

Seizure of Goods, shall be sued or molested for any Thing done in Virtue of the Powers given by this Act, or by Virtue of a Warrant granted by any Judge or Justice pursuant to Law, such Officer or other Person may plead the general Issue, and give this Act in Evidence: And if in such Suit the Plaintiff shall be non-suited, or Judgment pass against him, the Defendant shall recover double Costs. And in all Actions, Suits or Informations to be brought, where any Seizure shall be made pursuant to this Act, if the Property be claimed by any Person, in every such Case the *Onus probandi* shall be upon such Claimant. And if any Person shall forcibly resist, prevent or impede any Officers of the Customs or their Deputies, or any Person assisting them in the Execution of their Duty, such Persons so offending shall for every Offence be fined in a Sum not exceeding *Four Hundred Dollars.*

*A N D be it further Enacted by the Authority aforesaid,* That every Collector, Naval-Officer and Surveyor, shall, within Ten Days after he enters upon the Execution of his Office, give Bond with one or more sufficient Sureties, to be approved of by the General-Treasurer, and payable to the Governor and Company of this State, conditioned for the true and faithful Discharge of the Duties of his Office according to Law, that is to say: The said Collectors in the Sum of *Five Thousand Dollars* each: The said Naval-Officers in the Sum of *Five Thousand Dollars* each: The Surveyors of the Ports of *Newport* and *Providence* in the Sum of *Two Thousand Dollars* each: And each of the other Surveyors in the Sum of *Five Hundred Dollars.* Which Bonds shall be filed in the Office of the said General-Treasurer, and be by him severally put in Suit for the Benefit of this State, upon any Breach of the Condition thereof.

*A N D be it further Enacted by the Authority aforesaid,* That there shall be allowed and paid to the Collectors, Naval-Officers and Surveyors to be appointed pursuant to this Act, the Fees and *per Centage* following, *to wit:* To each Collector for every Entrance of any Ship or Vessel of One Hundred Tons Burthen and upwards, *One Dollar and a Quarter;* for every Clearance of any Ship or Vessel of One Hundred Tons Burthen and upwards, *One Dollar and a Quarter;* for every Entrance of any Ship or Vessel under the Burthen of One Hundred Tons, *Three-Quarters of a Dollar;* for every Clearance of any Ship or Vessel under One Hundred Tons Burthen, *Three-Quarters of a Dollar;* excepting Ships or Vessels while employed Coastwise, or in the Fisheries, which shall pay for each Entrance and Clearance *Thirty-three Cents* and no more; for every Permit to land Goods, *Sixteen Cents;* for every Bond taken officially, *Twenty-five Cents;* for every Permit to land Goods for Exportation which are entitled to a Drawback, *Twenty-five Cents;* for every official Certificate, *Sixteen Cents;* and for every other official Document (Registers excepted) required by the Owner or Master of any Vessel, not before enumerated, *Sixteen Cents.* And where a Naval-Officer is appointed to the same Port

