# Exhibit 25

# THE STATE OF OHIO.

# GENERAL AND LOCAL LAWS

AND

# JOINT RESOLUTIONS,

PASSED BY THE

# SIXTY-FIFTH GENERAL ASSEMBLY

AT ITS ADJOURNED SESSION,

Begun and held in the City of Columbus, January 2, 1883.

# VOLUME LXXX.

COLUMBUS:
G. J. BRAND & CO., STATE PRINTERS.
1883.

129

the purposes named be changed, and all transfers of funds from one account to another are hereby expressly prohibited.

SEC. 3. That section thirty-nine hundred and fifty-eight of the revised statutes of Ohio, and section thirty-nine hundred and fifty-nine of said revised statutes, as amended by an act entitled "an act to amend section thirty-nine hundred and fifty-nine of the revised statutes of Ohio," passed April 7, 1882, be amended so as to read as follows:

Section 3958. Each board of education, except in cities of the first grade of the first class, shall annually, at a regular or special meeting to be held between the third Monday in April and the first Monday in June, determine by estimate as nearly as practicable the entire amount of money necessary to be levied as a contingent fund, for the continuance of the school or schools of the district after the state funds are exhausted, to purchase sites for school-houses, to erect, purchase, lease, repair and furnish school-houses, and build additions thereto, and for other school expenses. *Board of education to make estimates of amount necessary for continuance of schools, etc.*

Section 3959. Such estimate and levy shall not exceed in cities of the first class, second grade, five mills; and in all other districts, except in cities of the first grade of the first class, seven mills on each dollar of valuation of taxable property; provided, however, that nothing in this section shall be construed as impairing the power of any municipality therein mentioned to make any levy heretofore authorized additional to that allowed by law at the time of such authorization. *Amount of levy.*

SEC. 4. That said section 2689, as amended April 16, 1881, and original section 3958, and said act entitled "an act to amend section 3959 of the revised statutes of Ohio," passed April 7, 1882, be and the same are hereby repealed.

SEC. 5. This act shall take effect and be in force from and after its passage.

O. J. HODGE,
*Speaker of the House of Representatives.*
R. G. RICHARDS,
*President of the Senate.*

Passed April 16, 1883.

---

[House Bill No. 275.]

AN ACT

To provide a license on trades, business and professions carried on in cities of the first grade of the first class, and providing for the enforcement and collection of fines and penalties for carrying on business without license, and for other purposes.

SECTION 1. *Be it enacted by the General Assembly of the State of Ohio,* That in cities of the first grade of the first class, no person shall be engaged in any trade, business, or profession hereinafter mentioned, until he or she shall have obtained a license therefor, as hereinafter provided. *License in certain cities.*

9

| | |
|---|---|
| Penalty. | SEC. 2. Any person who shall violate any of the provisions of this act, shall be deemed guilty of a misdemeanor, and upon conviction thereof, shall be punished by a fine of not more than one thousand (1000) dollars, nor less than fifty (50) dollars, or by imprisonment for not more than six months, or by both. |
| License not transferable unless by permission of comptroller. | SEC. 3. No license granted or issued under any of the provisions of this act, shall be in any manner assignable or transferable, or shall authorize any person other than is therein mentioned or named to do business, or shall authorize any other business than is therein mentioned or named to be done or transacted, or the business therein named or mentioned to be done or transacted at any place other than is therein mentioned or named, without permission from the comptroller of said city indorsed thereon.

The comptroller shall, at the time of granting such permission, immediately record such change or transfer upon the proper registry. |
| Form of license. | A license for any business conducted at any particular or fixed locality, shall authorize the transaction of such business by an individual, a firm, or a corporation.

Every such license shall specify, by name, the person, firm, or corporation to whom or which it shall be issued, and shall designate the particular place at which the business shall be carried on. |
| License heretofore issued shall be valid. | SEC. 4. All licenses heretofore issued by the mayor or other duly authorized officer, and now unexpired, shall be valid until the time for which they were granted shall expire. |
| Sworn statement to be rendered in certain cases. | SEC. 5. In all cases where the amount of license to be paid by any person, firm, or corporation is based upon or regulated by the amount of sales effected or business transacted, such person, firm, or corporation shall render a sworn statement to the comptroller, of the total amount of sales made or business done by them, respectively, during the six months preceding the application for a license, which statement shall determine the amount for which such license shall be issued. |
| Evidence of liability. | SEC. 6. Upon the trial of any criminal action brought under or arising from any provision or provisions of this act, the fact that the party thereto represented himself or herself as engaged in any business or occupation, for the transaction of which a license is by this act required, or that such party exhibited a sign indicating such business or calling, shall be conclusive evidence of the liability of such party to pay a license. |
| License to be exhibited. | SEC. 7. Every person having a license under the provisions of this act, shall exhibit the same at all times while in force, in some conspicuous part of his or her place of business, and shall produce the same when applying for a renewal, or when requested to produce it by any municipal officer, or by any member of the police department.

