# Exhibit 26

# ACTS

OF THE

# STATE OF TENNESSEE,

PASSED BY THE

## FORTY-THIRD GENERAL ASSEMBLY,

### 1883.

PUBLISHED BY AUTHORITY.

NASHVILLE:
ALBERT B. TAVEL, PRINTER TO THE STATE.
1883.

( 17 )

SEC. 3. *Be it further enacted,* That this Act take effect from and after its passage, the public welfare requiring it.

Passed February 23, 1883.

B. F. ALEXANDER,<br>
*Speaker of the Senate.*<br>
W. L. LEDGERWOOD,<br>
*Speaker of the House of Representatives.*

Approved February 27, 1883.

WM. B. BATE,<br>
*Governor.*

---

## CHAPTER XIII.

A BILL to be entitled An Act to prevent the sale, loan or gift of pistol cartridges in this State.

*Be it enacted by the General Assembly of the State of Tennessee,* That it shall be unlawful for any person or persons to buy or sell or give away any pistol cartridges in this State. <span style="float:right">Pistol cartridges unlawful.</span>

*Be it further enacted,* That any person or persons violating this Act, shall be guilty of a misdemeanor, and on conviction thereof shall be fined not less than twenty-five or more than one hundred dollars. <span style="float:right">Penalty.</span>

*Be it further enacted,* That this Act shall be given in charge by the judges of the Circuit and Criminal Courts of this State, to the grand juries at each term of the Court, and that the grand juries are hereby clothed with inquisitorial powers to send for witnesses, and prefer presentments against any persons guilty of a violation of this Act; *provided, however,* that nothing in this Act shall be construed to interfere with the sale of cartridges for rifle guns or shot guns, or cartridges for army or navy pistols. <span style="float:right">Grand juries have inquisitorial powers.</span>

Passed February 24, 1883

B. F. ALEXANDER,<br>
*Speaker of the Senate.*<br>
W. L. LEDGERWOOD,<br>
*Speaker of the House of Representatives.*

Approved March 3, 1883.

WM. B. BATE,<br>
*Governor.*

2