# Exhibit 29

# ACTS

AND

# JOINT RESOLUTIONS

OF THE

# GENERAL ASSEMBLY

OF THE

## STATE OF SOUTH CAROLINA,

PASSED AT THE

### REGULAR SESSION OF 1890.

PRINTED BY ORDER OF THE GENERAL ASSEMBLY, AND DESIGNED TO FORM A PART
OF THE TWENTIETH VOLUME OF THE STATUTES AT LARGE,
COMMENCING WITH THE ACTS OF THE
REGULAR SESSION OF 1888.

COLUMBIA, S. C.
JAMES H. WOODROW, STATE PRINTER.
1891.

penalties in an action or actions, which the Treasurers are hereby authorized to bring, in any Court of competent jurisdiction.  A. D. 1890.

Approved December 23d, A. D. 1890.

---

AN ACT TO PROVIDE FOR A LICENSE FOR THE SALE OF PISTOLS OR PISTOL CARTRIDGES WITHIN THE LIMITS OF THIS STATE.   No. 438.

SECTION 1. *Be it enacted* by the Senate and House of Representatives of the State of South Carolina, now met and sitting in General Assembly, and by the authority of the same, That hereafter no person or corporation within the limits of this State shall sell or offer for sale any pistol or pistol cartridge without first obtaining a license from the County in which such person or corporation is doing business so to do.  *License to be obtained.*

SEC. 2. That the County Commissioners of the several Counties of the State be, and they are hereby, authorized to issue licenses in their respective Counties for the sale of pistols and pistol cartridges upon the payment to County Treasurer by the person or corporation so applying for said license of the sum of two hundred dollars, annually.  *County Commissioners to issue licenses. License fee.*

SEC. 3. That any person that shall sell or offer for sale any pistol or pistol cartridge without having obtained the license provided for in this Act shall be deemed guilty of a misdemeanor, and on conviction shall be punished by a fine not exceeding five hundred dollars or be imprisoned not exceeding one year, or both, at the discretion of the Court.  *Penalties.*

SEC. 4. That this Act shall not take effect until the expiration of six months after its approval.  *When to take effect.*

Approved December 23d, A. D. 1890.

---

AN ACT TO AMEND SECTION 5 OF AN ACT ENTITLED "AN ACT TO PROVIDE FOR THE FORMATION OF CERTAIN CORPORATIONS UNDER GENERAL LAWS."   No. 439.

SECTION 1. *Be it enacted* by the Senate and House of Representatives of the State of South Carolina, now met and sitting in General Assembly, and by the authority of the same, That

A. D. 1890.

A. A. 1886, § 5, 19 Stat., 542, amended.
See ante 46.

As to monthly installment companies.

Section 5 of an Act entitled "An Act to provide for the formation of certain corporations under general laws" be, and the same is hereby, amended by adding at the foot of said Section the following words: *Provided*, That in cases of Building and Loan Associations and other like corporations, when by the terms of the declaration the capital stock is to be paid in in installments, the certificate herein provided for may be issued when 50 per cent. of the first installment of such capital stock shall have been paid in and the provisions of this Act in other respects complied with, and the certificate so issued may make such provision for the winding up of such corporation as is embodied in such written declaration. So that said Section, when so amended, shall read as follows:

Section as amended.
When corporations may organize.

SECTION 5. Upon the completion of the organization of the company, and the payment to the Treasurer of the company, or some officer designated for that purpose, in cash, of at least twenty per cent. of the capital subscribed, payable in money, and the payment of the remainder of the capital stock so subscribed for payable in money being secured, to be paid in such installments and at such times as may be provided in the written declaration required by Section 1, and also the delivery to such officer or officers at least .twenty per cent. of the property so subscribed to the capital stock, with security for the delivery of the remainder of said property so subscribed to the capital as may be promised in said declaration required by Section 1, the Board of Corporators shall, in writing, over their signatures, certify the same to the Secretary of State, who shall issue

Certificate to and by Secretary of State.

to the company a certificate that they have been fully organized according to the laws of South Carolina, under the name and for the purpose indicated in their written declaration, and that they are fully authorized to commence business under their

Certificate to be recorded.

charter, a copy of which certificate shall be recorded in the office of the Register of Mesne Conveyance for each County

Proviso as to monthly installment companies.

where such company shall have a business office: *Provided*, That in cases of Building and Loan Associations and other like corporations, when by the terms of the declaration the capital stock is to be paid in in installments, the certificate herein provided for may be issued when 50 per cent. of the first installment of such capital stock shall have been paid in and the provisions of this Act in other respects complied with, and the certificate so issued may make such provisions for the winding up of such corporation as is embodied in such written declaration.

That in all charters heretofore or hereafter granted under this Act, no irregularity in complying with the provisions of this Act shall be held to vitiate said incorporation until a direct proceeding to set aside and annul said corporation is instituted by the proper authorities of the State, and all acts done, and contracts entered into, shall have the same force and effect as if said irregularity had not existed. <span style="float:right">A. D. 1890.<br>Irregularities not to vitiate.<br>Except under proceedings by the State.<br>Acts and contracts.</span>

Approved December 23d, A. D. 1890.

---

AN ACT TO MAKE APPROPRIATIONS FOR THE PAYMENT OF THE PER DIEM, MILEAGE AND STATIONERY CERTIFICATES OF THE MEMBERS OF THE GENERAL ASSEMBLY, THE SALARIES OF THE SUBORDINATE OFFICERS AND EMPLOYEES THEREOF, AND FOR OTHER PURPOSES HEREIN NAMED.  No. 440.

SECTION 1. *Be it enacted* by the Senate and House of Representatives of the State of South Carolina, now met and sitting in General Assembly, and by the authority of the same, That the following sums, if so much be necessary, be, and the same are hereby, appropriated to meet the expenses of the General Assembly at its regular session beginning on the twenty-fifth day of November, 1890, to the close of the session, and for other purposes herein named, as is more specifically indicated in the several succeeding Sections of this Act, that is to say: *General appropriation clause.*

### SENATE.

SEC. 2. That the following sums, if so much be necessary, be, and the same are hereby, appropriated to pay the expenses of the Senate from the twenty-fifth day of November, 1890, inclusive, to the close of the session, as follows: *Senate expenses.*

For the per diem, mileage and stationery certificates of the members of the Senate and the presiding officer thereof, if so much be necessary, six thousand six hundred and seventy-four dollars; for the pay of Sampson Pope, Clerk of the Senate, one thousand dollars; for the pay of Robert M. McCowan, Assistant Clerk of the Senate, two hundred and fifty dollars; for the pay of J. Y. Jones, Journal Clerk of the Senate, one hundred and fifty dollars, and four dollars per day for the number of days he *President and members. Clerk and Assistants. Journal Clerk.*