# Exhibit 30

# ACTS

AND

# JOINT RESOLUTIONS

OF THE

# General Assembly

OF THE

## STATE OF SOUTH CAROLINA,

PASSED AT THE

## REGULAR SESSION OF 1891.

PRINTED BY ORDER OF THE GENERAL ASSEMBLY, AND DESIGNED TO FORM
A PART OF THE TWENTIETH VOLUME OF THE STATUTES AT
LARGE, COMMENCING WITH THE ACTS OF THE
REGULAR SESSION OF 1888.

COLUMBIA, S. C.
JAMES H. WOODROW, STATE PRINTER.

1892.

SEC. 2. That all Acts and parts of Acts inconsistent with this Act be, and are hereby, repealed. <small>A. D. 1891. Repealing clause.</small>

Approved December 24th, A. D. 1891.

---

AN ACT TO DEVOLVE UPON THE FISH COMMISSIONER THE EXECUTION OF ALL THE EXISTING FISH LAWS OF THIS STATE. <small>No. 702.</small>

SECTION 1. *Be it enacted* by the Senate and House of Representatives of the State of South Carolina, now met and sitting in General Assembly, and by the authority of the same, That after the approval of this Act the Fish Commissioner shall be authorized and required to have all the laws of this State relating to fish property enforced and executed. <small>Duties of Fish Com'r.</small>

SEC. 2. That all Acts or parts of Acts inconsistent with this Act be, and are hereby, repealed. <small>Repealing clause.</small>

Approved December 24th, A. D. 1891.

---

AN ACT TO AMEND AN ACT ENTITLED "AN ACT TO PROVIDE FOR A LICENSE FOR THE SALE OF PISTOLS OR PISTOL CARTRIDGES WITHIN THE LIMITS OF THIS STATE," BY INSERTING RIFLE CARTRIDGES AND METAL KNUCKLES, AND TO LIMIT THE CALIBRE PROHIBITED. <small>No. 703.</small>

SECTION 1. *Be it enacted* by the Senate and House of Representatives of the State of South Carolina, now met and sitting in General Assembly, and by the authority of the same, That Section 1 of an Act entitled "An Act to provide for a license for the sale of pistols or pistol cartridges within the limits of this State," approved December 23rd, A. D. 1890, be, and the same is hereby, amended so that the said Section when amended shall read as follows: <small>A. A. 1890, ante 653, amended.</small>

SECTION 1. That hereafter no person or corporation within the limits of this State shall sell or offer for sale any pistol, rifle cartridge or pistol cartridge less than 45 calibre, or metal <small>Section 1 as amended. License required.</small>

A. D. 1891.  knuckles, without first obtaining a license from the County in which such person or corporation is doing business so to do.

Section 2 amended.  SEC. 2. That Section 2 of said Act be, and the same is hereby, amended so that said Section 2 as amended shall read as follows:

Section 2 as amended.  SECTION 2. That the County Commissioners of the several Counties of this State be, and they are hereby, authorized to

County Com'rs to issue licenses.  issue licenses in their respective Counties for the sale of pistols and pistol and rifle cartridges of less than 45 calibre, and metal knuckles, upon the payment to the County Treasurer by the

Fee.  person or corporation so applying for said license of the sum of two hundred dollars annually.

Section 3 amended.  SEC. 3. That Section 3 of said Act be, and is hereby, amended so that as amended said Section 3 shall read as follows:

Section 3 as amended.  SECTION 3. That any person who shall sell or offer for sale any pistol, or pistol or rifle cartridge of less than 45 calibre, or

Sale without license a misdemeanor.  metal knuckles, without having obtained the license provided for in this Act shall be deemed guilty of a misdemeanor, and

Punishment.  on conviction shall be punished by a fine not exceeding five hundred dollars or be imprisoned not exceeding one year, or both, at the discretion of the Court.

Approved December 24th, A. D. 1891.

---

No. 704.  AN ACT TO ESTABLISH A NORMAL AND INDUSTRIAL COLLEGE IN THE STATE OF SOUTH CAROLINA FOR THE EDUCATION OF WHITE GIRLS.

SECTION 1. *Be it enacted* by the Senate and House of Representatives of the State of South Carolina, now met and sitting in General Assembly, and by the authority of the same, That

Institution established.  there shall be established an institution for the practical training and higher education of white girls, as a branch of the State

Name.  University. which shall be known as "The South Carolina Industrial and Winthrop Normal College," and shall be located, equipped and conducted as hereinafter provided.

Board of Trustees.  SEC. 2. That the institution shall be managed by a Board of Trustees, composed of the Governor of the State and the State Superintendent of Education and the Chairman of the Committees on Education of the Senate and House of Representatives,