# Exhibit 31

# ACTS AND RESOLUTIONS

OF THE

# GENERAL ASSEMBLY

OF THE

# STATE OF GEORGIA.

1893.

COMPILED AND PUBLISHED BY AUTHORITY.

ATLANTA, GA.:

GEO. W. HARRISON, STATE PRINTER.

( Franklin Publishing House.)

1894.

# TREASURER'S REPORT.

514 TREASURER'S REPORT.

# EXHIBIT

*Showing the Receipts and Disbursements at the Treasury of*

Balance in Treasury as per Report for year ending September 30th, 1892.....$    748,051 63

## RECEIPTS.

| | |
|---|---|
| From Auctioneers Tax, 1892............................................................ $ | 429 00 |
| From Auctioneers Tax, 1893............................................................ | 697 50 |
| From Artist Tax, 1892.................................................................... | 451 20 |
| From Artist Tax, 1893.................................................................... | 901 90 |
| From Billiard Tax, 1892................................................................. | 1,759 00 |
| From Billiard Tax, 1893................................................................. | 5,401 00 |
| From Brewing Companies Tax, 1892................................................ | 540 00 |
| From Brewing Companies Tax, 1893................................................ | 1,890 00 |
| From Costs on *fi. fas.*................................................................... | 13 50 |
| From Claim Against Citizens Bank.................................................. | 16,953 03 |
| From Dividends on Stocks............................................................. | 2,871 00 |
| From Damages to State's Property Paid by City of Chattanooga....... | 925 00 |
| From Dealers in Futures, 1893....................................................... | 2,900 00 |
| From Dealers in Cold Storage, 1893............................................... | 1,811 66 |
| From Express Companies Tax, 1892............................................... | 1,920 67 |
| From Express Companies Tax, 1893............................................... | 1,805 30 |
| From General Tax, 1891................................................................. | 81,270 07 |
| From General Tax, 1892................................................................. | 1,926,954 69 |
| From Hire of Convicts................................................................... | 25,000 00 |
| From Insolvent Taxes.................................................................... | 7,308 48 |
| From Insurance Fees, 1892............................................................ | 296 00 |
| From Insurance Fees, 1893............................................................ | 8,800 00 |
| From Insurance Agents, 1892........................................................ | 1,040 00 |
| From Insurance Agents, 1893........................................................ | 7,780 00 |
| From Insurance Companies Tax, 1893............................................ | 48,772 62 |
| From Interest on *fi. fas.*............................................................... | 1,300 47 |
| From Insolvent Cost Clerk Superior Court..................................... | 222 50 |
| From Inspection of Fertilizer Fees................................................. | 14,538 05 |
| From Liquor Tax, 1892.................................................................. | 9,598 17 |
| From Liquor Tax, 1893.................................................................. | 102,361 67 |
| From Lease of Oyster Lands.......................................................... | 459 00 |
| From Moneys Refunded................................................................. | 15 00 |
| From Office Fees.......................................................................... | 1,677 46 |
| From Oil Inspectors Fees, 1892..................................................... | 3,976 30 |
| From Oil Inspectors Fees, 1893..................................................... | 11,508 00 |
| From Pistol Dealers Tax, 1892....................................................... | 620 00 |
| From Pistol Dealers Tax, 1893....................................................... | 3,510 00 |
| From Penalties Against Collectors................................................. | 22 49 |
| From Railroad Tax, 1891............................................................... | 6,570 62 |
| From Railroad Tax, 1892............................................................... | 145,666 43 |
| From Rent Western & Atlantic Railroad......................................... | 385,011 00 |
| From Rent Public Property............................................................. | 71 25 |
| From Special Nostrum Taxes, 1891................................................ | 25 50 |
| From Special Nostrum Taxes, 1892................................................ | 655 30 |
| From Special Nostrum Taxes, 1893................................................ | 799 50 |
| From Show Tax, 1892.................................................................... | 3,445 00 |
| From Show Tax, 1893.................................................................... | 334 20 |
| From Sale Supreme Court Reports.................................................. | 2,185 00 |
| From Sale of Laws........................................................................ | 178 35 |
| From Sewing Machine Companies Tax, 1893................................. | 1,400 00 |
| From Surplus Sale Wild Lands...................................................... | 325 98 |
| From Tax Specialists, 1892............................................................ | 63 00 |
| From Tax Specialists, 1893............................................................ | 81 00 |
| From Tax on Games, 1892............................................................. | 382 50 |
| From Tax on Games, 1893............................................................. | 427 50 |
| From Tax Pawnbrokers, 1892........................................................ | 90 00 |
| From Tax Pawnbrokers, 1893........................................................ | 630 00 |
| From Tax Mercantile Agencies, 1892............................................ | 45 00 |
| From Tax Mercantile Agencies, 1893............................................ | 450 00 |
| From Tax Lightning Rod Dealers, 1891......................................... | 62 50 |
| From Tax Lightning Rod Dealers, 1892......................................... | 182 00 |
| From Tax Lightning Rod Dealers, 1893......................................... | 225 00 |
| From Tax Sewing Machine Agents, 1892....................................... | 45 00 |
| From Tax Sewing Machine Agents, 1893....................................... | 1,095 00 |
| From Tax Clock Peddlers, 1892..................................................... | 180 00 |
| From Tax Clock Peddlers, 1893..................................................... | 229 00 |
| From Tax Telephone Companies, 1892.......................................... | 1,761 00 |
| From Tax Telephone Companies, 1893.......................................... | 1,791 50 |
| From Tax Telegraph Companies, 1892........................................... | 1,812 77 |
| From Tax Telegraph Companies, 1893........................................... | 1,266 29 |
| From Tax Sleeping Car Companies, 1892...................................... | 200 57 |
| From Wild Land Tax..................................................................... | 47 76—$ 2,855,974 24 |

