# Exhibit 32

# A C T S

AND

# JOINT RESOLUTIONS

PASSED BY THE

# GENERAL ASSEMBLY

OF THE

# STATE OF VIRGINIA,

DURING THE

## SESSION OF 1895-'96.

RICHMOND:

J. H. O'BANNON, SUPERINTENDENT OF PUBLIC PRINTING.

1895.

ing each district with the funds collected therein from such levy (or placed to the credit of same collected from said railroad), from fines and from all other sources, and charging the same, with his commissions for collecting such road tax (which shall be the sar.. as for collecting other county levies), and with moneys paid out as hereinafter provided upon orders of the county court.

2. This act shall be in force from its passage.

---

CHAP. 771.—An ACT to authorize the board of school trustees for Newport school district, of Warwick county, to use the district school fund to pay teachers for the session of 1895-'96, or so much thereof as may be necessary.

Approved March 4, 1896.

1. Be it enacted by the general assembly of Virginia, That the board of school trustees for Newport school district, of Warwick county, be, and are hereby, authorized to use the district school fund to pay teachers in said district for the session of eighteen hundred and ninety-five and ninety-six, or so much thereof as may be necessary for that purpose.

2. This act shall be in force from its passage.

---

CHAP. 772.—An ACT to impose a special license on dealers in pistols and pistol-cartridges in the counties of Accomac and Northampton.

Approved March 4, 1896.

1. Be it enacted by the general assembly of Virginia, That nothing in the revenue laws of Virginia relative to merchants or merchants' license shall be henceforth deemed or construed to authorize any person or mercantile firm to engage in the business of selling pistol or pistol-cartridges in the counties of Accomac or Northampton without having first applied for and obtained, in the same manner as prescribed by the laws of the state for obtaining merchants' license, a special license as hereinafter provided, to be designated as special pistol and pistol-cartridge dealer's license.

2. No merchant or mercantile firm shall henceforth engage in or sell pistols or pistol-cartridges in the counties of Accomac and Northampton without having first procured a special license therefor, to be designated a special pistol and pistol-cartridge dealer's license.

3. Every person, merchant or mercantile firm engaged in the business of selling pistols or pistol-cartridges, or who may hereafter engage in said business in said counties, shall pay for the privilege of transacting said business in said counties a special license tax in

107

the sum of ten dollars per annum, to be assessed and collected in the mode prescribed by law, and no such license shall be issued for any period less than one year, nor shall there be any abatement in any instance of the tax upon such license by reason of the fact that the person or persons so licensed shall have exercised such licensed calling for a period of less than one year.   Any person selling pistols or pistol-cartridges in the said counties of Accomac and Northampton contrary to the provisions hereof, or who shall in any manner violate the same, shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be fined not less than five dollars nor more than twenty-five dollars for each offence.

4. All acts and parts of acts inconsistent with the provisions hereof are hereby repealed in so far as they apply to said counties.

5. This act shall be in force from and after the first day of August, eighteen hundred and ninety-six.

---

CHAP. 773.—An ACT to amend and re-enact an act  entitled an act to amend and re-enact section 605 of the code, entitled treasurers to return lists of uncollected taxes and delinquents, approved January 23, 1896.

Approved March 4, 1896.

1. Be it enacted by the general assembly of Virginia, That an act entitled an act to amend and re-enact section six hundred and five of the code of Virginia, eighteen hundred and eighty-seven, entitled treasurers to return lists of uncollected taxes and delinquents, approved January twenty-third, eighteen hundred and ninety-six, be amended and re-enacted so as to read as follows:

§ 605. Treasurers to return lists of uncollectible taxes and delinquents.—The treasurer, after ascertaining which of the taxes and levies assessed in his county or city cannot be collected, shall, not later than the first day of July in each year, make out lists of three classes—to-wit: First, a list of property on the commissioner's land-book improperly placed thereon or not ascertainable, with the amount of taxes and levies charged on such property; secondly, a list of other real estate which is delinquent for the non-payment of the taxes and levies thereon; and thirdly, a list of such of the taxes and levies so assessed other than on real estate as he is unable to collect, except that in the counties of Accomac and Northampton it shall be lawful for the treasurers of said counties to make such lists at any time prior to the first day of December of any year.

2. This act shall be in force from its passage.