# Exhibit 33

<table>
<tr><td>Slaves not to sell Indian Corn or Fruit.</td><td>the Mayor, Recorder, or any one of the Aldermen of the same City, either by the View of the said Mayor, Recorder and Aldermen, or any one of them, or by the Oath or Affirmation of any one or more credible Witness or Witnesses, of selling, carrying about, or exposing to Sale, in any House, Out-House or Yard, or in any Street, Lane, Alley, or any other Place within this City, or the Limits or Jurisdiction thereof, any boiled or unboiled Corn, Pears, Peaches, Apples or any other Kind of Fruit whatsoever, shall, for every such Offence, be publickly whipped at the publick Whipping-Post, or House of Correction of this City, at the Discretion of the Mayor, Recorder and Aldermen of the said City for the Time being, or any one of them, by whom such Negro, Indian or Mulatto Slave, shall be convicted;</td></tr>
<tr><td>Penalty.</td><td>unless the Master, Mistress or Owner of such Negro, Indian or Mulatto Slave, shall pay to the Person or Officer informing of such Offence, the Sum of *Six Shillings,* current Money of this Colony, with Costs of Prosecution; one Half thereof to the Informer, and the other Half thereof to the Church-Wardens of this City, for the Use of the Poor thereof.</td></tr>
</table>

Numb. 8.  *A LAW for regulating of Carts and Cart-Men.*

None to drive Carts &c. without Licence.

WHEREAS the Mayor of the City of *New-York* for the Time being, hath an undoubted Right, by his Majesty's Royal CHARTER to this City, to appoint and licence, and also to remove and displace such and so many Persons to be Cart-Men in the same, as he shall think fit; and as it is highly requisite that all Persons by him so licenced and appointed, ought to be under proper Regulations; For which Purpose,—

Size of Carts.

BE it Ordained by the Mayor, Aldermen and Commonalty of the City of New-York, *convened in Common Council, and it is hereby Ordained by the Authority of the same,* That no Person or Persons whatsoever, do presume to drive any Cart, Truck, or other Carriage for the Carrying any Goods, Wares, Merchandizes, Fire-Wood, or other Things whatsoever, for Hire or Wages, but who shall be so appointed and licenced by the said Mayor, under the Penalty of *Twenty Shillings;* one Half thereof to the Informer, and the other Half to the Church-Wardens of this City, for the Use of the Poor thereof.

No Carts to be drove in the Night.

II. AND *be it further Ordained by the Authority aforesaid,* That each Cart or Sled employed for the Carrying of any Goods, Merchandize, Fire-Wood, or other Things, within this City, shall be *two* Feet *eight* Inches wide, and the Rungs thereof, *three* Feet high, and none to be under that Size, under the Penalty of *Six Shillings*; to be paid by the Owner of such Cart or Sled under Size, to such Person or Persons as shall sue for, and prosecute the same to Effect.

III. *AND*

LLMC DIGITAL

III. AND *be it further Ordained by the Authority aforesaid,* That no Cart-Man presume to ride or drive his Cart within this City, above an Hour after Sun-set, nor above an Hour before Sun-rise, without special Licence from the Mayor; or in his Absence, of the Recorder, or any one of the Aldermen, under the Penalty of *Twenty Shillings*; one Half to the Informer, and the other Half to the Church-Wardens of this City, for the Use of the Poor thereof. *[No Carts to be drove in the Night.]*

IV. AND *be it further Ordained by the Authority aforesaid,* That no Cart-Man, Dray-Man, or Water-Carrier, do sit in and drive his Cart, Dray, or Carriage, in any of the Streets within this City; (except only such antient Cart-Men and others who are disabled by old Age, Sickness, Lameness, or other Infirmities, and not able to walk by, and drive their Carts on Foot; as the Mayor of the said City for the Time being, shall think fit to licence under his Hand) nor drive his Horse in his Cart, Dray, or Carriage, a Trot, Pace, or Gallop, but walk patiently, under the Penalty of *Six Shillings*; one Half to the Informer, and the other Half to the Church-Wardens of this City, for the Use of the Poor thereof. *[None to ride in their Carts.]*

V. AND *be it further Ordained by the Authority aforesaid,* That every Cart-Man that driveth a Cart for Hire or Wages within this City, shall have the Number of his Licence fairly painted upon each Side of his Cart, with *red* Paint, easily to be seen, on the After-part of the Shaft, upon the Square thereof; under the Penalty of *Three Shillings*; to the Use of any Person that shall inform against such Offender or Offenders. *[Carts to be Numbered.]*

VI. AND *be it further Ordained by the Authority aforesaid,* That no Boys, or Negroes, do drive any Cart for Hire or Wages within this City, under the Penalty of *Three Shillings* for every Offence, for the Use of any Person who shall prosecute for the same; to be paid by the Owner of such Horse and Cart; unless such Boy or Negro have a Licence from the Mayor for so doing. *[No Boys or Negroes to drive Carts for Hire.]*

