# Exhibit 34

# ACTS

OF THE

# GENERAL ASSEMBLY

OF THE

# STATE OF NEW-JERSEY,

At a SESSION begun at PRINCETON on the 27th Day of *August* 1776, and continued by Adjournments.

TO WHICH IS PREFIXED,

THE

# CONSTITUTION

OF THE

# STATE.

BURLINGTON:
Printed by ISAAC COLLINS, M.DCC.LXXVII.

Justices to tender the Oaths of Abjuration and Allegiance to suspected Persons.

4. AND BE IT ENACTED *by the Authority aforesaid,* That any two Justices of the Peace shall, and they hereby are empowered and directed to convene by Summons or Warrant any Person whatsoever, whom they shall suspect to be dangerous or disaffected to the present Government, and to tender and administer to him the Oaths of Abjuration and Allegiance, set forth in an Act, entitled, *An Act for the Security of the Government of* New-Jersey, passed the nineteenth of *September* One Thousand Seven Hundred and Seventy-six. And if any Person, to whom the said Oath shall be tendered, shall neglect or refuse to take the same, the said Justices shall bind him over with sufficient Sureties, to appear at the next Court of General Quarter-Sessions of the Peace, and to be in the mean-while of good Behaviour; and in Default of sufficient Sureties, or on Refusal to be bound, the said Justices are hereby empowered and directed to commit such Offender to close Gaol, and certify the same, with the Cause of Commitment, under their Hands and Seals, to the next Court of General Quarter-Sessions of the Peace, where, if such Offender refuse to take the said Oaths, he shall continue bound to his good Behaviour, or be fined, or imprisoned, as the said Court shall deem necessary.

*Passed at* Princeton, October 4, 1776.

## C H A P. VI.

*An* ACT *for the Inspection of Gun-Powder.*

Preamble.

WHEREAS the vending of damaged or bad Gun-Powder within this State, especially in the Time of War, may be of the most dangerous Consequence;

No Gun-Powder to be sold without Inspection, &c.

Sect. 1. BE IT THEREFORE ENACTED *by the Council and General Assembly of this State, and it is hereby Enacted by the Authority of the same,* That any Person who, from and after the Publication of this Act, shall offer any Gun-Powder for Sale, without being previously inspected and marked as is herein after directed, shall forfeit, for every

Penalty.

such Offence, the Sum of *Five Shillings* a Pound for every Pound weight so offered for Sale, and so in Proportion for greater or lesser Quantity; to be recovered in any Court where the same may be cognizable, and applied the one Half to the Person who shall prosecute therefor, and the other Half to be paid to the Treasurer for the Use of the State.

Inspectors;

2. That *Jacob Zabriskie* of *Bergen* County, *Jonathan Sears* of *Essex, Samuel H. Sullivan* of *Middlesex, Kenneth Henkinson* and *Jacob Cook* of *Monmouth, Abraham Staats* of *Somerset, Samuel Day* and *Daniel Lindsly* of *Morris, William Perine* of *Sussex, David Cowell* of *Hunterdon, Josiah Foster* and *John Leek* of *Burlington, Joseph Hugg, John Somers* and *Thomas Clark* of *Gloucester, Curtis Trenchard* of *Salem, Enos Seeley* of *Cumberland,* and *Joseph Ludley* and *Abraham Bennet* of *Cape-May,* be, and

their Duty,

they hereby are appointed Inspectors of Gun-Powder; who are directed to pass or mark no Gun-Powder but such as is good as to its Quickness in Firing, Strength, Dryness, and other Qualities; and who, before

they

WILLIAM LIVINGSTON, Esquire, Governor.   7

they do any Thing in the Execution of their Office, shall severally take, before any Justice of the Peace for the County in which they reside, the following Oath or Affirmation, *I A B will well and truly execute the Office of Inspector of Gun-Powder for this State, according to the best of my Skill and Understanding, and agreeable to the Directions of an Act,* entitled, An Act for the Inspection of Gun-Powder. <span style="float:right">and Qualification.</span>

3. That every Inspector shall mark each Cask of Gun-Powder, by him approved, with the Letters S N I, and such other Marks as are necessary to distinguish the several Sorts of Gun-Powder. <span style="float:right">Inspector to mark.</span>

4. That every Maker of Gun-Powder shall pack his Powder in dry well-seasoned Casks, and mark every Cask in which he shall pack the same with the initial Letters of his Name. <span style="float:right">Maker to pack, &c.</span>

5. That every Inspector who shall neglect or refuse to do any of the Duties enjoined by this Act, shall forfeit for each Offence the Sum of *Five Pounds*, to be recovered and applied in like Manner and Form as the Fines and Penalties herein before-mentioned. <span style="float:right">Penalty.</span>

6. That every Inspector shall be allowed the one Eighth Part of a Dollar for every Hundred Weight of Gun-Powder he shall examine, to be paid by the Owner of said Powder; provided, that no Inspector shall be obliged to ride more than ten Miles to inspect any Quantity of Gun-Powder less than one Thousand Weight, without being allowed by the Owner thereof the Sum of *Three-pence* a Mile for going, and *Three-pence* a Mile for returning, over and above the Fees of Inspection allowed by this Act. Provided also, That Powder inspected by Order of the Continental Congress, or by any Person legally authorised for that Purpose, in any of the neighbouring States, shall be subject to Inspection by Virtue of this Act, any Thing herein to the contrary notwithstanding. <span style="float:right">Inspector's Wages.</span>

7. That in case of the Death, Removal, Disability or Resignation of any Inspector, the Court of General Quarter-Sessions of the County where the same shall happen, are hereby authorised to appoint an Inspector to supply such Vacancy, who shall take the Oath or Affirmation, perform the Duty, and be subject to the Forfeitures in and by this Act prescribed. <span style="float:right">Inspector dying, &c. who to appoint another.</span>

*Passed at* Princeton, October 4, 1776.

---

CHAP.   VII.

*An* ACT *for establishing a Court of Admiralty and Custom-Houses within the State of* New-Jersey.

Sect. 1. BE IT ENACTED *by the Council and General Assembly of this State, and it is hereby Enacted by the Authority of the same,* That it shall and may be lawful for the Governor or Commander in Chief for the Time being, with the Consent of the Council, any

E   three