# Exhibit 35

# LAWS

OF THE

# State of New-Hampshire.

JUNE SESSION, 1820.

## CHAPTER I.

AN ACT to prevent the introduction of paupers from foreign ports or places.

*Passed June 14, 1820.*

SECTION 1. BE it enacted by the senate and house of representatives in general court convened, That when any ship or vessel, having any passengers on board who have no settlement within this state, shall arrive at any port or harbor within this state, the master of such ship or vessel shall, before such passengers come on shore, leave a list of their names and places of residence with the selectmen or overseers of the poor of the town where such passengers shall be landed; and if, in the opinion of said selectmen or overseers of the poor, any such passengers may be liable to become chargeable for their support to the state or county, the master of such ship or vessel shall within two days after his arrival as aforesaid, and on being notified by the selectmen or overseers to that effect, enter into bonds, with sufficient sureties, to the satisfaction of said selectmen or overseers of the poor, in a sum not exceeding five hundred dollars for each passenger, to indemnify and save harmless such town as well as the state and the several counties of the same, from all manner of charge and expense, which may arise from such passengers, for and during the term of three years; and if the master of such ship or vessel shall land any such passengers, without entering their names and giving bonds as aforesaid, he shall forfeit and pay the sum of two hundred dollars for each passenger so landed, to be recovered by action of debt by any person who shall sue for the same, one moiety thereof to the

*Duty of masters of vessels.*

*Shall give bonds.*

36

Digitized from Best Copy Available

A. D. 1820.  CHAP. XXV.

Passed June 21, 1820.

AN ACT to provide for the appointment of Inspectors and regulating the manufactory of Gunpowder.

*Inspectors of gunpowder to be appointed.* SEC. 1. BE *it enacted by the senate and house of representatives in general court convened,* That his excellency the governor by and with the advice of council, be, and he is hereby authorized to appoint an inspector of gunpowder for every public powder magazine, and at every manufactory of gunpowder in this state, and at such other places as may by him be thought necessary; and his excellency the governor by and with the advice of council is hereby further authorized and empowered to remove said inspectors or any of them at pleasure, and may by new appointments from time to time fill any vacancy or vacancies which may happen.

*Proportion & quality of materials for the manufacture of gunpowder.* SEC. 2. *And be it further enacted,* That from and after the first day of July next, all gunpowder which shall be manufactured within this state, shall be composed of the following proportions and quality of materials, that is, every one hundred parts of gunpowder shall be composed of fourteen parts of fresh burnt coal, made from wood which forms the least ashes, and which has been carefully and well prepared and made into coal, after being stripped of its bark; ten parts of pure sulphur, and seventy-six parts of purified nitre.

*Duty of inspectors.* SEC. 3. *And be it further enacted,* That it shall be the duty of each of said inspectors to inspect, examine and prove all gun powder which after the first day of July next shall be deposited at any publick powder magazine, or manufactory in this state, before the same shall be removed from the manufactory or received into such public powder magazine, and if upon inspection and examination it shall appear to the inspector that such gunpowder is well manufactured and composed of pure materials, and such gunpowder shall be of the proof hereinafter mentioned, the inspector shall mark each cask containing gunpowder by him inspected, examined, and proved as aforesaid, with the words " *New-Hampshire inspected proof,*" and with his christian and surname, and shall also in figures mark upon each cask the quantity of powder contained therein, and the year in which the inspection is made.

SEC. 4. *And be it further enacted,* That no gunpowder within

Digitized from Best Copy Available

## Inspection of Gunpowder. 275

this state shall be considered to be of proof unless one ounce thereof, placed in the chamber of a four and an half inch howitzer, with the howitzer elevated so as to form an angle of forty-five degrees with the horizon, will, upon being fired, throw a twelve pound shot seventy-five yards at the least.

*A. D. 1820.*
*Proof of quality of gunpowder.*

SEC. 5. *And be it further enacted,* That whenever any of said inspectors shall discover any gunpowder, deposited at any public powder magazine, or any other place within this state, which is not well manufactured, or which is composed of impure materials, or of any improper proportion of materials, and which shall not be of the proof herein before mentioned, the inspector in such case, shall mark each cask containing such impure, ill manufactured, or deficient gunpowder, with the word " *Condemned,*" on both heads of the cask, and with the same words on the side thereof, with the christian and surname of the inspector on one head of the cask.

*Inspectors to mark bad powder.*

SEC. 6. *And be it further enacted,* That if any person shall knowingly sell any condemned gunpowder, or shall fraudulently alter or deface any mark or marks, placed by any inspector upon any cask or casks containing gunpowder, or shall fraudulently put any gunpowder, which shall not have been inspected, or which has been condemned, into any cask or casks, which shall have been marked by any inspector agreeably to the provisions contained in the third section of this act, every such person, so offending, shall forfeit and pay not less than two hundred nor more than five hundred dollars, for each and every offence, to be recovered in an action of debt, in any court of competent jurisdiction, one half thereof to the use of the state, the other to the use of him or them who shall sue and prosecute for the same.

*Penalty for selling condemned powder.*

SEC. 7. *And be it further enacted,* That each inspector who may be appointed by virtue of this act, shall, before he acts as inspector, be sworn to the faithful and impartial discharge of the duties of his office, and each inspector shall be allowed one cent for each pound of gunpowder, by him examined, inspected and proved, whether the same be by him approved or condemned, to be paid by the owner or owners of the gunpowder.

*Inspector's fees and oath of office.*

SEC. 8. *And be it further enacted,* That if any manufacturer of gunpowder shall sell or dispose of, or shall cause or per-

*Penalty for selling uninspected powder.*

Digitized from Best Copy Available

A. D. 1820. mit to be sold or disposed of, or shall export or cause to be exported without the limits of this state, any powder of his manufacture, before the same has been inspected and marked agreeably to the provisions of this act, he shall forfeit and pay the sum of fifty cents for every pound of powder so sold, disposed of, or exported, to be recovered in the manner provided in the sixth section of this act.

Penalty for selling powder made of impure materials

SEC. 9. *And be it further enacted,* That if any person within this state, after the first day of January next, shall knowingly sell, expose, or offer for sale, within this state, any gunpowder which is not well manufactured, or which is composed of impure materials, and which shall not be of the proof herein before required, shall forfeit and pay not less than five dollars nor more than fifty dollars for each and every offence, to be recovered in the manner provided in the sixth section of this act.

Approved June 21, 1820.

## CHAP. XXVI.

Passed June 22, 1820.

RESOLVED, That the sum of four hundred dollars be and the same hereby is appropriated for the purpose of furnishing each artillery company in this state, organized according to law, with powder and port-fire, and for the ordinary repairs of field pieces, agreeably to the sixth section of a law of this state passed July 1, 1820.\* And his excellency the governor is hereby authorized to draw on the treasury in favour of the adjutant general for the above sum, and the adjutant general is hereby directed to pay to the captain or commanding officer of the different companies of artillery or their orders, the sum of twelve dollars each.

Approved June 22, 1820.

## CHAP. XXVII.

Passed June 22, 1820.

RESOLVED, That the Selectmen, or a major part of them at the charge of the town, parish or place, to which they belong, shall transmit and return an Inventory of the polls and

\* This act passed July 1, 1819.

Digitized from Best Copy Available