# Exhibit 36

THE

# Public Statute Laws

OF THE

## STATE OF CONNECTICUT.

⟶⟵

### MAY SESSION, 1826.

---

## CHAP. I.

### An Act in addition to an Act entitled "An Act, for the regulation of Civil Actions."

BE it enacted by the Senate and House of Representatives, in General Assembly convened, That in any action brought before any Justice of the Peace demanding not more than seven dollars damages, and charging the defendant with obstructing a way, or for any injury to a way, in which the title to the way claimed by the plaintiff shall be brought in question, it shall be the duty of such Justice of the Peace, on the trial thereof, to cause a record to be made that the title to such way was in question in such action, and thereupon the party aggrieved by the judgement of such Justice of the Peace shall be allowed an appeal to the next County Court in the County in which such judgement was rendered, on giving bond to the adverse party, with sufficient surety, to prosecute his appeal to effect. And the party who shall be aggrieved by the judgement of such County Court, shall be allowed an appeal to the next Superior Court in the same County, on giving bond, with sufficient surety, to the adverse party, to prosecute his appeal to effect.

*In action before justices of peace, in which the title to a way is in question, record thereof to be made;*

*and appeal allowed.*

*Appeal to Superior Court.*

SAMUEL A. FOOT,
Speaker of the House of Representatives.
DAVID PLANT,
President of the Senate.

May 29, 1826—Approved.
OLIVER WOLCOTT.

as the South line of the brick house heretofore built and owned by Barzillia Hudson, deceased; also, all the extent between the West line of Trumbull-street, and a line fifteen rods West therefrom, and parallel with said street; also, all the extent, within the following lines, to wit—beginning at Main-street, thence running in the centre of Village-street, and of Meadow-lane, to Front-street, thence due East to the bank of Connecticut river, thence on the bank of said river to the centre of Morgan-street, thence on Morgan-street to the place of beginning.                         SAMUEL A. FOOT,

Speaker of the House of Representatives.

DAVID PLANT,

President of the Senate.

May 22d, 1826.—Approved.

OLIVER WOLCOTT.

## CHAP. XXV.

### An Act relating to the City of New-Haven.

SECT. 1. **B**E *it enacted by the Senate and House of Representatives, in General Assembly convened,* That the Mayor of the city of New-Haven shall hold his office for the term of one year, and until another be chosen and sworn; subject always, however, to be removed by the General Assembly. *Term of Mayor's office limited.*

SEC. 2. That so much of the Act, entitled "An Act incorporating the Cities of Hartford, New-Haven, New-London, Norwich and Middletown," as requires the officers of the city of New-Haven, other than the Mayor and Aldermen of said city, to be elected by ballot, be and the same is hereby repealed: and the said officers, other than the Mayor and Aldermen of said city, may hereafter be chosen by the freemen thereof, in the same manner as town officers are or may be elected. *Partial repeal.* *Mode of election of city officers, other than mayor & aldermen.*

SEC. 3. That the Court of Common Council of the city of New-Haven shall have power, by a major vote, to make Bye-Laws, with the approbation of said city,—prohibiting the storing, keeping, or selling of gunpowder within the limits of said city, by any person or persons whatever, except such as shall be by said Court licensed for that purpose, and to fix penalties for the breach thereof—and may require for the use of the treasury of said city for each license a sum not exceeding fifty dollars. *Power to make certain bye-laws.*

SEC. 4. That if it shall be necessary in constructing the Farmington Canal, Basin, or any works connected *Buildings may be removed in a certain case,*

3

108        *May Session*, 1826.

*and refitted with the original number of fire-places, &c.* therewith, to remove any building in said city, having a chimney, fire-place or stove therein, the same may be removed, with the consent and under the direction of the Court of Common Council of said city, and refitted with the original number of fire-places, chimnies or stoves, any thing in the act to secure the cities of Hartford and New-Haven from damage by fire, by regulating the mode of building, and in the acts in addition thereto to the contrary notwithstanding.

*Building lines on streets, &c. to be designated.* SEC. 5. The Court of Common Council of said city shall be and they hereby are authorized and empowered to designate lines on the lands of proprietors, adjoining the streets, highways, and alleys both public and private, already laid out or hereafter to be laid out in said city, between which lines and such streets, highways or alleys, no building or part of a building shall be erected; provided such lines be not more than fifteen feet distant from such street, highway or alley.

*Fine.* SEC. 6. And every person who shall, contrary to the provisions of this act, erect any building or part of a building, between any such line and any such street, highway or alley, shall forfeit and pay to the treasurer of the county of New-Haven, a fine of not less than one hundred dollars, nor more than five hundred dollars—

*Four-fold assessment.* and in addition to such fine, all such buildings shall be annually assessed four-fold in the list of polls and rateable estate of the town and of the city of New-Haven; and it shall be the duty of the assessors to set the same accordingly in the lists of said town and city, and all such buildings shall be ever afterwards rated accordingly in all taxes whatever.

*Damages how appraised and paid.* SEC. 7. That the damages done to the proprietors of land by designating such line or lines as aforesaid be appraised and paid in the manner provided, in the act entitled "An act in addition to an act regulating the streets and buildings in the city of Hartford, and for preserving the health of the inhabitants thereof," and all the provisions of said act are hereby extended to the city of New-Haven, mutatis mutandis, as fully as though the same were here re-enacted as applicable to said city of New-Haven.

SAMUEL A. FOOT,
Speaker of the House of Representatives.
DAVID PLANT,
President of the Senate.

June, — 1826.—Approved.

OLIVER WOLCOTT.
