## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
COUNTY OF ERIE ) ss.:

I, Caitlyn M. Binkowski, being duly sworn, depose and say:

I am over eighteen (18) years of age, I am not a party to this action, and I reside in Depew, New York. That on Monday, September 18, 2023, I caused a copy of the Summons, Complaint and Civil Cover Sheet; and Amended Complaint to be served on Defendant, Steven A. Nigrelli. The address of the place where the papers were served is: 1220 Washington Avenue, Building 22, Albany, New York 12226-1799.

I served the papers in the manner indicated below:

☒ **Certified Mailing**

By delivering a true copy thereof in an envelope marked "URGENT LEGAL MAIL" via certified mail, return receipt requested. I knew that the papers were served because the return receipt was received in the mail by me with a signature and handwritten delivered date of September 21, 2023 (a copy of which is attached hereto as Exhibit A) and USPS online tracking confirmed same (a copy of which is attached hereto as Exhibit B).

_____
Caitlyn M. Binkowski

Sworn to before me this 18th
day of October, 2023.

_____
Notary Public

CRYSTAL LYNN HUNT
NOTARY PUBLIC-STATE OF NEW YORK
No. 01HU6147174
Qualified in Erie County
My Commission Expires 05-30-2026