UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

NEW YORK STATE FIREARMS ASSOCIATION,

et al.,

    *Plaintiffs*,

v.                                                     Civil Action No. 6:23-cv-6524

STEVEN A. NIGRELLI, in his official capacity as
Acting Superintendent of the New York State Police,

    *Defendant*.

**EXHIBIT A TO AFFIDAVIT OF SERVICE**

**USPS TRACKING #**

9590 9402 5553 9249 4029 03

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

- Sender: Please print your name, address, and ZIP+4® in this box●

Caitlyn Binkowski, Paralegal
Schröder, Joseph + Associates, LLP
394 Franklin Street, 2nd Floor
Buffalo, NY 14202

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Steven A. Nigrelli
Superintendent of NYS Police
NYS Police Headquarters
1220 Washington Avenue, Bldg. 22
Albany, NY 12226-1799

9590 9402 5553 9249 4029 03

2. Article Number (Transfer from service label)

7005 1820 0003 9164 4699

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature: Larsen]
☐ Agent
☒ Addressee

B. Received by (Printed Name): K. Larsen
C. Date of Delivery: 9/21/23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt