**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

NEW YORK STATE FIREARMS ASSOCIATION,

et al.,

        *Plaintiffs*,

v.                                                          Civil Action No. 6:23-cv-6524

STEVEN A. NIGRELLI, in his official capacity as
Acting Superintendent of the New York State Police,

        *Defendant*.

**EXHIBIT B TO AFFIDAVIT OF SERVICE**

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70051820000391644699

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered to an agent for final delivery in ALBANY, NY 12226 on September 21, 2023 at 5:45 am.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered to Agent
**Delivered to Agent for Final Delivery**
ALBANY, NY 12226
September 21, 2023, 5:45 am

### Arrived at Post Office
ALBANY, NY 12288
September 21, 2023, 4:20 am

### Arrived at USPS Regional Facility
ALBANY NY DISTRIBUTION CENTER
September 20, 2023, 1:47 pm

### In Transit to Next Facility
September 19, 2023

### Arrived at USPS Regional Facility
BUFFALO NY DISTRIBUTION CENTER
September 18, 2023, 9:06 pm

Feedback

- Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs