UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

NEW YORK STATE FIREARMS ASSOCIATION,

et al.,

      *Plaintiffs*,

v.                                     Civil Action No. 23-CV-6524-FPG

DOMINICK L. CHIUMENTO, in his official capacity as
Acting Superintendent of the New York State Police,

      *Defendant*.
_____/

## DECLARATION OF GINGER D. SCHRÖDER

Ginger D. Schröder hereby declares as follows, pursuant to 28 U.S.C. § 1746:

    1.    I am a member of the Bar of the State of New York and am admitted to practice in this District. I serve as counsel in the above-captioned matter to the Plaintiffs New York State Firearms Association, George Borrello, David DiPietro, William Ortman, and Aaron Dorr.

    2.    I submit this Declaration in support of the Plaintiffs' reply in support of their motion for preliminary injunction, ECF No. 24 (*see also* ECF No. 5), for the limited purpose of putting before the Court certain documents referenced in the accompanying reply.

    3.    Attached as **Exhibit 1** is a sworn declaration of Vernon Dorgan, notarized and provided to the New York State Firearms Association.

    4.    Attached as **Exhibit 2** is a sworn declaration of Francis Rice, notarized and provided to the New York State Firearms Association.

    5.    Attached as **Exhibit 3** is a sworn declaration of Frank Yuroshoski, Jr., notarized and provided to the New York State Firearms Association.

    6.    Attached as **Exhibit 4** is a sworn declaration of Harry Clauss, notarized and provided to the New York State Firearms Association.

7. Attached as **Exhibit 5** is a sworn declaration of Kimberly Van Crast, notarized and provided to the New York State Firearms Association.

8. Attached as **Exhibit 6** is a sworn declaration of Edward Jacobs, notarized and provided to the New York State Firearms Association.

9. Attached as **Exhibit 7** is a sworn declaration of Darrel Eckhard, notarized and provided to the New York State Firearms Association.

10. Attached as **Exhibit 8** is a sworn declaration of David Porrata, notarized and provided to the New York State Firearms Association.

11. Attached as **Exhibit 9** is a sworn declaration of John Ryan, notarized and provided to the New York State Firearms Association.

12. Attached as **Exhibit 10** is a sworn declaration of Robert Ralyea, notarized and provided to the New York State Firearms Association.

13. I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.


Dated: Buffalo, New York
      October 27, 2023

                                               s/Ginger D. Schröder
                                              Ginger D. Schröder