# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

NEW YORK STATE FIREARMS ASSOCIATION,

et al.,

      *Plaintiffs*,

v.

DOMINICK L. CHIUMENTO, in his official capacity as
Acting Superintendent of the New York State Police,

      *Defendant*.
_____/

Civil Action No. 23-CV-6524-FPG

**DECLARATION OF FRANCIS JOHN RICE IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF <u>MOTION FOR PRELIMINARY INJUNCTION</u>**

STATE OF NEW YORK    )
                              ) ss:s
COUNTY OF RENSSLAER )

      Franics Rice, having been duly sworn, hereby states under the pains and penalties of perjury:

      1.    I am over 21 years of age and I make the following statements to my personal knowledge. If called upon to testify would competently testify as to the matters stated herein.

      2.    I am a 20-year resident of Castleton on Hudson, New York.

      3.    I am a member of the New York State Firearms Association ("NYSFA"). I am not suing Superintendent Chiumento in my own capacity but know the NYSFA is fighting for my Second Amendment rights against New York's ammunition background checks.

      4.    I am a law-abiding gun owner and not subject to any possession restrictions under New York or federal law. I passed a background check to purchase a G-Force GF3 firearm. This gun is a shotgun and uses 12-gauge ammunition.

1

5. On or about October 14, 2023, I went to Wal-Mart in East Greenbush, New York to purchase 12 gauge ammunition.

6. I was informed that the background check system was offline, and I was unable to complete the purchase. I was not offered any avenue by which to purchase ammunition other than to try again some other time. I was unequivocally deprived of my Second Amendment rights through the failure of the background check system.

7. Ammunition background checks are pointless, time-consuming exercises against law-abiding gun owners like myself. Every minute I've spent and will spend enduring a background check for ammunition purchases a violation of my Second Amendment rights.

_____
Name

Signed and sworn before me this 26 day of October, 2023.

_____
NOTARY PUBLIC

DAVID SPAULDING
NOTARY
NO. 01SP6371499
QUALIFIED IN
ALBANY COUNTY
COMM. EXP.
04-19-2026
STATE OF NEW YORK

MY COMMISSION EXPIRES: 04/19/2026

2