EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

NEW YORK STATE FIREARMS ASSOCIATION,

et al.,

                *Plaintiffs*,

v.                                                                  Civil Action No. 23-CV-6524-FPG

DOMINICK L. CHIUMENTO, in his official capacity as
Acting Superintendent of the New York State Police,

                *Defendant*.

_____/

**DECLARATION OF HARRY CLAUSS IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF <u>MOTION FOR PRELIMINARY INJUNCTION</u>**

STATE OF NEW YORK    )
                                  ) ss:s
COUNTY OF MONROE    )

       Harry Clauss, having been duly sworn, hereby states under the pains and penalties of perjury:

       1.     I am over 21 years of age and I make the following statements to my personal knowledge. If called upon to testify would competently testify as to the matters stated herein.

       2.     I am a 19-year resident of Webster, New York.

       3.     I am a member of the New York State Firearms Association ("NYSFA"). I am not suing Superintendent Chiumento in my own capacity but know the NYSFA is fighting for my Second Amendment rights against New York's ammunition background checks.

       4.     I am a law-abiding gun owner and not subject to any possession restrictions under New York or federal law. I passed a background check to purchase a Ruger LCP. This gun is a pistol and uses .380 ammunition.

1

5.  On or about September 19, 2023 I went to Walmart in Penfield, New York and to purchase .380 ammunition.

6.  I was informed that the background check system was offline and I was unable to complete the purchase. I was not offered any avenue by which to purchase ammunition other than to try again some other time. I was unequivocally deprived of my Second Amendment rights through the failure of the background check system.

7.  Ammunition background checks are pointless, time-consuming exercises against law-abiding gun owners like myself. Every minute I've spent and will spend enduring a background check for ammunition purchases a violation of my Second Amendment rights.

_____
Name

Signed and sworn before me this 26 day of October, 2023.

_____
NOTARY PUBLIC

MOLLY E. FRACHEL
Notary Public, State of New York
No. 01FR6406693
Qualified in Monroe County
Commission Expires April 6, 2024

MY COMMISSION EXPIRES: 4/6/2024

2