EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

NEW YORK STATE FIREARMS ASSOCIATION,

et al.,

Plaintiffs,

v.                                                         Civil Action No. 23-CV-6524-FPG

DOMINICK L. CHIUMENTO, in his official capacity as
Acting Superintendent of the New York State Police,

Defendant.

_____/

## DECLARATION OF KIMBERLY VAN CRAST IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

STATE OF NEW YORK      )
                       ) ss:s
COUNTY OF OSWEGO       )

Kimberly V. Crast, having been duly sworn, hereby states under the pains and penalties of perjury:

1.      I am over 21 years of age and I make the following statements to my personal knowledge. If called upon to testify would competently testify as to the matters stated herein.

2.      I am a 62-year resident of Lacona, New York.

3.      I am a member of the New York State Firearms Association ("NYSFA"). I am not suing Superintendent Chiumento in my own capacity but know the NYSFA is fighting for my Second Amendment rights against New York's ammunition background checks.

4.      I am a law-abiding gun owner and not subject to any possession restrictions under New York or federal law. I passed a background check to purchase a RUGER MARK IV. This gun is a pistol and uses .22 caliber rimfire  ammunition.

1

5.      On or about October 25, 2023, I went to Runnings in Clay, New York and to purchase .22 caliber rimfire ammunition.

6.      Immediately upon approaching the employee at the firearms and ammunition counter I was informed that the background check system was offline and I was unable to complete the purchase. I was not offered any avenue by which to purchase ammunition other than to try again some other time. I had other shopping to do in the store so I proceeded to do so and after approximately one hour and thirty minutes I checked again and was informed that the system was still down. I was unequivocally deprived of my Second Amendment rights through the failure of the background check system.

7.      Ammunition background checks are pointless, time-consuming exercises against law-abiding gun owners like myself. Every minute I've spent and will spend enduring a background check for ammunition purchases a violation of my Second Amendment rights.

_Kimbuf V. Cut_
Name

Signed and sworn before me this _26_ day of October, 2023.

_Loretta Pruett_
NOTARY PUBLIC

**LORETTA PRUETT**
**Notary** Public, State of New **York**
No. 01PR6429829
Qualified in Oswego **County**
**My** Commission Expires _2 23 26_

MY COMMISSION EXPIRES:

2