EXHIBIT 7

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

NEW YORK STATE FIREARMS ASSOCIATION,

et al.,

        *Plaintiffs*,

v.                                                  Civil Action No. 23-CV-6524-FPG

DOMINICK L. CHIUMENTO, in his official capacity as
Acting Superintendent of the New York State Police,

        *Defendant*.
_____/

**DECLARATION OF DARREL ECKHARD IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF <u>MOTION FOR PRELIMINARY INJUNCTION</u>**

STATE OF NEW YORK    )
                                 ) ss:s
COUNTY OF OSWEGO    )

      DARREL ECKHARD, having been duly sworn, hereby states under the pains and penalties of perjury:

      1.    I am over 21 years of age and I make the following statements to my personal knowledge. If called upon to testify would competently testify as to the matters stated herein.

      2.    I am a 39-year resident of Hannibal New York.

      3.    I am a member of the New York State Firearms Association ("NYSFA"). I am not suing Superintendent Chiumento in my own capacity but know the NYSFA is fighting for my Second Amendment rights against New York's ammunition background checks.

      4.    I am a law-abiding gun owner and not subject to any possession restrictions under New York or federal law. I passed a background check to purchase a Beretta A 400. This gun is a shotgun and uses 20 gauge ammunition.

1

5. On or about 10/24/2023, I went to Walmart in Fulton, New York and to purchase 12 gauge ammunition.

6. I was required to pay $2.50 for the ammunition background check.

7. I had to furnish about the same information I furnished to pass the background check for purchasing my firearm in the first place. It took about 20 minutes to provide this information to the dealer.

8. After about 25 minutes, I was informed that the background check system was offline and I was unable to complete the purchase. I was not offered any avenue by which to purchase ammunition other than to try again some other time. I was unequivocally deprived of my Second Amendment rights through the failure of the background check system.

9. Ammunition background checks are pointless, time-consuming exercises against law-abiding gun owners like myself. Every minute I've spent and will spend enduring a background check for ammunition purchases a violation of my Second Amendment rights.

Name Darrel Eckhard

Signed and sworn before me this 27th day of October, 2023.

NOTARY PUBLIC

MY COMMISSION EXPIRES: 12-28-2023

CHRISTINE M. FIUMARA
Notary Public, State of New York
No. 01FI6101941
Qualified in Oswego County
Commission Expires Dec. 28, 20 23