EXHIBIT 8

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

NEW YORK STATE FIREARMS ASSOCIATION,

et al.,

<em>Plaintiffs</em>,

v.                                                          Civil Action No. 23-CV-6524-FPG

DOMINICK L. CHIUMENTO, in his official capacity as
Acting Superintendent of the New York State Police,

<em>Defendant</em>.

_____/

## DECLARATION OF DAVID PORRATA IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

STATE OF NEW YORK          )
                           ) ss:s
COUNTY OF MONROE           )

David Porrata, having been duly sworn, hereby states under the pains and penalties of perjury:

1.      I am over 21 years of age and I make the following statements to my personal knowledge. If called upon to testify would competently testify as to the matters stated herein.

2.      I am a 16-year resident of Greece, New York.

3.      I am a member of the New York State Firearms Association ("NYSFA"). I am not suing Superintendent Chiumento in my own capacity but know the NYSFA is fighting for my Second Amendment rights against New York's ammunition background checks.

4.      I am a law-abiding gun owner and not subject to any possession restrictions under New York or federal law. I passed a background check to purchase a Springfield SDS. This gun is a pistol and uses 9 millimeter ammunition.

1

5.    On or about 9/28/2023, I went to Sportsman's Warehouse in Henrietta, New York and to purchase 9 millimeter ammunition.

6.    I was required to pay $2.50 for the ammunition background check.

7.    I had to furnish about the same information I furnished to pass the background check for purchasing my firearm in the first place. It took about 45 minutes to provide this information to the dealer.

8.    After it was submitted, the background check took 3 days to complete.

9.    Ammunition background checks are pointless, time-consuming exercises against law-abiding gun owners like myself. Every minute I've spent and will spend enduring a background check for ammunition purchases a violation of my Second Amendment rights.

_____
Name        David Porrata JR

Signed and sworn before me this 26 day of October, 2023.

_____
NOTARY PUBLIC

Jennifer Phillips
01PH6040025
Notary Public, State of New York
Qualified in Monroe County
My commission expires APRIL 17th, 2026

MY COMMISSION EXPIRES:

2