EXHIBIT 9

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

NEW YORK STATE FIREARMS ASSOCIATION,

et al.,

        *Plaintiffs*,

v.

Civil Action No. 23-CV-6524-FPG

DOMINICK L. CHIUMENTO, in his official capacity as
Acting Superintendent of the New York State Police,

        *Defendant*.
_____/

## DECLARATION OF John V. Ryan IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF <u>MOTION FOR PRELIMINARY INJUNCTION</u>

STATE OF NEW YORK   )
                              ) ss:s
COUNTY OF Rensselaer  )

John V. Ryan], having been duly sworn, hereby states under the pains and penalties of perjury:

1. I am over 21 years of age and I make the following statements to my personal knowledge. If called upon to testify would competently testify as to the matters stated herein.

2. I am a 68 year resident of Troy, New York.

3. I am a member of the New York State Firearms Association ("NYSFA"). I am not suing Superintendent Chiumento in my own capacity but know the NYSFA is fighting for my Second Amendment rights against New York's ammunition background checks.

4. I am a law-abiding gun owner and not subject to any possession restrictions under New York or federal law. I passed a background check to purchase a Several. This gun is two pistols and use .380mm & 40 Caliber ammunition.

1

5. On or about 10/23/23, I went to American Trade, 1213 Loudon Rd, Cohoes, New York and to purchase .380 & 40 Caliber ammunition.

6. I was required to pay $2.50 for the ammunition background check.

7. I had to furnish about the same information I furnished to pass the background check for purchasing my firearm in the first place. It took about 5-10 minutes to provide this information to the dealer.

8. After about 220 minutes, I was informed that the background check was complete and approved. I had to return to the store to pick up the ammunition.

9. Ammunition background checks are pointless, time-consuming exercises against law-abiding gun owners like myself. Every minute I've spent and will spend enduring a background check for ammunition purchases a violation of my Second Amendment rights.

John V. Ryan

Signed and sworn before me this 26 day of October, 2023.

NOTARY PUBLIC

MY COMMISSION EXPIRES:

DANIEL E. BOGHOSIAN
Notary Public, State of New York
No. 01BO6003640
Qualified in Saratoga County
My Commission Expires 03/09/26

2