UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

NEW YORK STATE FIREARMS ASSOCIATION,

et al.,

    *Plaintiffs*,

v().                                                  Civil Action No. 23-CV-6524-FPG

STEVEN G. JAMES, in his official capacity as    **NOTICE OF APPEAL**
Superintendent of the New York State Police,

    *Defendant*.

_____/

    PLEASE TAKE NOTICE that Plaintiffs New York State Firearms Association, George Borrello, David DiPietro, William Ortman, and Aaron Dorr hereby appeal to the United States Court of Appeals for the Second Circuit from the Decision and Order entered in this matter on May 2, 2024 (ECF No. 29). This appeal is to the Court's denial of Plaintiffs' motion for preliminary injunction and dismissal of the New York State Firearms Association for lack of standing.

    [Remainder of this page intentionally left blank]

Dated: May 13, 2024

Respectfully submitted,

<div style="display: flex;">

<div>

/s/ Stephen Klein
Stephen R. Klein (*pro hac vice*)
BARR & KLEIN PLLC
1629 K St. N.W. Ste. 300
Washington, DC 20006
(202) 804-6676
steve@barrklein.com

Benjamin Barr (*pro hac vice*)
BARR & KLEIN PLLC
444 N. Michigan Avenue, Ste. 1200
Chicago, IL 60611
(202) 595-4671
ben@barrklein.com

</div>

<div>

Ginger D. Schröder
Linda H. Joseph
Schröder, Joseph & Associates, LLP
394 Franklin Street, Second Floor
Buffalo, New York 14202
(716) 863-4000
gschroder@sjalegal.com
ljoseph@sjalegal.com

</div>

</div>

*Attorneys for George Borrello, David DiPietro, William Ortman, Aaron Dorr and the New York State Firearms Association.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 13, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and that copies were sent by email and to all counsel of record.

                                                          /s/ Stephen Klein
                                                          Stephen R. Klein