SO ORDERED THIS 26 DAY OF Feb 20 26

HON. FRANK P. GERACI, JR.
U.S. District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GEORGE BORRELLO, et al.,

                Plaintiffs,

- against -

STEVEN G. JAMES,

                Defendant.
-----------------------------------------------------------------x

6:23-cv-06524-FPG-CDH

STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for all parties to the above-entitled action, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-entitled proceeding be and the same hereby is discontinued, without costs or fees to any party as against the other.

Dated: February 25, 2026

/s/ Stephen Klein
STEPHEN R. KLEIN, ESQ,
BENJAMIN T. BARR, ESQ.
Barr & Klein PLLC
1629 K Street NW
Suite 300
Washington, DC 20006
202-804-6676
steve@barrklein.com

GINGER D. SCHRODER, ESQ.
LINDA H. JOSEPH, ESQ.
Schroder, Joseph & Associates, LLP
394 Franklin Street
2nd Floor
Buffalo, NY 14202
(716) 863-4000
Fax: 716-881-4909
gschroder@sjalegal.com

*Attorneys for Plaintiffs*

Dated: February 25, 2026

LETITIA JAMES
Attorney General of the State of New York

s/ Heather L. McKay
HEATHER L. MCKAY
Assistant Attorney General of Counsel
NYS Office of the Attorney General
144 Exchange Boulevard, Suite 200
Rochester, New York 14614
Telephone: (585) 546-7430
heather.mckay@ag.ny.gov

JAMES M. THOMPSON
Special Counsel for Second Amendment Litigation
New York State Office of the Attorney General
28 Liberty Street, 18th Floor
New York, New York 10005
Telephone: (212) 416-6556
james.thompson@ag.ny.gov

*Attorney for Defendant*