the

the faid Fees fhall be equally divided between the Collector and
the faid Naval-Officer ; apportioning to each his Moiety of the ne-
ceffary Expences of Stationary, and the Rent of an Office to be
provided by the Collector in the Place of his Refidence, moft con-
venient for the Trade of the Diftrict ; in which the faid Collector
and Naval-Officer fhall each have one feparate Room.   And the
faid Fees fhall be received by the Collector, who fhall fettle the
Accounts monthly, and pay to the Naval-Officer the Balance which
may be due to him on fuch monthly Settlement.—To each Sur-
veyor there fhall be allowed, for all the Services required by Law
to be performed by him on board any Ship or Veffel of One Hun-
dred Tons Burthen and upwards, and having on board Goods,
Wares and Merchandize fubject to Duty, *Two Dollars* ; for the
like Services on board any Ship or Veffel of lefs than One Hun-
dred Tons Burthen, having on board Goods, Wares and Merchan-
dize fubject to Duty, *One Dollar* ; and for all Veffels not having
on board Goods, Wares and Merchandize fubject to Duty, *Half a
Dollar* : All which Fees fhall be paid to the Collector by the Maf-
ter or Owner of the Ship or Veffel in which the Services are per-
formed : And the faid Collector fhall pay weekly to the Surveyor
the Fees fo received.—To each Infpector there fhall be allowed for
every Day he fhall be actually employed in Aid of the Cuftoms a
Sum not exceeding *Three Quarters of a Dollar*, to be paid by the
Collector out of the Revenue, and charged to the Public.—To the
Meafurers, Weighers and Guagers refpectively for their Services,
fhall be allowed and paid by the Collector out of the Revenue, for
the Meafurement of One Hundred Bufhels of Salt or Grain, *Twelve
Cents* ; for the Meafurement of every One Hundred Bufhels of
Coals, *Sixteen Cents* ; for the weighing of every One Hundred and
Twelve Pounds, *One Cent* ; for the guaging of every Cafk, *Four
Cents*.—There fhall moreover be allowed to the Collectors in each
of the faid Diftricts *One per Centum* on the Amount of all Monies
by them refpectively received and paid into the Treafury of this
State.—Each Collector, Naval-Officer and Surveyor fhall caufe to
be affixed and conftantly kept in fome public and confpicuous Place
in his Office, a fair Table of the Rates of Fees and Duties demand-
able by Law ; and in Cafe of Failure herein fhall forfeit and pay
*One Hundred Dollars* to be recovered with Cofts in any Court of
Record in this State, to the Ufe of the Informer.   And if any Of-
ficer appointed purfuant to this Act fhall demand or receive any
greater or other Fee, Compenfation or Reward for executing any
Duty or Service required of him by Law, he fhall forfeit and pay
*Two Hundred Dollars* for each Offence, recoverable in Manner a-
forefaid for the Ufe of the Party aggrieved.

*AND be it further Enacted by the Authority aforefaid*, That the
Duties and Fees to be collected by Virtue of this Act fhall be re-
ceived in Gold or Silver Coin only at the following Rates, *to wit* :
The Gold Coin of *France*, *England*, *Spain* and *Portugal*, and all
other Gold Coin of equal Finenefs at *Eighty-nine Cents* of the
<div align="right">Money</div>

## *September,* 1789.

Money of the faid Eleven States now united under the new Form of Government, for every Pennyweight; The *Mexican Dollar* at *One Hundred Cents* : A *Crown* of *France* at *One Dollar and Eleven Cents* : A *Crown* of *England* at *One Dollar and Eleven Cents* : And all Silver Coins of equal Finenefs at *One Dollar and Eleven Cents* per Ounce.

*AND be it further Enacted by the Authority aforefaid,* That all the Drawbacks allowed by Law on the Exportation of Goods, Wares and Merchandize imported, fhall be paid or allowed by the Collector, at whofe Office the faid Goods, Wares and Merchandize were originally entered, and not otherwife, retaining One *per Centum* for the Benefit of this State.

*PROVIDED always, and be it further Enacted by the Authority aforefaid,* That no Goods, Wares or Merchandize entitled to Drawback fhall be re-laden before an Entry be made with the Collector of the Port from whence fuch Goods are intended to be exported; which Entry fhall contain a particular Account of the Cafks and Packages, their Marks, Numbers and Contents, the Coft thereof, the Veffel or Veffels in which they were imported, and the Place or Places imported from. And the Perfon or Perfons intending to export fuch Goods, fhall give Bond, with one or more fufficient Sureties, that the fame nor any Part thereof fhall not be re-landed in any Port or Place within the Limits of this State; and fhall moreover make Oath or Affirmation as to the Truth of the Entry, that the Goods, Wares and Merchandize are in Quantity, Quality and Value as therein expreffed, according to the inward Entry thereof, which Entry was duly made at the Time of Importation purfuant to the Directions of this Act; and that the Quality is the fame as at the Time of Importation. And the Exporter of fuch Goods fhall not be entitled to draw back the Duties until at leaft Six Months after the Exportation thereof; and until he fhall produce to the Collector with whom fuch outward Entry is made a Certificate in Writing, of two reputable Merchants at the Port or Place without this State in which the fame were landed, together with the Oath or Affirmation of the Mafter and the Mate of the Veffel in which they were exported, certifying the Delivery thereof : But in Cafe any Veffel fhall be caft away, or meet with fuch unavoidable Accident as to prevent the landing fuch Goods, a Proteft in due Form of Law, made by the Mafter and Mate, or fome of the Seamen; or in Cafe no fuch Proteft can be had, then the Oath or Affirmation of the Exporter fhall be received in Lieu of the other Proofs herein directed, unlefs there fhall be good Reafon to fufpect the Truth of fuch Oath or Affirmation : In which Cafe it fhall and may be lawful for the Collector to require fuch further Proof as the Nature of the Cafe may demand.——Provided alfo, That no Goods, Wares or Merchandize imported fhall be entitled to a Drawback of the Duties paid or fecured to be paid thereon, unlefs fuch Duties fhall amount to *Two Dollars* at the leaft, nor un-