Every peddler, while engaged in peddling, shall carry his |

131

or her license, and shall exhibit the same, if requested by any municipal officer.

SEC. 8. All licenses, excepting to places of amusement, entertainment, performances, or exhibitions, shall date from the first day of January or July of each year, and shall be issued for one year from either of the aforesaid dates. All licenses for theaters, concert-halls, places of amusement, entertainments, performances, or exhibitions, may be issued for the period of one year, or for any shorter time. *Date and term of license.*

SEC. 9. All licenses which shall become due on the first day of January or July, shall be considered delinquent if not paid within fifteen (15) days thereafter; or, for every month or fraction of a month a license shall remain delinquent, after the fifteen days allowed from the first day of January or July, as aforesaid, there shall be added to the whole amount of such license a penalty of two per cent., which shall be collected in the same manner as the license. *When due.* *Penalty for delinquency.*

But the addition, if any, penalty to a license, shall not exempt the person from whom said license may be collectible from any penalty to which he or she may be liable for violating any of the provisions of this act.

SEC. 10. If, at any time, it shall be made to appear to the satisfaction of the mayor, that any licensed person has violated any of the provisions of this act, then the said mayor shall revoke his or her license, and such licensed person shall cease to have any authority thereunder. *License may be revoked.*

SEC. 11. In all cases where the rates of license depend upon the receipts or profits of the business, or upon the amount of business done, or upon the number of vehicles used, or upon any other matter peculiarly within the knowledge of the applicant for the license, such applicant may be examined in regard to such matters, and may be required to subscribe to a sworn statement or affidavit, that he has, to the best of his knowledge and belief, truly answered all questions touching the amount of license for which he or she applies or is liable. And if any person applying for license shall make any false statement in regard to his or her business, with intent thereby to procure a license at less rates than those provided in this act, he or she shall be deemed guilty of misdemeanor, and upon conviction thereof, shall be punished as provided in section 2 of this act, and may be adjudged also to forfeit his license. *Proceedings when license depends upon receipts.*

SEC. 12. The conviction and punishment of any person for transacting any business without a license, shall not excuse or exempt such person from the payment of any license, due or unpaid at the time of such conviction. *Conviction not to exempt.*

*Dance-houses and Ball-rooms.*

SEC. 13. Keepers of public dance-houses or ball-rooms shall pay a license fee of three hundred (300) dollars per annum, or ten (10) dollars per night; provided, however, that no license shall be issued without the consent of the mayor.

132

### Scavengers.

SEC. 14. Every person, company, or corporation who shall empty, clean, or remove the contents of any privy-vault, or in any manner engage in the business of scavenger, shall pay a license fee of twenty-five (25) dollars per annum.

### Intelligence Offices.

SEC. 15. Each keeper of an intelligence office, or employment office, shall pay a license of fifty (50) dollars per annum; provided, however, that no license shall be issued without the consent of the mayor.

### Pawnbrokers.

SEC. 16. Each keeper of a pawnbroker's or loan office shall pay a license fee of two hundred and fifty (250) dollars per annum.

### Billiard and Pool-tables.

SEC. 17. Each proprietor of a billiard or pool-table shall pay a license of twenty-five (25) dollars for one such table, and fifteen (15) dollars for each additional table, per annum.

### Bowling-Alleys.

SEC. 18. Each proprietor of a bowling-alley shall pay a license fee of twenty-five (25) dollars for one alley, and fifteen (15) dollars for each additional alley, per annum.

### Peddlers.

SEC. 19. Peddlers or hawkers of produce or goods from vehicles drawn by animal power, shall pay a license of twenty-five (25) dollars per annum, and those selling goods from vehicles drawn by hand or carried, shall pay a license fee of fifteen (15) dollars per annum. Peddlers or hawkers of meat, fish, game, poultry, oysters, vegetables, fruit, candies, groceries, produce and dairy products, from stands, shall pay a license fee of fifteen (15) dollars per annum; provided, that any person selling produce of his own raising, shall not be liable for license for selling the same.

### Circuses and Menageries.

SEC. 20. For each circus or menagerie, the owner thereof shall pay license fees as follows:

For the first day, one hundred (100) dollars; for each succeeding day, seventy-five (75) dollars.