$ 3,604,025 87

Treasurer's Report. 515

No. 1.

*Georgia for Report Year Ending September 30th, 1893.*

## DISBURSEMENTS.

| | |
|---|---:|
| On account of Academy Blind, 1892 | 4,000 00 |
| On account of Academy Blind, 1893 | 12,000 00 |
| On account of Agricultural Department, 1892 | 2,500 00 |
| On account of Agricultural Department, 1893 | 5,000 00 |
| On account of Civil Establishment, 1892 | 60,183 86 |
| On account of Civil Establishment, 1893 | 57,900 00 |
| On account of Contingent Fund, 1892 | 10,459 57 |
| On account of Contingent Fund, 1893 | 6,207 11 |
| On account of Contingent Fund Railroad Commissioners, 1892 | 200 00 |
| On account of Contingent Fund Railroad Commissioners, 1893 | 600 00 |
| On account of Contingent Fund Supreme Court, 1892 | 823 69 |
| On account of Contingent Fund Supreme Court, 1893 | 845 85 |
| On account of Clerk Supreme Court Cost | 950 00 |
| On account of Chemicals, etc., State Chemist | 1,000 00 |
| On account of Deaf and Dumb Institute, 1892 | 4,250 00 |
| On account of Deaf and Dumb Institute, 1893 | 14,250 00 |
| On account of Direct Tax Refunded | 6,000 00 |
| On account of Experimental Station | 2,680 47 |
| On account of Geological Survey | 6,650 58 |
| On account of Insurance Public Buildings, 1892 | 4,022 35 |
| On account of Insurance Public Buildings, 1893 | 3,067 72 |
| On account of Lunatic Asylum, 1892 | 47,499 99 |
| On account of Lunatic Asylum, 1893 | 150,000 03 |
| On account of Lunatic Asylum Trustees | 1,938 24 |
| On account of Library Fund | 1,794 36 |
| On account of Lessees W. & A. R. R. Claims | 99,044 04 |
| On account of Land Scrip Fund, 1893 | 6,314 14 |
| On account of Military Fund, 1892 | 5,149 53 |
| On account of Military Fund, 1893 | 14,851 86 |
| On account of Maimed Confederate Soldiers, 1893 | 185,000 00 |
| On account of Normal School Visitors Expenses | 107 19 |
| On account of Overpaid Taxes Refunded | 25,338 72 |
| On account of Penitentiary Fund (general account) | 2,382 42 |
| On account of Penitentiary Fund (special account), 1892 | 445 73 |
| On account of Penitentiary Fund (special account), 1893 | 653 49 |
| On account of Printing Fund, 1892 | 894 53 |
| On account of Printing Fund, 1893 | 10,356 12 |
| On account of Printing Fund Railroad Commissioners, 1892 | 364 00 |
| On account of Printing Fund Railroad Commissioners, 1893 | 402 09 |
| On account of Public Debt | 280,230 00 |
| On account of Public Building (repairs, etc.), 1892 | 4,435 41 |
| On account of Public Building (repairs, etc.), 1893 | 14,363 89 |
| On account of Solicitors-General | 3,645 00 |
| On account of School Fund, 1892 | 947,001 71 |
| On account of School Fund, 1893 | 4,005 72 |
| On account of School Fund, 1894 | 1,191 65 |
| On account of Salary of Chemist | 4,999 92 |
| On account of Special Appropriations | 113,957 10 |
| On account of Supreme Court Reports | 6,060 00 |
| On account of Trustees State University, 1892 | 102 23 |
| On account of Trustees State University, 1893 | 460 12 |
| On account of University of Georgia, 1893 | 8,000 00 |
| On account of University for Colored People, 1892 | 2,000 00 |
| On account of University for Colored People, 1893 | 4,000 00 |
| On account of Widows of Confederate Soldiers, 1892 | 3,000 00 |
| On account of Widows of Confederate Soldiers, 1893 | 243,600 00 |
| On account of Legislative Pay Roll Session, 1892 | 65,567 99—$ 2,464,188 42 |
| On balance in Treasury October 1st, 1893 | 1,139,837 45 |

$ 3,604,025 87