VII. AND *be it further Ordained by the Authority aforesaid,* That no Cart-Man within this City, shall let out his Cart to Hire, or on Shares, but drive it himself, without special Licence for so doing, from the Mayor, under the Penalty of *Three Shillings* for every Day such Cart shall be let out; to be paid by the Person driving such Cart, to any Person who shall give Information thereof, and sue for the same. *[Cart-Men to drive their own Carts.]*

VIII. AND *be it further Ordained by the Authority aforesaid,* That if any Cart-Man shall neglect or refuse to ride and employ his Horse and Cart for any Person when required (when he and his Horse and Cart are no otherwise employed) such Cart-Man shall, for every such Offence, forfeit and pay the Sum of *Six Shillings*, current Money of *New-York*, to the Party grieved, with such Costs and Charges as shall accrue in the Recovery thereof. *[Cart-Men to ride when required.]*

**Cart-Men to leave all Employments to cart Goods subject to Damage.**

IX. *AND be it further Ordained by the Authority aforesaid*, That all the Cart-Men of this City shall, and hereby are obliged and required, to leave all Employments, to attend the Riding and Carting of Wheat, Flour, or any other Merchandize subject to Damage, under the Penalty of *Twenty Shillings* for each Default; one Half to the Informer, and the other Half to the Church-Wardens of this City, for the Use of the Poor thereof.

**Cart-Men not to engross Firewood.**

X. *AND be it further Ordained by the Authority aforesaid*, That no Cart-Man within this City, do engross or buy any Fire-Wood or Hay within the same, to sell again, under the Penalty of *Forty Shillings* for each Offence; the one Half to the Informer, and the other Half to the Church Wardens of this City, for the Use of the Poor thereof.

**Cart-Men to ride good Loads.**

**But not more than one Pipe or Hogshead at one Time.**

XI. *AND be it further Ordained by the Authority aforesaid*, That the said Cart-men shall carry good and sufficient Loads (*that is to say*) as much as can be conveniently stowed on their Carts, and is reasonable for a Horse to draw, under the Penalty of *Three Shillings*, to be recovered by any Person who shall give Information thereof, and sue for the same: And that no Cart-man do presume to load or carry in his Cart, at one Time, more than one Hogshead of Rum, or one Hogshead of Melasses, one Hogshead of Sugar, one Pipe of Wine, or Hogshead or Pipe, of any other Liquors; and that no greater Quantity of Liquors shall be loaded or carried in a Cart at one Time, in smaller Cask, than what will contain One hundred and Forty Gallons, under the Penalty of *Six Shillings*; one Half thereof to the Informer, and the other Half thereof to the Church Wardens of this City, for the Use of the Poor thereof.

**Rates for carting.**

XII. *AND be it further Ordained by the Authority aforesaid*, That the Prices and Rates to be taken by Cart-Men for the Carriage of Firewood, Goods, Wares and Merchandizes, and other Things within this City, be according to the Rates and Prices hereafter mentioned, without any Exactions, *viz.*

For loading, carting, and unloading every common Load, to any Place within this City, not exceeding half a Mile, *Nine Coppers*.

For every Load of Lime, Bricks, Pantiles, Staves, Heading, Hoops, Hoop-Poles, Cacoa, Bar Iron, Pimenta, Slate, and all Kinds of Dye Wood, Flax Seed, every seven Barrels of Flour, every four Tierces of Bread, for two Tierces of Rice, for two Bales of Cotton, every fifteen Bushels of Salt, every Load of Cheese, or Gammons, every Load of Sails, every Load of white Sand; For every Load of Beef, Pork, Pitch, Tar, Turpentine, Oyl, Beer, Cider, or other Goods or Things in tight Barrels, allowing four Barrels to each Load, *Nine Pence*; and if housed *One Penny* per Barrel more.

For every Load of *European* Goods imported, Wheat, Meal and Flour in Bags, twelve Bags to the Load, *Nine Pence*.

For loading, carting, and unloading every common Load, to any Place above the Distance of half a Mile, and not exceeding a Mile, *One Shilling*.

For every Load of Iron Pots, or Kettles, for a Hogshead of Ale, a Tierce of Lime Juice, a Load of paving Sand, containing twelve Bushels, every Load of

of Hay in Truffes or Bundles, every Load of Household Goods, and every Load of Calves, Sheep or Lambs, *One Shilling.*

For every Load of loose Shingles, every Load of building Sand, containing twelve Bushels to the Load, *One Shilling and Three Pence.*

For every Load of loose Earthen Ware, every Load of Coal of half a Chaldron, every Load of loose dry'd Fish, every Load of Hemp or Flax, loose or in Bundles, to any Place to the southward of the Alms House, *One Shilling and Six Pence.*

For every Bale of Hemp, within the same Distance, *Two Shillings,* and for every Load of Oyster Shells, *Two Shillings.*

For loading, carting, unloading and housing the Goods hereafter mentioned, viz.