F                                                                              lefs

less they shall be exported in the same Casks, Package or Packages, and from the Port or District into which they were originally imported, and moreover shall be re-laden under the Inspection of the Collector, Naval-Officer or Surveyor of the Port.

*A N D be it further Enacted by the Authority aforesaid*, That the Sums allowed to be paid by Law on the Exportation of dried Fish, pickled Fish, and salted Provisions, shall be paid by the Collector of the Port or District from whence the same shall be exported.——— Provided, That the due Entrance thereof shall be first made and Bonds given, as in Case of Drawbacks; and that no such Allowance shall be made, unless it shall amount to *Half a Dollar* at least upon any one Entry.

*A N D be it further Enacted by the Authority aforesaid*, That if any Goods, Wares and Merchandize entered for Exportation with a View to draw back the Duties, or to obtain any Allowance given by Law on the Exportation thereof shall be landed in any Port or Place within the Limits of this State as aforesaid, all such Goods, Wares and Merchandize shall be subject to Seizure and Forfeiture, together with the Vessel from which such Goods shall be landed, and the Vessels or Boats used in landing the same; and all Persons concerned therein, shall, on Indictment and Conviction thereof, suffer Imprisonment for a Term not exceeding Six Months.   And for the Discovery of Frauds, and Seizure of Goods, Wares and Merchandize relanded contrary to Law, the several Officers established by this Act shall have the same Powers; and, in Case of Seizure, the same Proceedings shall be had, as in Case of Goods, Wares and Merchandize imported contrary to Law.   And for weighing, guaging and measuring Goods for Exportation, the same Fees shall be allowed as in like Cases upon the Importation thereof.

*A N D be it further Enacted by the Authority aforesaid*, That if any Officer of the Customs shall directly or indirectly take or receive any Bribe, Reward or Recompence for conniving, or shall connive at a false Entry of any Ship or Vessel, or of any Goods, Wares or Merchandize, and shall be thereof convicted, every such Officer shall forfeit and pay a Sum not less than *Two Hundred* nor more than *Two Thousand Dollars* for each Offence, and be forever disabled from holding any Office of Trust or Profit under this State. And every Person giving or offering any Bribe, Recompence or Reward, for any such Deception, Collusion or Fraud, shall forfeit and pay a Sum not less than *Two Hundred* nor more than *Two Thousand Dollars* for each Offence.   And in all Cases, where an Oath or Affirmation is by this Act required from a Master or other Person having Command of a Ship or Vessel, or from an Owner or Consignee of Goods, Wares or Merchandize, if the Person so swearing or affirming shall swear or affirm falsely, such Person shall, on Indictment and Conviction thereof, be punished by Fine or Imprisonment, or both, at the Discretion of the Court before whom

the

*September*, 1789.                                          23

the Conviction shall be had, so as that the Fine shall not exceed *One Thousand Dollars*, and the Term of Imprisonment shall not exceed Twelve Months.