For each side-show, concert, musical or minstrel entertainment, or exhibition of monsters or freaks of nature, twenty-five (25) dollars for the first day, and fifteen (15) dollars for each additional day; provided, however, that no license shall be issued without the consent of the mayor.

133

*Sewerage.*

SEC. 21. No connection shall be made with any sewer or drain without the payment of a license fee of five (5) dollars, and an agreement, in writing, of the person applying therefor, that he will indemnify and save harmless such cities from all loss or damage that may be occasioned in any wise by accident or the want of care or skill on his part in the prosecution of such work, or that may be occasioned by reason of any opening by him made or caused to be made in any street, lane, avenue, market-place or common, in the making of any connection with any public or private sewer as aforesaid; and further, that he will promptly at the proper time replace and restore the street over such opening to as good condition as he found it previous to opening the same; provided, that no license shall be issued, except by the consent of the board of public works.

*Theaters, Concert-halls, etc.*

SEC. 22. Every proprietor or lessee of any theater, concert-hall, or any place of amusement, entertainment, or exhibition, shall pay license, according to their seating capacity —one seat is twenty inches—as follows:

*First*—Those seating nine hundred and seventy-five (975) persons or more, shall pay a license, if issued for one year, of three hundred (300) dollars; if for three months, one hundred (100) dollars; if for one month, fifty (50) dollars; if for one day, five (5) dollars.

*Second*—Those seating less than nine hundred and seventy-five (975) persons, shall pay a license, if issued for one year, of two hundred (200) dollars; if for three months, seventy-five (75) dollars; if for one month, forty (40) dollars; if for one day, five (5) dollars; provided, however, that no license shall be issued without consent of the mayor.

*Hotels, Boarding-houses, Lodging-houses, Restaurants, etc.*

SEC. 23. All keepers of hotels, boarding-houses, lodging-houses, dining-saloons, restaurants, ice-cream saloons, or places of amusement, shall pay an annual license fee as follows:

Those whose gross receipts are over one million (1,000,000) dollars per annum, five hundred (500) dollars.

Those whose gross receipts are over six hundred thousand (600,000) dollars per annum, and less than one million (1,000,000) dollars per annum, three hundred and fifty (350) dollars.

Those whose gross receipts are over three hundred thousand (300,000) and less than six hundred thousand (600,000) dollars per annum, two hundred and fifty (250) dollars.

Those whose gross receipts are over two hundred thousand (200,000) and less than three hundred thousand (300,000) dollars per annum, one hundred and fifty (150) dollars.

Those whose gross receipts are over one hundred thousand

(100,000) and less than two hundred thousand (200,000) dollars per annum, one hundred (100) dollars.

Those whose gross receipts are over sixty thousand (60,000) and less than one hundred thousand (100,000) dollars per annum, seventy-five (75) dollars.

Those whose gross receipts are more than twenty-five thousand (25,000) and less than sixty thousand (60,000) dollars per annum, fifty (50) dollars.

Those whose gross receipts are more than five thousand (5,000) and less than twenty-five thousand (25,000) dollars per annum, twenty-five (25) dollars.

Those whose gross receipts are more than three thousand (3,000) dollars per annum and under five thousand (5,000) dollars per annum, ten (10) dollars.

*Vendors of Gunpowder, and Shooting-galleries.*

SEC. 24. All vendors of gunpowder shall pay a license fee of fifteen (15) dollars per annum.

All keepers or owners of gunpowder magazines shall pay a license fee of one hundred (100) dollars per annum.

SEC. 25. All keepers of shooting-galleries shall pay a license fee of thirty (30) dollars per annum, exclusive of the license fee for gunpowder.

*Livery and Sale-stables.*

SEC. 26. All keepers or owners of livery, sale, or boarding-stables, shall pay licenses as follows:

For those whose gross receipts for the hiring, boarding, and sales of horses and carriages amount to more than fifteen thousand (15,000) dollars per annum, twenty-five (25) dollars per annum.

For those whose gross receipts amount to less than fifteen thousand (15,000) dollars per annum, fifteen (15) dollars per annum.

*Dancing and Riding-schools.*

SEC. 27. Keepers of dancing and riding-academies or schools, whose gross receipts are less than six thousand (6,000) dollars per annum, shall pay a license fee of fifty (50) dollars per annum; and those whose gross receipts are more than six thousand (6,000) dollars per annum, shall pay a license fee of seventy-five (75) dollars per annum.

*Building Permits.*

SEC. 28. Each applicant for the use of streets or other spaces belonging to the city, for the purpose of depositing building material thereon, shall pay license fees for each permit as follows:

For the use of twenty feet, or less, one (1) dollar.