For every Hogshead of Rum, or other strong Liquors, exceeding ninety Gallons, and for every Hogshead of Melasses, exceeding ninety Gallons, for each *Two Shillings.*

For every Pipe of Wine, or other strong Liquors, *Two Shillings.*

For every Tierce of Melasses, Rum, or other strong Liquors from sixty to ninety Gallons, *One Shilling and Six Pence.*

For every Cask of Melasses, Rum or other strong Liquor, exceeding forty Gallons and under sixty, *One Shilling.*

For every Hogshead of Sugar of twelve hundred Weight and upwards, *Two Shilling and Three Pence.*

For every Hogshead of Sugar from nine hundred Weight and under twelve, *Two Shillings.*

For every Cask of Sugar from Six hundred weight and under Nine hundred, *One Shilling and Six Pence.*

For every Load of Sugar in smaller Cask, *One Shilling.*

For every Hogshead of Tobacco of Six hundred weight and upwards, *One Shilling and Six Pence.*

For every Load of Flax Seed in Casks, *One Shilling.*

For every Cable, whole Shot, of five Inches Circumference, to seven Inches, *Four Shillings.*

For every Cable, half Shot, of like Dimensions, *Two Shillings, and Six Pence.*

For every Cable, whole Shot, upwards of Seven Inches Circumference to ten Inches, *Six Shilling.*

For every Cable, half Shot, of like Dimensions, *Three Shillings and Six Pence.*

For every Cable, whole Shot, upwards of ten Inches Circumference, *Ten Shillings:*

For every Cable, half Shot, of like Dimensions, *Five Shillings and Six Pence.*

For every Load of Cordage of lesser Size, *One Shilling.*

For every Load of Gun-Powder, to or from the Powder-House, not exceeding four Casks, *Two Shillings and Six Pence.* If less than four Casks, *Eighteen Pence.* If more than four Casks, *Three Shillings.*

XIII. *AND be it further Enacted and Ordained by the Authority aforesaid,* That if any Cart-man within this City shall demand, ask, take, receive, extort, or exact any greater Rate or Rates, Price or Prices, for carting any Goods, Merchandize, Firewood, or other Things, than what are above mentioned or limited, upon Conviction thereof before the Mayor, Recorder, or any one of the Aldermen of this City, such Cart-man shall be suspended from being a Cart-man by the said Mayor (if he shall think fit) and such Cart-man shall forfeit and pay the Sum of *Five Pounds,* current Money of *New-York,* one Half to the Informer, and the other Half to the Church Wardens of this City, for the Use of the Poor thereof. <span style="float:right">Penalty for Exaction.</span>

XIV. *AND*

Places for unloading Hay.

XIV. *AND be it further Ordained by the Authority aforesaid*, That no Hay be unloaded within this City, on the South Side of *Fresh Water*, but at the Places herein after mentioned, *to wit*; At *Hudson*'s River, near the House of *Christopher Blundel*, and to the Northward thereof; at the South End of the *Broad-Way*, near *White-Hall*; at the Slip commonly called *Peck*'s *Slip*, at or near *Queen*'s-*Street*; and at any Slip to the Eastward thereof; and that no Cart-Man or other Person within this City, presume to load any Hay into any Cart, Waggon, or other Carriage, or cart the same from any Boat lying at any other Place within this City, on the South Side of *Fresh Water*, under the Penalty of *Six Shillings*, for the Use of any Person who shall inform, and prosecute for the same.

Sleds under the same Regulations as Carts.

XV. *AND be it further Ordained by the Authority aforesaid*, That all licensed Cart-Men, Dray-Men, and Water-Carriers, who shall use any Sled in the Winter Season, shall be under the same Regulations, subject and liable to all the Fines, Forfeitures and Penalties that Cart-Men are subject or liable to.

No Gun Powder to be carried thro' the City, except in Leather Covers.

XVI. AND whereas the present Store-Keeper of the Magazine, with the Consent of the Corporation, for the more safe conveying of Gun-Powder to and from the said Magazine, hath provided Leather Bags, or Covers, in order to cover all Casks of Gun-Powder to and from the said Magazine: *BE it Ordained by the Authority aforesaid*, That from and after the Publication hereof, no Cart-Man, or other Person whatsoever, do presume to carry any Gun-Powder to or from the said Magazine, or through any Part of this City, but what shall be covered with Leather Bags as aforesaid, under the Penalty of *Forty Shillings* for every Offence; the one Half thereof to the Informer, and the other Half to the Church Wardens of this City, for the Time being, for the Use of the Poor thereof.

Fines how to be recovered.

XVII. *AND be it further Ordained by the same Authority*, That all and every the Fines and Forfeitures aforesaid, shall and may be sued for and recovered before the Mayor, Recorder and Aldermen of the said City, or any one of them, with Costs of Suit.

---

*A* LAW *to regulate the Office of Guagers of Liquors, Packers of Beef and Pork and Cullers of Staves, Heading and Hoops.*

So many Packers, &c. to be appointed, as the Mayor shall think fit.

*B*E it Ordained by the Mayor, Aldermen and Commonalty of the City of New-York, *convened in Common Council, and it is hereby Ordained by the Authority of the same,* That there be such and so many Guagers of Liquors, Packers of Beef and Pork, and Cullers of Staves, Heading and Hoops, within this City, as the Mayor of the said City shall think fit to appoint; and that an Oath be administred to all such

as

LLMC DIGITAL