*AND be it further Enacted by the Authority aforesaid,* That all Penalties accruing by any Breach of this Act shall be sued for and recovered with Costs of Suit in the Name of the General-Treasurer of this State in any Court proper to try the same, by the Collector of the District where the same accrued, and not otherwise ; unless in Cases of Penalty relating to an Officer of the Customs : And such Collector shall be, and hereby is authorized and directed, to sue for and prosecute the same to Effect, and to distribute and pay the Sum recovered, after first deducting all necessary Costs and Charges, according to Law.   And all Ships or Vessels, Goods, Wares or Merchandize, which shall become forfeit by Virtue of this Act, shall be seized, libelled and prosecuted as aforesaid in the proper Court having Cognizance thereof : And the Court shall cause Fourteen Days Notice to be given of such Seizure and Libel, by causing the Substance of such Libel, with the Order of the Court thereon, setting forth the Time and Place appointed for Trial, to be inserted in some public News-Paper nearest the Place of Seizure, and also by posting up the same in the most public Manner for the Space of Fourteen Days, at or near the Place of Trial ; and Proclamation shall be made in such Manner as the Court shall direct ; and if no Person shall appear to claim such Ship or Vessel, Goods, Wares or Merchandize, the same shall be adjudged to be forfeited : But if any Person shall appear before such Judgment of Forfeiture, and claim any such Ship or Vessel, Goods, Wares or Merchandize, and shall give Bond to defend the Prosecution thereof, and to respond the Cost in Case he shall not support his Claim, the Court shall proceed to hear and determine the Cause according to Law.—And upon the Prayer of any Claimant to the Court, that any Ship or Vessel, Goods, Wares or Merchandize so seized and prosecuted, or any Part thereof, should be delivered to such Claimant, it shall be lawful for the Court to appoint three proper Persons to appraise such Ship or Vessel, Goods, Wares or Merchandize, who shall be sworn in open Court for the faithful Discharge of their Duty : And such Appraisement shall be made at the Expence of the Party on whose Prayer it is granted : And on the Return of such Appraisement, if the Claimant shall, with one or more Sureties, to be approved of by the Court, execute a Bond in the usual Form of Law to the General-Treasurer of this State, for the Payment of a Sum equal to the Sum at which the Ship or Vessel, Goods, Wares or Merchandize so prayed to be delivered be appraised, the Court shall, by Rule, order such Ship or Vessel, Goods, Wares or Merchandize to be delivered to the said Claimant ; and the said Bonds shall be lodged with the proper Officer of the Court.   And if Judgment shall pass in Favour of the Claimant, the Court shall cause the said Bond to be cancelled : But if Judgment shall pass against the Claimant as to the whole or any Part of such Ship or Vessel, Goods,

Wares

Wares or Merchandize, and the Claimant shall not within Twenty Days thereafter pay into the Court the Amount of the appraised Value of such Ship or Vessel, Goods, Wares or Merchandize so condemned, with the Costs, the Bonds shall be put in Suit. And when any Prosecution shall be commenced on Account of the Seizure of any Ship or Vessel, Goods, Wares or Merchandize, and Judgment shall be given for the Claimant or Claimants, if it shall appear to the Court before whom such Prosecution shall be tried that there was a reasonable Cause of Seizure, the same Court shall cause a proper Certificate or Entry to be made thereof, and in such Case the Claimant shall not be entitled to Costs; nor shall the Person who made the Seizure or Prosecutor be liable to Action, Judgment or Suit on Account of such Seizure or Prosecution. Provided, That the Ship or Vessel, Goods, Wares or Merchandize be after Judgment forthwith returned to such Claimant or Claimants, his or their Agents. And provided, That no Action or Prosecution shall be maintained in any Case under this Act, unless the same shall have been commenced within Three Years next after the Penalty or Forfeiture was incurred.