For the use of more than twenty and less than forty feet, two (2) dollars.

For the use of more than forty feet, and less than seventy-five feet, four (4) dollars.

For the use of more than seventy-five feet, and less than one hundred feet, five (5) dollars.

For one hundred feet and over, ten (10) dollars.

Provided, that no license shall be issued except by the consent of the board of public works.

### Hacks and Vehicles.

SEC. 29. The owners of all vehicles used upon the streets of the city, shall pay annual license fees as follows:

For each buggy or sulky, three (3) dollars.
For each cab or hack, five (5) dollars.
For each one-horse private carriage, three (3) dollars.
For each two-horse private carriage, five (5) dollars.
For each hotel coach or carriage, ten (10) dollars.
For each one-horse cart, three (3) dollars.
For each one-horse dray or truck, five (5) dollars.
For each furniture car, ten (10) dollars.
For each baggage wagon, ten (10) dollars.
For each two-horse omnibus, ten (10) dollars.
For each four-horse omnibus, fifteen (15) dollars.
For each six-horse omnibus, twenty-five (25) dollars.

For each two-horse wagon used for hauling boilers, engines, safes, stone, brick, lumber, logs, or merchandise, fifteen (15) dollars.

For each four-horse wagon, used as above, twenty-five (25) dollars.

For each wagon not before mentioned, drawn by one horse, three (3) dollars.

Drawn by two horses, ten (10) dollars.
Drawn by three horses, fifteen (15) dollars.
Drawn by four horses, twenty (20) dollars.
Drawn by six horses, twenty-five (25) dollars; provided, that none of the provisions of this act shall be held to apply to farmers marketing the products of their own farms, except when engaged in huckstering.

SEC. 30. Keepers of race-courses and ball-grounds, and persons engaged in public exhibitions therein, shall pay a license fee as follows:

For each exhibition not continuing for more than one day, and for each day of any exhibition, five (5) dollars; provided, that the keeper of any race-course or ball-grounds, by payment of one hundred (100) dollars, may procure therefor a license for the period of six months, or any portion thereof, which license shall exempt from further license all persons engaged in any exhibition at or upon such race-course or ball-grounds; but no such license shall be granted unless applied for and paid for at least six hours previous to the opening of the exhibition intended to be included within the license.

### Dogs.

SEC. 31. The license tax on every dog shall be two (2) dollars per annum; provided, whenever a dog-check issued

by the comptroller has been lost, taken, or stolen by parties unknown to the owner of such dog, he may, on payment of fifty (50) cents, and on making and subscribing to an affidavit, receive from the comptroller a duplicate dog-check for the remaining portion of the then current year.

SEC. 32. Storage of petroleum, or the product of petroleum, shall be subject to such rules or regulations as are, or may be adopted by the city council, and shall pay a license fee of fifty (50) dollars per annum; provided, that no license shall be issued without the consent of the fire commissioners.

SEC. 33. Street musicians shall pay a license of twenty-five (25) dollars per annum for each instrument used, but no license shall be issued except by the consent of the mayor.

SEC. 34. Bill-posters, advertising sign-painters, and street-car advertisers, shall pay a license of twenty-five (25) dollars per annum.

### *Second-hand Articles and Junk-dealers.*

SEC. 35. Every dealer in second-hand articles and keepers of junk-shops, shall pay a license of fifty (50) dollars per annum.

### *Astrologers, Fortune-tellers, Seers, Mediums, etc.*

SEC. 36. Astrologers, fortune-tellers, clairvoyants, mediums, seers, etc., shall pay a license of three hundred (300) dollars per annum.

SEC. 37. Auctioneers shall pay a license as follows:

*First*—Those whose sales amount to one million (1,000 000) dollars and over, per annum, seven hundred and fifty (750) dollars per annum.

*Second*—Those whose sales amount to six hundred thousand (600,000) dollars, and less than one million (1,000,000) dollars per annum, five hundred (500) dollars per annum.

*Third*—Those whose sales amount to three hundred thousand (300,000) dollars, and less than six hundred thousand (600,000) dollars per annum, two hundred and fifty (250) dollars per annum.

*Fourth*—Those whose sales amount to one hundred and fifty thousand (150,000) and less than three hundred thousand (300,000) dollars per annum, one hundred (100) dollars per annum.

*Fifth*—Those whose sales amount to seventy-five thousand (75,000) and less than one hundred and fifty thousand (150,000) dollars per annum, fifty (50) dollars per annum.

*Sixth*—Those whose sales amount to less than seventy-five thousand (75,000) dollars per annum, twenty-five (25) dollars per annum.