*AND be it further Enacted by the Authority aforesaid,* That all Ships, Vessels, Goods, Wares or Merchandize which shall be condemned by Virtue of this Act shall be sold by the proper Officer of the Court in which such Condemnation shall be had to the highest Bidder at public Auction, by Order of such Court, and at such Place as the Court shall appoint; giving at least Fifteen Days Notice, except in Case of perishable Goods, in One or more of the public News-Papers of the Place where such Sale shall be; or, if no News-Paper be published in such Place, in One or more of the News-Papers published in the nearest Place thereto.

*AND be it further Enacted by the Authority aforesaid,* That all Penalties, Fines and Forfeitures recovered by Virtue of this Act, and not otherwise appropriated, shall, after deducting all proper Costs and Charges, be disposed of as follow, *to wit:* One Moiety thereof shall be for the Use of this State, and be paid into the General-Treasury: The other Moiety thereof shall be divided into three equal Parts, and paid to the Collector, Naval-Officer and Surveyor of the District wherein the same shall have been incurred: And in such Districts where only Two of the aforesaid Officers shall have been established, the said Moiety shall be equally divided between them: and in such District wherein only one of the aforesaid Officers shall have been established, the said Moiety shall be given to such Officer.——Provided nevertheless, That in all Cases where such Penalties, Fines and Forfeitures shall be recovered in Pursuance of Information given to such Collector by any Person other than said Naval-Officer and Surveyor, the One Half of such Moiety shall be given to the Informer, and the Remainder thereof shall be disposed of between the Collector, Naval-Officer and Surveyor in Manner and Form as above limited and expressed.

*AND*

## *September,* 1789. 25

*AND be it further Enacted by the Authority aforesaid,* That this Act shall continue and be in Force until the First Day of *June* which shall be in the Year of our Lord One Thousand Seven Hundred and Ninety-six ; and from thence until the End of the next succeeding Session of this Assembly which shall be held thereafter, and no longer.

*AND be it further Enacted by the Authority aforesaid,* That all Acts of this Assembly, excepting those for collecting Light-Money, touching the levying or collecting of Duties or Imposts, for the Purpose of raising a Revenue in this State, be and the same are hereby repealed.

*IT is Ordered,* That the Secretary cause One Hundred Copies of this Act to be forthwith printed ; that he agree with one of the Printers for doing the same on the best Terms he can : And that he transmit Copies thereof to the several Town-Clerks, and Clerks of the Superior and Inferior Courts in this State, one to the Attorney-General, one to the General-Treasurer, and one to each Collector, Naval-Officer and Surveyor to be appointed by Virtue of this Act.

<p align="center">❖◈◇◈◇◈◇◈◇◈◇◈❖</p>

## An ACT allowing a Drawback of Duties on certain Articles exported from this State.

BE *it Enacted by this General Assembly, and by the Authority thereof it is hereby Enacted,* That on the Exportation of *New-England* Rum, Loaf-Sugar and Chocolate, manufactured in this State, there shall be allowed and paid, as a Drawback of Duties, by the Collector in whose Office any Ship or Vessel may clear out, as follows, *to wit :*

<p align="right" style="margin-bottom:0">Act allowing<br>a Draw-back<br>of Duties.</p>

|  | Cent. |
|---|---|
| On every Gallon of *New-England* Rum, of common Proof, | 1 ½ |
| On every Pound of Loaf Sugar,   -   -   - | 1 |
| On every Pound of Chocolate,   -   -   - | ½ |

*PROVIDED always,* That the Duty on Molasses, Sugar and Cocoa-Nuts used in such Manufactures shall have been paid within this State : And provided also, That no Drawback be allowed as aforesaid, unless the said Molasses, Sugar and Cocoa-Nuts shall have been invoiced, guaged or weighed, and registered by a Collector of Impost and Duties, for the aforesaid Purpose of manufacturing, previous to their being so manufactured.

*IT is Ordered,* That the Secretary transmit printed Copies of this Act to the same Officers to whom he is directed to transmit Copies of the Act for levying and collecting certain Duties and Imposts, passed at the present Session.

<p align="center">❖◈◇◈◇◈◇◈◇◈◇❖</p>



<p align="center">G</p>

<p align="right"><i>IT</i></p>