**Moneys received from license; how distributed.** SEC. 38. All moneys received for license from vehicles of all descriptions, shall be placed to the credit of the street repairing fund.

All other moneys received for licenses issued under this act, shall be placed to the credit of the general fund.

137

SEC. 39. All moneys due or to become due and payable to the comptroller for the improvement of streets, and the occupation of stalls and benches, and all moneys due or to become due and payable to the mayor for street-car licenses, or for percentage of gross earnings, shall be paid to the city treasurer, upon the certificate of the comptroller stating the amount of money required by law to be paid therefor; said certificate shall be delivered to the city treasurer, who shall, upon the receipt of the money stated therein, give a certificate of payment stating the amount of money paid; said certificate of payment shall be presented to the comptroller, who thereupon shall issue his receipt, retaining the treasurer's certificate of payment as his voucher therefor. *(Certain moneys to be paid to city treasurer.)*

SEC. 40. It shall be the duty of the comptroller or his deputies, in connection with the mayor and the police, to enforce the payment of licenses, to examine places of business and persons liable to pay licenses, and to see that such licenses are taken out, and that no other business than that described in the license is carried on or transacted by the party and at the place named in the license. *(Duties of comptroller, mayor and police.)*

SEC. 41. Every person engaged in any trade, occupation, or profession for which a license is imposed by this act, shall, at the time of procuring the same, make application to the comptroller, and shall state under oath or affirmation such facts as may be applicable to said license. The comptroller shall then issue to the applicant a certificate stating the particular kind of license for which application has been made, and the amount of money required by law to be paid therefor. Said certificate shall be delivered to the city treasurer, who shall, upon receipt of the sum of money stated therein, give a certificate of payment stating the amount of money paid. Said certificate of payment shall be presented to the comptroller, who thereupon shall issue said license; and on all moneys paid in for licenses said comptroller shall receive a commission of five (5) per cent. on an amount not to exceed eighty thousand (80,000) dollars. *(How license obtained. Perquisites of comptroller.)*

SEC. 42. The comptroller shall sign, issue, and keep a record of licenses, in books to be prepared for that purpose, as follows: *(Records to be kept by comptroller.)*

*First*—A book to be designated a "License Cash Book," in which entries shall be made under appropriate headings, showing the receipts each day; the names of parties receiving license; their residence or place of business; the number and class of license issued; the amount received for each license, and the period of time for which each license is issued, with reference to the number and page of the ledger (hereinafter provided for) wherein the same is entered.

*Second*—A book to be designated as "License Ledger," in which entries of all moneys received for licenses shall be posted from the cash-book. In said ledger shall be entered, in alphabetical order, under appropriate headings, the names of parties to whom licenses have been issued, their residence, or place of business, the period for which licenses have been

138

issued, amount received for each license, and the date of payment.

*Third*—He shall also keep such other book or books, as shall, in his judgment, be necessary, and all of the books hereinbefore provided to be kept, shall have such additional entries made in them, respectively, as may be required; and he is hereby authorized to employ such assistants as shall, in his judgment, be necessary to enforce the provisions of this act, who shall be paid, together with all charges for books hereinbefore provided, from the five (5) per cent. allowance by this act to the comptroller from his license collections.

Police to enforce provisions of this act. SEC. 43. It shall be the duty of all police or other officers clothed with police powers, to enforce the provisions of this act.

SEC. 44. All acts and parts of acts, ordinances and parts of ordinances, conflicting with any of the provisions of this act, be and the same are hereby repealed, as to cities of the first grade of the first-class.

SEC. 45. This act shall take effect and be in force from and after its passage.

O. J. HODGE,
*Speaker of the House of Representatives.*
R. G. RICHARDS,
*President of the Senate.*

Passed April 16, 1883.

---

[Senate Bill No. 224.]

AN ACT

To amend section 5018 of the revised statutes of Ohio.

SECTION 1. *Be it enacted by the General Assembly of the State of Ohio,* That section fifty hundred and eighteen of the revised statutes of Ohio be so amended as to read as follows:

When plaintiff in execution or attachment may be substituted for officer. Section 5018. In an action against an officer for the recovery of property taken under an execution, or attachment, the court may, upon application of the defendant, or of the party in whose favor the execution, or attachment, issued, permit the latter to be substituted as the defendant in such action, security for costs having been given, or the court may order such substitution to be made on application of the officer.

SEC. 2. This act to take effect and be in force from and after its passage.

O. J. HODGE,
*Speaker of the House of Representatives.*
R. G. RICHARDS,
*President of the Senate.*

Passed April 16, 1883.